| Carter County Sheriffs Office<br>100 S Washington Ardmore, OK 73401<br>580) 223-6014 | RADIO LOG | 97593<br>Log Time<br>07/04/2019 23:49 |
|---|---|---|

### CALLER DETAIL

| Agency<br>WILSON POLICE DEPARTMENT | Call Disposition<br>Assigned Call | Priority<br>0 |
|---|---|---|
| Initial Call Type<br>SUSPICIOUS PERSON | Final Call Type | Vehicle Tag |

**Incident Location**
ADA AND 1ST WILSON

| Incident Report<br>YES - 2019-00651 | Accident Report<br>NO | |
|---|---|---|
| Caller Name<br>UNKNOWN, JOHNNA | Caller Phone<br>(580) 668-0693 | |

**Caller Location**
, OK

**Note / Comment**
RP ADVISED OF A MALE SUBJECT SCREAMING AND RUNNING DOWN THE ROAD

### OFFICER ASSIGNED

| Officer / Unit | Badge | Call Time | Arrive Time | Completed Time | Note |
|---|---|---|---|---|---|
| TAYLOR, JOSHUA | W2 | 07/04/2019 23:52 | 07/04/2019 23:56 | 07/05/2019 04:23 | |
| DINGMAN, BRANDON | W4 | 07/04/2019 23:57 | 07/04/2019 23:59 | 07/05/2019 05:05 | |
| DUNN, BRANDON | H606 | 07/05/2019 00:02 | 07/05/2019 00:11 | 07/05/2019 01:07 | |
| DUGGAN, DAVID | CC03 | 07/05/2019 00:04 | 07/05/2019 00:09 | 07/05/2019 04:13 | |
| MITCHELL, BILLY | CC08 | 07/05/2019 00:10 | 07/05/2019 00:31 | 07/05/2019 04:23 | |
| TUCKER, STERLING | CC14 | 07/05/2019 00:10 | 07/05/2019 00:31 | 07/05/2019 04:23 | |
| BRYANT, CHRIS | CC01 | 07/05/2019 00:19 | 07/05/2019 00:41 | 07/05/2019 04:23 | |
| HANDKE, TOMMY (GUS) | CC02 | 07/05/2019 00:21 | | 07/05/2019 04:23 | |

### OFFICER REQUESTED

| Officer / Unit | Badge | Request | Request Time | Note |
|---|---|---|---|---|
| TAYLOR, JOSHUA | W2 | NOL | 07/04/2019 23:55 | OUT WITH THE SUBJECT |
| TAYLOR, JOSHUA | W2 | NOL | 07/04/2019 23:57 | TASER DEPLOYED, REQUEST W4 TO LOCATION |
| DINGMAN, BRANDON | W4 | NOL | 07/04/2019 23:59 | 10-97 2ND TASER DEPLOYED |
| TAYLOR, JOSHUA | W2 | NOL | 07/05/2019 00:04 | 3RD TASER DEPLOYED, STILL COMBATIVE, REQUESTING ADDITIONAL UNITS |
| DUGGAN, DAVID | CC03 | 10-15 | 07/05/2019 00:12 | NECK RESTRAINT APPLIED; 10-15 X1 MALE |
| TAYLOR, JOSHUA | W2 | START A MEDIC | 07/05/2019 00:15 | MALE SUBJECT NOT BREATHING NOW |
| DUGGAN, DAVID | CC03 | NOL | 07/05/2019 00:15 | NARCAN WAS ADMINISTERED |
| DINGMAN, BRANDON | W4 | NOL | 07/05/2019 00:19 | CPR IN PROCESS |
| DUGGAN, DAVID | CC03 | NOL | 07/05/2019 00:25 | SOAS IS 10-97 |
| TAYLOR, JOSHUA | W2 | NOL | 07/05/2019 00:33 | P082780642 // LAKEY, JARED WAYNE; DOB: 12-12-90 |
| DINGMAN, BRANDON | W4 | 10-12 | 07/05/2019 00:46 | 10-14/10-12 W/ SOAS TO HEALDTON MERCY |
| TUCKER, STERLING | CC14 | 10-12 | 07/05/2019 01:13 | 10-12 W/ W2 TO WILSON PD |
| TUCKER, STERLING | CC14 | NOL | 07/05/2019 01:14 | 10-97 AT WILSON PD |
| DINGMAN, BRANDON | W4 | NOL | 07/05/2019 01:16 | REQUEST C8 OR C14 TO 10-21 HIM |
| MITCHELL, BILLY | CC08 | 10-12 | 07/05/2019 01:21 | 10-12 W/ C3 TO ARDMORE E.R. FOR A BLOOD DRAW (C8 VEHICLE STILL ON SCENE) |
| MITCHELL, BILLY | CC08 | NOL | 07/05/2019 02:01 | 10-97 ARDMORE E.R. |
| DINGMAN, BRANDON | W4 | NOL | 07/05/2019 02:26 | 10-8 FROM HEALDTON MERCY ENROUTE TO WILSON PD |
| DUGGAN, DAVID | CC03 | NOL | 07/05/2019 03:09 | 10-8 FROM ARDMORE E.R.; BACK ENROUTE TO WILSON TO C8'S VEHICLE |
| DINGMAN, BRANDON | W4 | NOL | 07/05/2019 03:38 | ENROUTE TO ARDMORE MERCY |
| MITCHELL, BILLY | CC08 | NOL | 07/05/2019 04:23 | ALL UNITS BACK 10-8; ENROUTE TO LGPD TO PICK UP STATEMENT |
| DINGMAN, BRANDON | W4 | NOL | 07/05/2019 05:05 | BACK 10-8 FROM MERCY |

Exhibit 1