

# Wilson Police Department
## Captain
## Joshua Taylor

1065 U.S. Hwy 70A

Wilson, OK 73463

Office: (580) 668-2136

Fax: (580) 668- 2949

On July 4th, 2019 at approximately 2352 hours, I Captain Joshua Taylor was dispatched to the area of First Street between Ada and Ridge Road for a male subject screaming and yelling. Upon arriving in the area, I heard a male yelling, then observed a white male wearing no clothes except sock standing near the road in front of 270 First Street. I exited my vehicle and contacted the individual. I asked the individual what was going on. The individual appeared agitated and stated he was looking for his pants. (While talking to the individual he walked in front my unit and grabbed a hold of my pumper guard and began pushing up and down). I asked the male subject where he lost his clothes at, the individual then stated "okay, we going to do this" and became aggressive. I unholstered my taser and ordered the individual to the ground, to put his hands behind his back. The male subject then laid down on his back then rolled over several times. I then advised Officer Brandon Dingman that I needed his assistance. I then radioed dispatch and advised that I had one at taser point.

While waiting for Officer Dingman to arrive, I continued to order the individual to place his hands behind his back. The male individual did not comply. Officer Dingman then arrived on scene. Officer Dingman and I then continued to order the individual to place his hands behind his back. The individual still did not comply. Officer Dingman then went to attempt to place the individual in handcuffs. When Officer Dingman went to attempt to place the individual in handcuffs, the individual went to raise up in an aggressive manner. I then deployed my taser, while Officer Dingman and I continued giving the individual commands to place his hands behind his back. The individual then rolled over toward me, and Officer Dingman deployed his taser. (When the individual rolled over, I observed one of my taser leads to become detached). I then changed my cartridge to a new cartridge. Officer Dingman then advised dispatch of the taser deployments. Officer Dingman and I continued to give commands to the individual to place his hands behind his back. The individual then tried to raise up and Officer Dingman activated his taser. The subject then rolled to his stomach and had his hands under him. Officer Dingman and I continued to advise the individual to place his hands behind his back, the individual did not comply. The individual then stated, "ok, ok, man I'm sorry dude". I then holstered my taser and went to attempt to place the individual in handcuffs. The individual then jumped up in an aggressive manner. Officer Dingman then activated his taser, it was ineffective. I then drew my taser and deployed another cartridge, causing the individual to go to the ground again. Officer Dingman and I continued to give the individual commands to place his hands behind his back, he did not comply. I then briefly activated my taser to gain compliance, it was ineffective. Officer Dingman then changed cartridges on his taser. Officer Dingman then radioed dispatch requesting additional units to come and assist. I continued to give the individual commands to place his hands behind his back, he did not comply. The individual then placed his hands under him to stand up. I then activated my taser and it was ineffective, Officer Dingman then deployed his taser. Officer Dingman's deployment did not make solid contact with the individual and was ineffective. Officer Dingman then advised dispatch of the taser deployments and advised that the individual was still combative. Officer Dingman and I continued to give the individual commands to place his hands behind his back, he did not comply. I continued to briefly use my taser to gain compliance, it was ineffective. The individual continued to move on the ground causing the taser lead to come unattached. I then advised Officer Dingman that we would have to go hands on.

*"To Serve and Protect"*

Exhibit 3

 

# Wilson Police Department
## Captain
## Joshua Taylor

The individual then stood up and then set back down. Captain Duggin with the Carter County Sheriff's Office then arrived on scene. We continued to give the individual commands to place his hands behind his back, the individual did not comply. Captain Duggin then walked up behind the individual and placed him in a neck restraint. I was then able to place the individual into handcuffs. Captain Duggin and Officer Terry Miller with the Lone Grove Police Department then began to ensure the individuals air way was open and woke the individual up. I radioed dispatch and requested SOAS to be dispatched to the scene in case the individual required medical treatment. Officer Miller then advised that he believed the individual to not be breathing. Officer Miller then asked if anyone had Narcan. I advised I did and administered a single dose of Narcan. The individual reacted to the Narcan, but his condition did not improve. I then gave Captain Duggin another dose of Narcan in case it needed to be administered as well.

I then began to search the area to attempt to locate the individual's clothes in an ID. I began walking east on Ada Street, where I was contacted by a male resident that stated that he witnessed the individual walking westbound on Ada near Second Street. I located a pair of shorts near that intersection. I then heard Officer Dingman advise dispatch that CPR was in progress. I then returned.

First responders then arrived and assisted with CPR. I then radioed SOAS to advise that the subject was not breathing, and CPR was still in progress. I then heard someone say that a fireman knew the individual. Jeremy Brundage stated that the individual was Jared Lakey. SOAS arrived at the scene and began working on Lakey. I then used my Mobile Cop terminal and located a driver's license for Lakey. I then radioed dispatch and advised them of the Operator License Number. The scene was then turned over to the Carter County Sheriff's Office.

A short time later SOAS transported Lacey to Healdton Mercy. Sheriff Chris Bryant requested Officer Dingman and I to get a blood drawl.

A short time later Deputy Tucker and myself went to the Wilson Police Department and uploaded my bodycam and I provided Deputy Tucker a copy of the body camera video. I then went to Mercy Ardmore and had a blood drawl completed.

*"To Serve and Protect"*