

Sheriff
CHRIS BRYANT

100 S. Washington
Ardmore, Oklahoma 73401

Undersheriff
GUS HANDKE

580-223-6014 - Emergency
580-221-5506 - Non-Emergency
580-221-5505 - Jail

On 07/04/2019, at approximately 2350 hours, I, David Duggan, heard Wilson Police Officers dispatched to a male subject running down the street screaming. I heard Wilson Police Officer Josh Taylor advise he was out with the subject. A few minutes later I heard Josh advise he had deployed a taser and was requesting Wilson Police Officer Brandon Dingman. At approximately 0003 hours on 07/05/2019, I heard Josh say the subject was still combative and requesting additional officers. I advised Carter County Dispatch that I was en route.

I arrived on scene at Ada Street and First Street at approximately 0011 hours. Lone Grove Police Officer Terry Miller arrived a few seconds after me. I observed a male subject sitting in the ditch. I observed Josh and Brandon standing approximately 12 to 15 feet from the subject, pointing tasers at him. Josh and Brandon were giving verbal commands to the subject to get on the ground. I observed that the subject was acting very agitated. He was tensed up and grunting. The subject appeared to be under the influence of intoxicants. I also observed that the subject was naked, with no clothes lying nearby. The subject was not complying with verbal commands. Josh and Brandon stated they had tased him 2 times, and the taser was unsuccessful in subduing the subject. I assessed the situation and decided to utilize a rear neck restraint to gain control of the subject. I chose this technique due to its effectiveness and that the subject was a larger man possibly under the influence of intoxicants. I also chose this technique to reduce the risk of injury to the subject or myself. I approached the subject from the rear and applied the rear neck restraint. After approximately 3 or 4 seconds the subject was unconscious. I loosened the neck restraint and rolled the subject onto his stomach. I advised the other officers to place handcuffs on the subject. Two sets of handcuffs had to be used because of the subject's size. Once the subject was handcuffed, I got up and placed him in a seated position. I woke the subject up using a "burping" technique, similar to burping a baby. The subject woke up and was breathing normally. The subject was still very tense and grunting. The subject was awake for approximately 4 or 5 minutes, then quit breathing and went unconscious. I could not locate a pulse for the subject. We removed the handcuffs from the subject. I removed 3 or 4 prongs from a taser from the subjects back. We laid the subject on his back. Josh administered Narcan to the subject in case of possible overdose. Terry immediately started CPR on the subject. Josh advised Carter County Dispatch to start S.O.A.S. medics and first responders to the scene. Wilson Fire Department personnel and S.O.A.S. arrived on scene. They continued CPR for several minutes. S.O.A.S. then transported the subject to Mercy Hospital in Healdton, Oklahoma.

Deputy Billy Mitchell and I went to Mercy Hospital in Ardmore for a blood draw. Emergency room personnel drew my blood and had the lab test for intoxicants. We waited in the emergency room for results. The results came back negative for any intoxicants. I took Deputy Mitchell back to his patrol vehicle. I then went home and ended my shift.

Captain David Duggan

Exhibit 4