| Agency | ORI No. | Case Number |
|---|---|---|
| WILSON POLICE DEPARTMENT | 0101700 | 2019-00651 |

PROPERTY / NARRATIVE SUPPLEMENT

On July 4, 2019 at approximately 23:57 hours I Officer Brandon Dingman, was contacted by Captain Joshua Taylor by radio to come to his location for assistance. Upon my arrival at approximately 23:59 hours I observed a white male subject later identified as Jared Wayne Lakey DOB 12/12/1990 laying on the ground completely unclothed other than wearing a black pair of socks. Captain Taylor standing near Lakey holding him at taser point. I exited my unit and started to approach, then realized I did not have any gloves on me. So, I returned to my unit to grab a pair. After getting the gloves I approached Lakey to place him into cuffs. As soon as I pulled out my cuffs and contacted Lakey he pushed up off the ground to avoid being placed into cuffs. Captain Taylor deployed his taser and we both gave several commands to place his hands behind his back. Lakey continued not to comply with any of the commands that he was given. Lakey attempted to get up again at which point I deployed my taser to attempt to keep him from getting up and giving him the opportunity to come at Captain Taylor or myself. We continued to give Lakey commands to place his hands behind his back, but he would not comply. Lakey would start rolling around and pulling on the wires attached to the lead of the taser to break the connection. Captain Taylor replaced his first cartridge due to Lakey breaking the connection. Lakey attempted to get up again, Captain Taylor deployed his second cartridge to keep him from getting on his feet. I contacted dispatch via radio and advised three taser deployments subject was still being combative and requested more units to our location.

Lakey began rolling around again attempting to disconnect the leads by breaking the connection I had with my taser at which point I placed a new cartridge into my taser. When Lakey attempted to get up again I deployed my taser but one of the leads did not connect with Lakey. Meaning would not have the same effectiveness as it would if both leads would have made contact. Captain Taylor continued to give commands to Lakey but continued not to comply. Captain Taylor and I continued to at least keep Lakey on the ground until additional units could arrive for Officer Safety. In the state of mind Lakey was in he was not going to comply with our commands and wanted to fight Captain Taylor and I. Lakey managed to break most of the connection with the leads to where our taser's had little to no effect. Lakey then attempted to get once more but was not able to keep his footing and fell back to the ground. Captain Taylor and I was about to go hands on, until we noticed Carter County Captain David Duggan and Lone Grove Officer Terry Miller were arriving on scene. Captain Taylor and I waited to go hands on with Lakey. Lakey had sat up and was just sitting on the ground facing Captain Taylor and I. Captain Duggan approached Lakey from behind and placed him in a head and neck restraint. Captain Taylor and I grabbed a hold of Lakey's arms to place him into cuffs. Captain Taylor was able to place a cuff on his left arm while having to put everything I had to get his right arm behind he back so Captain Taylor could get the other cuff on. Captain advised he needed another set of cuffs due to Lakey being so broad shouldered. Once we were able to secure Lakey in cuffs at approximately at 00:12 hours Captain Duggan released his hold on Lakey, and we sat him in an upright position. We immediately noticed Lakey was unconscious, Captain Duggan and Officer Miller began to wake him back up and was successful in doing so.

At approximately 00:15 hours Captain Taylor contacted dispatch to have medics to head our way Lakey was not breathing. At approximately 00:19 hours I notified dispatch CPR was in progress and continued to do so until SOAS (Southern Oklahoma Ambulance Service) arrived and took over from there. Once the medics were able to load up Lakey in the Ambulance I escorted them to Healdton Mercy Hospital at approximately 00:46 hours.

No further action taken by me at this time.

| Reporting Officer | ID # | Date of Report | Supervisor |
|---|---|---|---|
|  |  |  |  |

Exhibit 5

| Brandon Dingman | W4 | 07/05/2019 | Chief Kevin Coley |