# CITY OF WILSON
# MINUTES
# JULY 17TH, 2017

The City Council for the City of Wilson met at 6:30 p.m. on Thursday, July 17th, 2017, at 1065 US Highway 70A, for a regular council meeting.

1. Call meeting to order. (Mayor Schaaf)
2. Roll call, declaration of quorum being present. (Mayor Schaaf)
   Alexander – yes, Newby – yes, Segroves – yes, Wainscott - yes.
   Quorum declared.
   City Attorney Brett Morton not present.
3. Public session: (15 minutes no action may be taken)
   Ray Davis, Rick Camplain, and Farah Bazzrea spoke supporting Chief Felix Hernandez.
4. New Business:
   A. Discussion, consideration, and take action on entering into Executive session on police department.
      1. Discussion only with police personnel interviews.
      Newby motioned to enter into Executive session on police department.
      Alexander second.
      Newby – yes, Alexander – yes, Segroves – yes, Wainscott – yes.
      Motion carried 4:0.
   B. Take action to reconvene.
      Segroves motioned to reconvene.
      Alexander second.
      Newby – yes, Alexander – yes, Segroves – yes, Wainscott – yes.
      Motion carried 4:0.
   C. Discussion, consideration, and take action on personel modification of duties, and modification of officer status.
      Wainscott motioned to make no changes of duties or officer status.
      Newby second.
      Newby – yes, Alexander – yes, Segroves – yes, Wainscott – yes.
      Motion carried 4:0.
   D. Discussion, consideration, and take action on administrative changes.
      Newby motioned to strike.
      Segroves second.
      Newby – yes, Alexander – yes, Segroves – yes, Wainscott – yes.
      Motion carried 4:0.
   E. Discussion, consideration, and take action on any administrative changes necessary for the best interest of the police department.
      Newby motioned to suspend Chief Felix Hernandez without pay for 30 days but would allow use of his vacation pay only.
      Wainscot second.
      Newby – yes, Alexander – yes, Segroves – yes, Wainscott – yes.
      Motion carried 4:0.
5. Reports from department heads.
6. Comments and inquiries from council.
7. Adjourn.
   Segroves motioned to adjourn.
   Wainscott second.
   Alexander – yes, Newby – yes, Segroves – yes, Wainscott - yes.
   Motion carried 4:0.

Adjourned 8:25 p.m.

DEF 0704

EXHIBIT 2

_[signature]_
Frank Schaaf, Mayor

_[signature]_
David Newby, Ward 1

_[signature]_
Juanita Segroves, Ward 3

_[signature]_
Ann Manitzky, City Clerk/Treasurer

_[signature]_
Rob Alexander, Ward 2

_[signature]_
Craig Wainscott, Ward 4

DEF 0705