CITY OF WILSON
MINUTES
JULY 27TH, 2017

The City Council for the City of Wilson met at 6:30 p.m. on Thursday, July 27th, 2017, at 1065 US Highway 70A, for a regular council meeting.

1. Flag salute and prayer.
2. Call meeting to order. (Mayor Schaaf)
3. Roll call, declaration of quorum being present. (Mayor Schaaf)
   Alexander – yes, Newby – yes, Segroves – yes, Wainscott - yes.
   Quorum declared.
   City Attorney Brett Morton present.
4. Public session: (15 minutes no action may be taken)
5. Approval of Minutes of previous meeting.
   Segroves to approve Minutes from previous meeting.
   Newby second.
   Alexander – yes, Newby – yes, Segroves – yes, Wainscott - yes.
   Motion carried 4:0.
6. Approval of Purchase Orders and Claims.
   Newby motioned to approve Purchase Orders and Claims.
   Wainscott second.
   Alexander – yes, Newby – yes, Segroves – yes, Wainscott - yes.
   Motion carried 4:0.
7. New Business:
   A. Discussion, consideration, and take action on SODA Reap Grant.
      Segroves motioned to apply for SODA Reap Grant for Digiticket and GPS mapping for water lines and meters.
      Newby second
      Alexander – yes, Newby – yes, Segroves – yes, Wainscott – yes.
      Motion carried 4:0.
   B. Discussion, consideration, and take action on purposing a vote of the residences for an increase from .0325% to .04% increasing Street Sales by .075%.
      Newby motioned to table.
      Alexander second.
      Alexander – yes, Newby – yes, Segroves – yes, Wainscott – yes.
      Motion carried 4:0.
   C. Discussion, consideration, and take action on accepting retirement of Police Chief Felix Hernandez.
      Newby motioned to accept letter of retirement letter of Police Chief Felix Hernandez.
      Segroves second.
      Alexander – yes, Newby – yes, Segroves – yes, Wainscott – yes.
      Motion carried 4:0.
   D. Discussion, consideration, and take action on appointing Captain Kevin Coley as interim chief of police.
      Newby motioned to appoint Captain Kevin Coley as interim Chief of Police.
      Segroves second.
      Alexander – yes, Newby – yes, Segroves – yes, Wainscott – yes.
      Motion carried 4:0.
   E. Discussion, consideration, and take action on amending any city ordinance that allows anyone to void or release city written violations other than those allowed by state statues, the presiding judge or issuing officer.(Newby)
      Newby motioned to strike.
      Alexander second.
      Alexander – yes, Newby – yes, Segroves – yes, Wainscott – yes.
      Motion carried 4:0

DEF 0706

EXHIBIT
3

F. Discussion, consideration, and take action on looking for land, purchasing said land, improving said land and building an RV/Travel Trailer Park.(Newby).
   **Newby motioned to look for land to build an RV/Travel Trailer Park.**
   **Alexander second.**
   **Alexander – yes, Newby – yes, Segroves – yes, Wainscott – yes.**
   **Motion carried 4:0**
8. Reports from department heads.
9. Comments and inquiries from council.
10. Adjourn.
    **Newby motioned to adjourn.**
    **Segroves second.**
    **Alexander – yes, Newby – yes, Segroves – yes, Wainscott - yes.**
    **Motion carried 4:0.**

**Adjourned 6:55 p.m.**

_____
Frank Schaaf, Mayor

_____
David Newby, Ward 1

_____
Juanita Segroves, Ward 3

_____
Ann Marutzky, City Clerk/Treasurer

_____
Ron Alexander, Ward 2

_____
Craig Wainscott, Ward 4