## NOTIFICATION OF EMPLOYMENT/TERMINATION

**Council on Law Enforcement Education and Training**
2401 Egypt Road, Ada, Oklahoma 74820-0669   Phone: 405-239-5100   Fax: 405-239-5190

**DUE WITHIN 10 DAYS OF EMPLOYMENT/TERMINATION**

COMPLETE ALL REQUIRED FIELDS — COMPLETE EITHER FULL-TIME OR RESERVE

- [ ] Notice of Employment
- [x] Notice of Termination
- [ ] Department Head Change

- [ ] **FULL-TIME OFFICER (Over 25 hours per week)**
  - [ ] Not Certified – Needs Training
  - [ ] Certified in Oklahoma   CLEET # ____
  - [ ] OUT OVER 5 YEARS
  - [ ] Certified in Another State – Requesting Reciprocity
  - [ ] Requesting Collegiate Officer Program Certification
  - [ ] Certified Oklahoma Reserve  CLEET # ____
  - [ ] Requesting Bridge Academy

- [ ] **RESERVE OFFICER (140 hours or less per month)**
  - [ ] Not Certified – Needs Training
  - [ ] Certified in Oklahoma   CLEET # ____
  - [ ] OUT OVER 5 YEARS
  - [ ] Certified in Another State – Requesting Reciprocity
  - [ ] Requesting Collegiate Officer Program Certification

### AGENCY DATA

Name of Agency: **WILSON POLICE DEPT**
Agency E-Mail: **kcoleywilson3@gmail.com**
Address: **1065 US HWY 70A**    City: **WILSON**    ZIP: **73463**    County: **CARTER**
Department or Agency Head: **Kevin Coley**    Title: **CHIEF**    Telephone: **580-668-2136**

### EMPLOYEE DATA

Last Name: **Hernandez**    First Name: **Felix**    MI: **V**    Sex: M [x] F [ ]    DOB: ____
SSN: ____    Race: **H**    Home Phone: ____
Home Address: **PO Box 732**    City: **Wilson**    State: **OK**    Zip: **73463**

### EMPLOYEE ATTESTATION:

Date of Appointment: ____    Position: ____

- I am at least 21 years of age;
- I am a U.S. Citizen or have resident alien status, pursuant to an employment eligibility verification form from the U.S. Citizenship and Immigration Services;
- I possess a high school diploma or a GED equivalency certificate as recognized by state law;
- I am not currently undergoing treatment for a mental illness, condition, or disorder;
- I have never been convicted of a felony, crime of moral turpitude, or crime of domestic violence in any state or federal court;
- I am not currently participating in a deferred sentence for a felony, crime of moral turpitude, or crime of domestic violence.

I certify the information provided by me is correct and accurate. I understand that any false statement may be a crime punishable by fine and/or imprisonment. I hereby authorize the Council on Law Enforcement Education and Training or other authorized representatives of the Council bearing this form or a copy thereof, to release any information entered on this form to any law enforcement agency.

Original Signature of Employee: ____    Date: __/__/__

### AGENCY ADMINISTRATOR ATTESTATION

- As the Agency Administrator or Designee, I certify to the Council that a background investigation was completed on the named employee in accordance with 70 O.S. §3311 (E.1.) prior to employment as a peace officer or reserve peace officer.
- As the Agency Administrator or Designee, I certify to the Council that a psychological evaluation was conducted in accordance with the provisions of 70 O.S. § 3311, or I have verified a psychological evaluation was completed for a CLEET certified peace officer with a break in service of less than five years.
- As the Agency Administrator or Designee, I certify to the Council that the named employee/applicant is suitable to serve as a peace officer in the State of Oklahoma.

I certify the information provided by my agency on this document is correct and accurate. I understand that any false statement may be a crime punishable by fine and/or imprisonment. I understand that CLEET will rely on my attestation.

Original Signature of Agency Administrator or Designee: ____    Date: __/__/__
Print Name and Title: ____

**70 O.S. §3311** – *Every law enforcement agency in this state shall, within thirty (30) days of a final order of termination or resignation while under investigation of a CLEET-certified peace officer, report such order or resignation in writing to the Executive Director of the Council.*

Date of Termination: **07/24/2017**

- [ ] Resigned
- [ ] Discharged
- [x] Retired
- [ ] Deceased
- [ ] Other, explain below

Comments: ____

Original Signature of Agency Administrator or Designee: *[signed]*    Date: **07/26/17**
Print Name and Title: **Kevin Coley  CHIEF**

Sworn and subscribed before me this **26th** day of **July**, 20**17**.

*Ann E. Marutzky*
Notary Public

My Commission # **11005906**    Expires: **06/30/2019**

Printed 01262015

**EXHIBIT 4**