IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) | CYNTHIA LAKEY AND DOUGLAS LAKEY, as co-Special Administrators for the Estate of Jared Lakey, | ) ) ) ) |
| | Plaintiffs, | ) ) |
| v. | | ) ) |
| (2) (3) (4) (5) (6) (7) (8) (9) | CITY OF WILSON, JOSHUA TAYLOR, in his official and individual capacities, BRANDON DINGMAN, in his individual capacity, CHRIS BRYANT, in his official and individual capacity as Sheriff of Carter County, DAVID DUGGAN, in his individual capacity, LONE GROVE, TERRY MILLER, in his individual capacity, KEVIN COOLEY, in his official and individual capacity, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| | Defendants. | ) |

Case No. 20-CV-152-RAW

## DEFENDANTS CITY OF WILSON, JOSHUA TAYLOR AND BRANDON DINGMAN'S EXPERT DISCLOSURES

COME NOW Defendants, City of Wilson, Joshua Taylor and Brandon Dingman, pursuant to FRCP 26(a)(2) and in accordance with the Court's Scheduling Order, and disclose the following expert witnesses who may be called to testify at trial on behalf of these Defendants.

    A.    Primary Experts to Testify on Behalf of these Defendants

        1.    Dr. Stacey L. Hail, M.D., FACMT

- Rule 26 Report and Disclosures attached as Exhibit 1

        2.    Mark W. Kroll, Ph.D, FACC, FHRS, FIEEE, FAIMBE

- Rule 26 Report and Disclosures attached as Exhibit 2

{00647429}

B.   Rebuttal Expert to be offered solely to contradict or rebut the opinions and testimony of Plaintiff's experts, Scott A. DeFoe and/or Michael Leonesio.

1. Greg Meyer

- Rule 26 Report and Disclosures attached as Exhibit 3

C.   Non-Retained Experts

1. Eric Pfeifer, M.D.
   921 Northeast 23rd Street
   Oklahoma City, OK

   - Dr. Pfeifer may testify regarding the autopsy that he performed and report that he wrote regarding Jerrod Lakey.

2. Brian Chiles
   17800 N 85th St,
   Scottsdale, AZ 85255

   - Mr. Chiles may offer testimony related to his analysis done on the CEWs used in the Lakey incident and the findings documented in the Trilogy report and regarding the electronic charge delivery for each trigger activation from Defendants Taylor and Dingman. He will also explain how he downloaded the internal data from each CEW which store the electrical characteristics of each delivered pulse.

Additionally, these Defendants reserve the right to call as witnesses at trial any expert disclosed by any co-Defendant.

Respectfully submitted,

**BEST & SHARP**

/s/ Thomas A. LeBlanc
Thomas A. LeBlanc, OBA #14768
tleblanc@bestsharp.com
Jordan L. Berkhouse, OBA #33835
jberkhouse@bestsharp.com
Williams Center Tower 1
One West Third Street, Suite 900
Tulsa, OK 74103
Telephone: (918) 582-1234

Facsimile: (918) 585-9447
*Attorneys for Defendants, City of Wilson and Kevin Coley, in his official and individual capacity*
and
/s/ *Scott B. Wood*
Scott B. Wood, OBA #12536
Wood, Puhl & Wood, P.L.L.C.
2409 E. Skelly Drive, Suite 200
Tulsa, OK  74105
okcoplaw@aol.com
*Attorney for Defendants,*
*Joshua Taylor and Brandon Dingman*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of April 2022, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Steven J. Terrill, OBA #20869
J. Spencer Bryan, OBA #19419
Bryan & Terrill Law, PLLC
3015 E. Skelly Drive, Suite 400
Tulsa, OK  74105
sjterrill@bryanterrill.com
jsbryan@bryanterrill.com
*Attorneys for Plaintiffs*

Wellon B. Poe, OBA #12440
Justin Ashlock, OBA #33459
Collins, Zorn & Wagner, P.C.
429 N.E. 50th Street, Second Floor
Oklahoma City, OK  73105-1815
wbp@czwlaw.com
jpa@czwlaw.com
*Attorney for Defendant, Chris Bryant, in his official and individual capacity as Sheriff of Carter County*

Eric D. Janzen, OBA #13826
Steidley & Neal, P.L.L.C.
CityPlex Towers, 53rd Floor
2448 East 81st Street
Tulsa, OK  74137
edj@steidley-neal.com
mdl@steidley-neal.com
*Attorneys for Defendants,*
*City of Lone Grove and Terry Miller*

Robert S. Lafferrandre, OBA #11897
Jessica L. Dark, OBA #31236
Randall J. Wood, OBA #10531
Pierce Couch Hendrickson
Baysinger & Green, LLP
1109 North Francis Avenue
Oklahoma City, OK  73106
rlafferrandre@piercecouch.com
jdark@piercecouch.com
rwood@piercecouch.com
*Attorneys for Defendant,*
*David Duggan*

/s/ **Scott B. Wood**

{00647429}                              3