# EXHIBIT 2

## United States District Court
### Eastern District of Oklahoma

| | |
|---|---|
| Cynthia & Douglas Lakey<br>　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>City of Wilson, et al,<br>　　　　　　Defendants. | No. 20-cv-152-RAW |

EXPERT REPORT OF MARK KROLL, PhD, FACC, FHRS, FIEEE, FAIMBE

This report summarizes my analysis and findings and includes a statement of my opinions. The report also includes data and other information considered by me in forming my opinions and sets out my qualifications (including my CV which is an integral part of this report).

Mark Kroll, PhD, FACC, FHRS, FAIMBE　　　　　　　　　1 April 2022

This report has numerous photos and tables using color and should only be printed with a color printer.

# Table of Contents:

Figures .......................................................................................................... 4

Tables............................................................................................................ 4

Glossary & Abbreviations ............................................................................ 4

*Brief Summary of Qualifications* ................................................................ 5

*Short Primer on Muscle Stimulators and Electrocution* ......................... 8

A Muscle Stimulator is a Muscle Stimulator ............................................. 8

Fundamental Rules of Electrocution............................................................ 11

*Brief Summary of Important Background Facts* .................................... 12

*Brief Summary of Opinions in This Case* ............................................... 14

*Trigger Pulls* ............................................................................................ 15

*Timelines* .................................................................................................. 17

Video Synchronization................................................................................. 17

*Probe Landings* ........................................................................................ 21

*Deployments* ............................................................................................. 23

Taylor Deployment #1 ................................................................................. 23

Taylor Deployment #2.................................................................................. 23

Dingman Deployment #1............................................................................. 24

Dingman Deployment #2.............................................................................. 24

Deployment Summary .................................................................................. 25

*Details of Opinions* .................................................................................. 26

1. Lakey Was Sitting Up 2 Minutes After the Last Current Delivery........................ 26

2. The Cardiac Arrest Occurred About 7.5 Minutes Later. ....................................... 26

3. Mr. Lakey's Cardiac Arrest Presenting Rhythm Was Asystole. ........................... 26

4. No Probe was near Mr. Lakey's Heart ................................................................... 27

*Materials Reviewed or Considered:*........................................................ 28

*Benefits and Risks of Electronic Control*............................................... 29

*Major Myths* ............................................................................................ 31

Myth #1. People Have Been Electrocuted by an Electrical Weapon. ...................... 31

Myth #2. The AHA did a Study Proving Electrocution ........................................... 31

Myth #3. The Baseball Rule has a Scientific Basis. ................................................ 32

Myth #4. Simultaneous Trigger-Pulls are More Dangerous. ................................... 33

Myth #5. The Heart is a Muscle, so it is Affected Like Skeletal Muscles ................ 33

*A Brief Primer on Electrocution.* ............................................................................. *34*

*Misunderstanding the Trigger-pull Download* ................................................... *36*

   Broken Wires or Dislodged Darts .......................................................................... 37

   Rounding Up to the Next Second ........................................................................... 37

   Muzzle Contact Canting with Drive-stuns .............................................................. 37

   Muzzle Contact and Release Delays ...................................................................... 37

   Inadvertent Trigger Pulls ..................................................................................... 38
      Background: ................................................................................................. 38
      Physiology: .................................................................................................. 38
      Effect of Officer Age: ................................................................................... 39
      Comparison to Firearms: ............................................................................. 40
      The Harm of the Helping Hand: .................................................................. 40

   Forensic Evidence ................................................................................................ 41

*The Significance of the Sound* ............................................................................. *42*

*General Background:* ............................................................................................. *44*

   A. The Electrophobia Myth .................................................................................. 44

   B. CEW Probe Mode ........................................................................................... 44

   C. CEW Drive Stun Mode: Skin Rub vs. Injection ................................................. 45

   D. Current Flow in the Body ................................................................................ 47

   E. CEW Comparison to Other Nerve Stimulators .................................................. 48

   F. ANSI CPLSO-17 Standard ................................................................................ 49

   G. CEW Comparison to the Electric Fence ............................................................ 49

   H. Comparison to General International Safety Standards ..................................... 50

   I. Electricity Does Not Build Up Like Poison: Baseball vs. Science ......................... 50
      The Dogma Of 3 Strikes And 15 Seconds .................................................... 52

   J. The Handheld CEW Has Led to Dramatic Reductions in Injury. ......................... 53

*General Comments* ............................................................................................... *55*

   Previous Testimony ............................................................................................. 55

   Fees: ................................................................................................................... 56

   Right To Amend: ................................................................................................. 56

   Further Development: .......................................................................................... 56

   Specific References: ............................................................................................ 56

   Opinion Methodology: ........................................................................................ 56

*References:* ............................................................................................................. *57*

## Figures

Figure 1. Electrical muscle stimulators are popular for therapy and training. ...............................8
Figure 2. FDA approved outputs for Slendertone® abdominal muscle stimulator. ........................9
Figure 3. Miha Bodytec WB-EMS electrode vest. ....................................................9
Figure 4. Probe landing on bare skin ...............................................................21
Figure 5. Probe landings on the back. ..............................................................21
Figure 6. Subject's ability to control muscles as function of probe spread. ..................................22
Figure 7. Probe landings on the abdomen. .........................................................22
Figure 8. Taylor missed probe seen on ground at 23:59:14. .............................................23
Figure 9. Lakey falling at 24:00:15 .................................................................24
Figure 10. Lakey getting up during simultaneous trigger pulls. ........................................24
Figure 11. Asystole documented by paramedic McKee. .................................................26
Figure 12. The drive-stun requires that the CEW muzzle be kept nearly perpendicular. .............38
Figure 13. Shinohara study showing increased contralateral activity in older subjects. ...............39
Figure 14. Drive-stun marks. ......................................................................41
Figure 15. X26E CEW sound signatures of open circuit and closed circuit pulses. ......................43
Figure 16. The majority of the drive-stun current is confined to the fat and dermis layer. ...........46
Figure 17. Graphic of electrical current flow in the body analogized to baseball. ......................47
Figure 18. Aggregate current vs. load impedance. ...................................................48
Figure 19. UL 69 electric fence equivalent power safety limit. .........................................49
Figure 20. UL and IEC standards recognize that VF is induced or not within 1-5 seconds. ..........51
Figure 21. Original Biegelmeier curves showing safe (S) currents for humans. ...........................51

## Tables

Table 1. Muscle stimulation capability of popular EMS units and CEWs .........................................8
Table 2. Comparison of X26 CEW to the Bodytec system. ................................................10
Table 3. Taylor Trigger Pulls. ....................................................................15
Table 4. Dingman Trigger Pulls. ..................................................................16
Table 5. Synchronization of pulse graph times with the video. ........................................17
Table 6. Master Timeline ..........................................................................18
Table 7. Deployment Summary .....................................................................25
Table 8. Primary risks from CEW probe-mode applications. ...........................................29
Table 9. Summary of benefits and risks of CEWs. ....................................................30
Table 10. Primary diagnostic criteria for electrocution. ..............................................34
Table 11. Shinohara contralateral index finger contractions. ..........................................39
Table 12. Sampling of sound levels from various sources. .............................................42
Table 13. AC Currents and Their Typical Effects ......................................................44
Table 14. Maximum electrocution times from various studies .........................................51

## Glossary & Abbreviations

1.  Conducted electrical weapon (CEW): handheld probe-launching electrical weapon
2.  To control electronically: to successfully use a CEW
3.  Electronic control: the goal of controlling electronically
4.  Deployment: launch of probes
5.  Electrocution: death from electricity

## Brief Summary of Qualifications

I am a Biomedical scientist with a primary specialty in bioelectricity or the interaction of electricity and the body.[*] I have invested most of my career researching and developing electrical devices to diagnose and treat disease. The primary focus is the effect of electrical shocks on the human body.

This involves researching, lecturing, and publishing on electric shocks and their effects on the human body. It includes lectures throughout Europe, South America, and Asia (in 35 countries) as well as at many of the major universities and medical centers of the United States (U.S.). Usually, the typical audience member is a cardiologist electrophysiologist, medical examiner, or forensic pathologist. With over 380 issued U. S. patents and numerous pending and international patents, I currently hold the most patents on electrical medical devices of anyone in the world. Over 1 million people have had devices with some of these patented features in their chest, monitoring every heartbeat. http://bme.umn.edu/people/adjunct/kroll.html.

In 2010 was awarded the Career Achievement Award by the Engineering in Medicine and Biology Society (EMBS) of the Institute of Electrical and Electronics Engineers (IEEE) which is the most prestigious award given internationally in Biomedical Engineering.
http://tc-therapeutic-systems.embs.org/whatsnew/index.html

Believed to be the only individual to receive the high "Fellow" honor from both Cardiology and Biomedical societies. To wit:

1997   Fellow, American College of Cardiology
2009   Fellow, Heart Rhythm Society
2011   Fellow, IEEE Engineering in Medicine and Biology Society
2013   Fellow, American Institute for Medical and Biological Engineering

Author of over 200 abstracts, papers, and book chapters and also the co-editor of 4 books including the only 2 scientific treatises on Conducted Electrical Weapons (CEW):

1. TASER® Conducted Electrical Weapons: Physiology, Pathology and Law. Springer-Kluwer 2009.
2. Atlas of Conducted Electrical Weapon Wounds and Forensic Analysis: Springer-Kluwer 2012.

---

[*]See current CV for further details and specifics. My curriculum vitae containing details of my relevant formal education, experience, and publications authored is attached and made an integral part of this report.

Directly relevant paper publications include over 100 papers, books, book chapters, indexed letters on CEWs and arrest-related death (ARD), and numerous scientific meeting abstracts.  For more details please see CV at:
https://www.dropbox.com/sh/wju0hu6q3ca62xx/AAAlzTlLbKbxu5m34AsMfCrYa?dl=0

There have also been many presentations on CEWs to scientific, medical, pathology, as well as law enforcement, audiences. These include: 2007 American Academy of Forensic Science (AAFS) conference major presentation in San Antonio, Texas and the 2007 BEMS (Bio-electromagnetic Society) meeting Plenary Address in Kanazawa, Japan.

1. Major invited lecture at the 2006 NAME (National Association of Medical Examiners) conference in San Antonio, Texas.
2. Advanced Death Investigation Course of St. Louis University (2007) as faculty lecturer to full audience.
3. Faculty lecturer to full audience at Institute for the Prevention of In-Custody Death Conferences (2006 and 2007), Las Vegas, Nevada.
4. Chair of special session on TASER CEW at 2006 Cardiostim meeting in Nice, France.
5. Guest lecture to U.S. Military on CEW in 2006.
6. "Presenting Rhythm in Sudden Custodial Deaths After Use of TASER® Electronic Control Device," was presented at the 2008 scientific conference of the Heart Rhythm Society.
7. "Can Electrical-Conductive Weapons (TASER®) alter the functional integrity of pacemakers and defibrillators and cause rapid myocardial capture?" was presented at the 2008 scientific conference of the Heart Rhythm Society.
8. "Weight-Adjusted Meta-Analysis of Fibrillation Risk From TASER® Conducted Electrical Weapons" presented at the 2009 AAFS conference.
9. "Meta-Analysis of Fibrillation Risk From TASER® Conducted Electrical Weapons as a Function of Body Mass" presented at the 2009 scientific conference of the Heart Rhythm Society.
10. Oral presentation at the 2014 NAME (National Association of Medical Examiners) conference in Portland, Oregon.
11. Pathophysiological Aspects of Electroshock Weapons. University of Salzburg Electroshock Weapon Symposium. Salzburg, Austria. July 2015.
12. Real and Imagined Risk of Electrical Weapons. University of Salzburg Electroshock Weapon Symposium. Salzburg, Austria. Dec 2016.

In addition to the major addresses above, there have been lectures and presentations at the U.S. Department of Justice (2007), AAFS (2006), and BEMS (2006) regarding TASER CEWs.

I have deployed and discharged TASER CEWs numerous times and have personally experienced a TASER® X26 CEW probe deployment discharge to the center of my chest.

Relevant Committees and Boards:

1. International Electrotechnical Commission (IEC) (Geneva, Switzerland) TC64 MT4 Committee. This committee is the top international authority for setting the international electrical safety limits for electrocution and other electrical dangers.
2. American Society for Testing and Materials) ASTM, Committee: E54 Homeland Security Applications, Subcommittee: E54.08 Operational Equipment, including Less-Lethal Task Group, including: ASTM (draft) Standard WK61808 New Test Method for Correct Performance of Less-Lethal Electroshock Weapons Used by Law Enforcement and Corrections.
3. Axon Enterprise, Inc. (Axon né TASER), corporate and also Scientific and Medical Advisory Board.
4. ANSI (American National Standards Institute) standards committee on electrical weapons.

Courtroom testimony in U.S., Australia, and Canada, and retained expert in the United Kingdom and France. I also have significant research, publications, and testimony in the areas of resuscitation, ARDs (arrest-related death), prone restraint, and biomechanics.

# Short Primer on Muscle Stimulators and Electrocution

## A Muscle Stimulator is a Muscle Stimulator

Because electricity is invisible, and because the TASER® conducted electrical weapons (CEWs) are used by police — often in dangerous situations — a great deal of mythology and misunderstanding has grown up around them.



**Figure 1. Electrical muscle stimulators are popular for therapy and training.**

As seen in Table 1, some CEWs put out slightly more current *per channel* than do the tested therapeutic muscle stimulators.[1] Note that the Obovov R-C4D puts out slightly more current (1.34 mA) than does the X26P CEW (1.3 mA). For total current injected into the body the iStim EV-805 delivers 3.29 mA over 4 channels (8 electrodes). This exceeds the 3.13 mA total output of the newer T7 CEW. This also exceeds the total current output (1.3 mA) of the X26P which has only a single channel.

**Table 1. Muscle stimulation capability of popular EMS units and CEWs**

| Model | d (µs) | Raw Charge (µC) | Normali-zation Factor | Normalized Charge (µC) | Pulse Rate (PPS) | Iagg Nor-malized (mA) | Chan-nels | Total Iagg (mA) |
|---|---|---|---|---|---|---|---|---|
| EMS 7500 | 301 | 23.6 | 0.54 | 12.8 | 68.6 | 0.88 | 2 | 1.76 |
| iStim EV-805 | 305 | 21.8 | 0.54 | 11.7 | 70.1 | 0.82 | 4 | 3.29 |
| Obovov R-C4D | 210 | 24.6 | 0.69 | 16.9 | 79.6 | 1.34 | 2 | 2.69 |
| X2 CEW | 71.2 | 65.3 | 1.14 | 74.2 | 19.6 | 1.45 | 2 | 2.91 |
| X26P CEW | 98.6 | 65.7 | 1.01 | 66.1 | 19.6 | 1.30 | 1 | 1.30 |
| T7 CEW | 60 | 59.2 | 1.20 | 71.0 | 22.0 | 1.56 | 2 | 3.13 |

All readings with 500 Ω load. Iagg = aggregate current per ANSI CPLSO-17.

An important issue is the application duration for safety. The U.S. FDA (Food and Drug Administration) typically approves muscle stimulators for maximum durations of 40 to 45 minutes as seen in Figure 2.

### 10.2  Output Specifications

The following information has been compiled using the "Guidance Document on Powered Muscle Stimulator 510(k)s, 1999".

| Table I<br>Basic Unit Characteristics | New Device<br>SLENDERTONE® Evolve Abs,<br>Type 735 | Predicate Device<br>SLENDERTONE® CoreFit Abs 8,<br>Type 734 | Comparison |
|---|---|---|---|
| 9. Automatic overload Trip? | Yes | Yes | Identical |
| 10. Automatic No-Load Trip? | Yes | Yes | Identical |
| 11. Automatic Shut Off | Yes | Yes | Identical |
| 12. Patient Override Control? | Yes, pause button stops treatment immediately. | Yes, pause button stops treatment immediately. | Identical |
| 13. Indicator Display<br>- On/Off Status?<br>- Low Battery?<br>- Voltage/Current Level? | Yes, OLED Display<br>Yes, OLED Display<br>Yes, OLED Display | Yes, OLED Display<br>Yes, OLED Display<br>Yes, OLED Display | Identical |
| 14. Timer range (minutes) | 2 - 40 minutes | 20-40 minutes | Different but no impact on safety or effectiveness. |
| 15. Compliance with Voluntary Standards? | IEC 60601-1<br>IEC 60601-2-10<br>EN 60601-1-2<br>IEC 60601-1-11<br>IEC 60601-1-6<br>IEC 62133<br>FCC (47 CFR Part 15, Subpart B) | IEC 60601-1<br>IEC 60601-2-10<br>EN 60601-1-2<br>IEC 60601-1-11<br>IEC 60601-1-6<br>IEC 62133<br>FCC (47 CFR Part 15, Subpart B) | Identical |

**Figure 2. FDA approved outputs for Slendertone® abdominal muscle stimulator.**

Whole body electro-myostimulation (WB-EMS) is an new extreme athletic training technique that recently originated in Germany with a device called the Miha Boytec.[2] The subject strips naked and then dons the electrode jacket as shown in Figure 3. Additional electrodes are placed on the legs.



**Figure 3. Miha Bodytec WB-EMS electrode vest.**

The outputs for the Bodytec, E-fit and Katalyst are given below.[3-5]

**Table 2. Comparison of X26 CEW to the Bodytec system.**

|  | Bodytec | E-fit | Katalyst | X2 | X26P | T7 |
|---|---|---|---|---|---|---|
| Channels | 10 | 12 | 10 | 2 | 1 | 2 |
| Max Pulse rate (PPS) | 150 | 120 | 85 | 19.6 | 19.6 | 22 |
| Pulse duration (µs) | 50-400 | 100-500 | 175 | 71 | 98 | 60 |
| Typical duration (minutes) | 20 | 30 | 20 | < 3 | < 3 | < 3 |
| Pulse charge (µC)* | 32 | 36 | 21 | 65 | 65.7 | 59.2 |
| Aggregate current (mA) | 4.8 | 4.3 | 1.8 | 1.3 | 1.29 | 1.30 |
| Aggregate current over all channels (mA) | 48.0 | 51.8 | 17.9 | 2.6 | 1.29 | 2.60 |

*Non-normalized raw charge is used as the exact pulse durations are not disclosed for the Bodytec and E-fit.

As seen in Table 2, there is a world of difference between the level of stimulation between an X26P CEW and the Miha Bodytec WB_EMS system. The Bodytec delivers almost 4 times the current per electrode pair and almost 40 times the total current to the body.[1]

The only side-effect from these body-stimulators has been rhabdomyolysis which has made some athletes sick but is not fatal.[2,6-9] TASER® CEWs do not cause rhabdomyolysis.[10-17]

Sadly, some well-intended police advisory groups have confused the baseball tactical rule with some sort of a safety limitation.[18] For details see "The Dogma Of 3 Strikes And 15 Seconds" section on page 52. The idea that 16 seconds of muscle stimulation is somehow dangerous when the FDA approves such muscle stimulation out to 40 minutes is so wrong that it is sadly laughable.

There are 2 fundamental differences between therapeutic muscle stimulators and the CEW:

1. The therapeutic muscle stimulators deliver current through adhesive patches while the CEW uses probes as the application is usually non-voluntary.
2. The therapeutic muscle stimulators are regulated by specific standards (ANSI & IEC) for electronic muscle stimulators while the CEW is regulated by a specific ANSI standard for electrical weapons.[19-21]

The safety of long-duration electronic muscle stimulation is so well established that it comes as a surprise to bioelectrical scientists that there is any ignorance on this issue. However, in the criminal case, prosecutor Ladd suggested to Ofc. Taylor (Transcript 681:23) that 4 minutes was dangerous:

> Q. You would agree four minutes is getting to the danger zone, right?
> A. I believe that there was -- it could be, yes.

Prosecutor Ladd did not identify the source of his belief if it indeed was a sincere belief.

## Fundamental Rules of Electrocution

It is important to understand that a death from electricity is called an electrocution. Here is what the dictionaries have to say about "electrocution:"

> to kill by electricity: Dictionary.com

> to send electricity through someone's body, causing death: Cambridge Dictionary

> to execute (a criminal) by electricity or to kill by a shock of electricity: Merriam-Webster Medical Dictionary

Comment: Electrocution is simply a death from electricity without the involvement of exogenous trauma (such as gasoline fumes or hard objects). This should be well-established and obvious, but it still comes up as sometimes someone will say that the CEW killed someone but not by electrocution. This is, of course, logically impossible.

There are 3 basic rules established by 140 years of electrocution research:[22-30]

1. Electrocution is a stand-alone cause of death.
   a. It does not combine with other maladies like salt and pepper combining to flavor a soup.[18]
2. Electricity does not build up like poison.
   a. If the current is high enough, and the pathway is appropriate, electrocution either occurs in the first 1-5 seconds or does not occur at all.
   b. See Antoni,[31] Wegria,[32] Ferris,[33] Jacobsen,[34] Roy,[35] Scott,[36] and Kiselev.[37]
   c. This is also recognized by the international electrical safety standards and those of Underwriters Laboratory.[38]
3. Electrocution is not caused by pain.
   a. If pain could stop someone's heart, then women would not tend to survive childbirth and the passage of kidney stones would tend to be fatal.

In spite of over a century of research, some people — either out of false intuition or simple malice — promote the poison myth. In the criminal case, prosecutor Ladd asked Ofc. Taylor (Transcript 669:13):

> Q. You don't think there was some lasting effects from the tasers?
> A. Maybe. I'm not a doctor. I'm not sure what his effects were.

## Brief Summary of Important Background Facts

1. Major studies sponsored by the US DOJ show that use of electronic control reduces the suspect injury rate by at least 2/3 compared to alternative force options, including hands-on physical force.[39,40] The MacDonald study covered 12 USA law enforcement agencies and 24,380 uses of force.[39] They found that the CEW reduced subject injury by 65%. Taylor et al analyzed data from 13 USA agencies including 16,918 uses of force and described a 78% reduction in injuries requiring medical care.[40]

   The scientific literature is very clear that the choice of wrestling will triple (3x) the rate of suspect injury and quadruple (4x) the rate of serious injury, this was distorted in the associated criminal case. Nevertheless, in the criminal case, prosecutor Ladd suggested to Ofc. Taylor (Transcript 693:1):

   > Q. Does it seem less of a violent or aggressive thing for you, based own your experience as a police officer, to take your hands and try to put somebody in 'cuffs versus tasing them?

2. The probe punctures are not considered an injury. A probe-dart skin penetration is not considered an injury any more than a flu-vaccination would be considered an injury.[41] They both involve a skin puncture from a small needle.

   Nevertheless, in the criminal case, prosecutor Ladd suggested to Ofc. Dingman (Transcript 731:15):

   > Q. And, then, here on his back, do you see in State's 13 and 14, these holes in his back?
   > Yes, sir.
   > Q. And those would have been caused by the taser prongs that were deployed by you and Mr. Taylor; is that right?
   > Yes, sir.
   > Q. And you would agree those constitute injuries?

3. The use of electrical weapons reduces fatal officer involved shootings by 2/3 where the electrical weapon usage is not overly restricted.[42] The use of electrical weapons reduces the non-firearm arrest-related death rate by 2/3 compared to other force options.[43]

4. The X26E and X26P CEWs used by the agency deliver a safe level of electrical current as specified by the Underwriters Laboratories (UL) and International Electric Fence standards.[44] In fact, they satisfy all relevant electrical safety standards.[45-47] The original TASER® X26 CEW is now often referred to as the X26(E) to distinguish it from the newer X26P.

5. The X26P delivers ~1.6 W which satisfies the UL electric fence safety limit of an equivalent of 5 W and even the more conservative 2.5 W international

limit.[48,49] The X26(E) delivers ~1.8 watts (W) which satisfies the UL electric fence safety limit of an equivalent of 5 W and even the more conservative 2.5 W international limit.[48,49]

6. The UL electric fence safety standard allows the delivery of 5 watts for short pulses as those from the X26E and X26P.

7. The X26P CEW satisfies the ANSI CPLSO-17:2017 "Electrical Characteristics of ECDs and CEWs" standard.[50]

8. The effects, of electronic control, are over essentially instantaneously after the current ceases. Subjects are able to complete simple tasks within 1.3 seconds.[51] Multiple studies have shown that subjects can immediately operate a keyboard and perform computer testing.[52-55]

9. Electrical current is not more dangerous for those on drugs or suffering from mental illness. In fact, cocaine is a sodium channel blocker and tends to blunt the effects of electricity.{Tisdale, 1996 #717}{Lakkireddy, 2006 #5087}

10. The occasional opinion — that electronic control should not be used with the intoxicated (or mentally ill) — does not comport with the realities of law enforcement. That reality is that well-adjusted and sober members of society do not tend to be involved in forceful arrests as 79% of recipients of force have a history of mental illness or substance abuse and 66% have a documented history of mental illness.[90] More specifically to drug abuse, a large study found that 71% of electronic control subjects had drugs in their urine and 73% had a substance abuse history.[91] A large Canadian forceful-arrest study found that 82% of the subjects were being affected by alcohol, drugs, or emotional disturbance.[92] The suggestion that CEWs not be used on the mentally ill (including those in excited delirium) or those intoxicated by drugs or alcohol would exclude the very people that most often resist being placed in custody. Also, prolonged continuous CEW exposure in the setting of acute alcohol intoxication has no clinically significant effect on subjects in terms of markers of metabolic acidosis. The acidosis seen is consistent with ethanol intoxication or moderate exertion."[93] Sober and rational people generally do not resist law enforcement officers.

## Brief Summary of Opinions in This Case

1. Ofc. Taylor exhibited significant restraint in his use of his CEW. In 13 of his trigger pulls, he took the affirmative step of flipping the safety down to turn the output OFF so the normal programmed 5-second duration did not occur.

2. Ofc. Taylor deployed from 2 cartridges. Deployment #1 had no effect as a probe missed. Deployment #2 landed 2 probes in the right upper back and delivered 2024 pulses of current. The probes were so close together (2.5 – 3.0 inches) that there was no NMI (neuromuscular incapacitation).

3. Ofc. Dingman deployed from 2 cartridges. Deployment #1 landed 2 probes in the front center abdomen and delivered 283 pulses of current. The probes were in the protruding abdomen so that there was no NMI (neuromuscular incapacitation). Deployment #2 had no effect as a probe missed.

4. Mr. Lakey had his cardiac arrest about 7.5 minutes after the last probe-mode shock delivery thus eliminating the possibility of electrocution.

5. Mr. Lakey was sitting up about 2 minutes after the last probe-mode shock delivery thus eliminating the possibility of electrocution.

6. Mr. Lakey's cardiac arrest rhythm was asystole thus eliminating the possibility of electrocution.

7. No probe was close to Mr. Lakey's heart thus eliminating the possibility of electrocution.

8. The usage of the electrical weapons did not cause Mr. Lakey's tragic death.

9. The usage of the electrical weapons did not contribute to Mr. Lakey's tragic death.

## Trigger Pulls

The X26P downloads were analyzed for connection quality. Low charges (Q < 40 μC) indicate zero connection to the body. Q < 5 (μC) shows no connection while charges of 5 < Q < 40 μC suggests probes in soil or grass. Trigger pulls with high standard deviation $\sigma(Q) > 5$ suggest probe movements or muzzle arcing.[50,56,57] Averaged values of Q, $V_{arc}$, and $V_{stim}$ were used. Trigger pulls with Q $\geq$ 60 μC were analyzed with the published formula:

$$R = 4.94[V_{arc}/Q]^2 + 9.3\sqrt{V_{stim}} - 908 \ \Omega$$

**Table 3. Taylor Trigger Pulls.**

| Seq | n | Q (μC) | stdev(Q) | Varc | Vstim | Connection |
|-----|-----|--------|----------|------|-------|------------|
| 2980 | 225 | 63.6 | 3.07 | 833 | 1546 | Arc: sd(Q)= 3.1 |
| 2983 | 86 | 61.6 | 8.86 | 891 | 1801 | Unstable: sd(Q)= 8.9 |
| 2984 | 46 | 63.0 | 0.88 | 863 | 1766 | 411 Ω |
| 2987 | 11 | 67.1 | 1.51 | 903 | 2072 | 409 Ω |
| 2990 | 14 | 63.8 | 1.78 | 888 | 1609 | 422 Ω |
| 2995 | 87 | 62.3 | 5.68 | 876 | 1768 | Unstable: sd(Q)= 5.7 |
| 2996 | 44 | 63.0 | 1.11 | 863 | 1832 | 418 Ω |
| 2999 | 85 | 62.9 | 1.92 | 863 | 1817 | 419 Ω |
| 3000 | 15 | 62.4 | 1.63 | 862 | 1635 | 409 Ω |
| 3003 | 34 | 62.8 | 1.62 | 873 | 1689 | 427 Ω |
| 3006 | 14 | 62.2 | 15.61 | 954 | 2595 | Unstable: sd(Q)= 15.6 |
| 3009 | 57 | 59.0 | 11.41 | 917 | 2289 | Unstable: sd(Q)= 11.4 |
| 3012 | 85 | 63.0 | 1.30 | 888 | 1754 | 464 Ω |
| 3013 | 85 | 62.9 | 2.03 | 837 | 1683 | 349 Ω |
| 3014 | 85 | 62.9 | 1.49 | 882 | 1833 | 462 Ω |
| 3015 | 85 | 63.0 | 1.34 | 883 | 1740 | 451 Ω |
| 3016 | 85 | 63.0 | 1.22 | 882 | 1792 | 455 Ω |
| 3017 | 22 | 62.9 | 1.69 | 883 | 1737 | 453 Ω |
| 3020 | 85 | 63.0 | 1.87 | 884 | 1792 | 458 Ω |
| 3021 | 67 | 62.8 | 3.10 | 884 | 1908 | 475 Ω |
| 3024 | 85 | 63.0 | 2.01 | 855 | 1683 | 384 Ω |
| 3025 | 23 | 62.5 | 1.91 | 910 | 1834 | 537 Ω |
| 3028 | 49 | 63.0 | 2.10 | 824 | 1474 | 294 Ω |
| 3031 | 85 | 63.1 | 1.38 | 904 | 1730 | 494 Ω |
| 3032 | 85 | 63.1 | 1.56 | 883 | 1773 | 451 Ω |
| 3033 | 85 | 63.0 | 2.03 | 867 | 1640 | 406 Ω |
| 3034 | 85 | 63.2 | 1.67 | 842 | 1705 | 352 Ω |
| 3035 | 85 | 63.1 | 1.89 | 843 | 1729 | 359 Ω |
| 3036 | 53 | 62.9 | 1.54 | 842 | 1719 | 364 Ω |
| 3039 | 84 | 16.5 | 27.05 | 978 | 3119 | Grass/soil: Q= 16.5 |

15

**Table 4. Dingman Trigger Pulls.**

| Seq | n | Q (μC) | stdev(Q) | Varc | Vstim | Connection |
|-----|-----|--------|----------|------|-------|------------|
| 4090 | 82 | 62.9 | 2.22 | 899 | 2160 | 533 Ω |
| 4091 | 84 | 63.0 | 2.24 | 847 | 1977 | 399 Ω |
| 4092 | 84 | 63.3 | 2.20 | 846 | 1732 | 361 Ω |
| 4093 | 83 | 0.9 | 1.38 | 982 | 3459 | None: Q= 0.9 |
| 4094 | 62 | 38.2 | 24.04 | 1115 | 3581 | Grass/soil: Q= 38.2 |
| 4095 | 60 | 24.4 | 16.32 | 1122 | 3795 | Grass/soil: Q= 24.4 |
| 4096 | 77 | 16.0 | 16.52 | 991 | 3463 | Grass/soil: Q= 16.0 |
| 4097 | 82 | 13.5 | 14.21 | 985 | 3457 | Grass/soil: Q= 13.5 |
| 4098 | 84 | 8.3 | 1.58 | 984 | 3468 | Grass/soil: Q= 8.3 |
| 4099 | 83 | 10.8 | 1.47 | 983 | 3466 | Grass/soil: Q= 10.8 |
| 4100 | 83 | 12.6 | 6.12 | 984 | 3463 | Grass/soil: Q= 12.6 |
| 4101 | 83 | 12.6 | 1.32 | 984 | 3459 | Grass/soil: Q= 12.6 |
| 4102 | 83 | 11.3 | 1.31 | 983 | 3465 | Grass/soil: Q= 11.3 |
| 4103 | 83 | 10.5 | 1.58 | 983 | 3465 | Grass/soil: Q= 10.5 |
| 4104 | 101 | 11.1 | 1.39 | 984 | 3465 | Grass/soil: Q= 11.1 |
| 4105 | 84 | 11.6 | 1.08 | 983 | 3463 | Grass/soil: Q= 11.6 |
| 4106 | 83 | 9.5 | 1.16 | 983 | 3458 | Grass/soil: Q= 9.5 |
| 4107 | 36 | 9.2 | 0.83 | 982 | 3458 | Grass/soil: Q= 9.2 |
| 4110 | 64 | 31.2 | 24.25 | 1120 | 3707 | Grass/soil: Q= 31.2 |
| 4111 | 82 | 1.2 | 1.48 | 984 | 3479 | None: Q= 1.2 |
| 4112 | 83 | 1.3 | 1.49 | 984 | 3482 | None: Q= 1.3 |
| 4113 | 83 | 1.3 | 1.49 | 985 | 3482 | None: Q= 1.3 |
| 4114 | 90 | 1.3 | 1.50 | 981 | 3486 | None: Q= 1.3 |

# Timelines

## Video Synchronization

I took the download analysis report generated by Brian Chiles on 7 May 2021 as the source of trigger pull times. I then matched the pulse-graph times with the consolidated video as seen in Table 5. The Dingman pulse-graph times were 6 or 7 seconds slow compared to the video while the Taylor pulse graph times were 5 seconds slow.

**Table 5. Synchronization of pulse graph times with the video.**

| Time | Event | Source | Dingman Deltas | Taylor Deltas |
|------|-------|--------|----------------|---------------|
| 23:58:50 | Taylor TP #1 | Pulse Graphs | | |
| 23:58:55 | Taylor Deploy #1 | Synced Video | | 0:00:05 |
| 23:58:56 | Dingman TP #1 | Pulse Graphs | | |
| 23:59:03 | Dingman Deploy #1 | Synced Video | 0:00:07 | |
| 23:59:14 | Taylor changed cartridge | Synced Video | | |
| 23:59:24 | Dingman TP #2 | Pulse Graphs | | |
| 23:59:30 | Reaction. Dingman TP2 | Synced Video | 0:00:06 | |
| 23:59:45 | Dingman TP #3 | Pulse Graphs | | |
| 23:59:52 | Reaction. Dingman TP3? | Synced Video | 0:00:07 | |
| 24:00:08 | Taylor TP #2 | Pulse Graphs | | |
| 24:00:13 | Taylor Deploy #2 | Synced Video | | 0:00:05 |
| 24:00:21 | Taylor TP #3 | Pulse Graphs | | |
| 24:00:26 | Pain reaction | Synced Video | | 0:00:05 |

The Dingman trigger-pull times had 7 seconds added and the Taylor times had 5 seconds added in order to merge the Trigger Pull timelines of Table 3 and Table 4 into a timeline of highlights from the video. See Table 6.

17

**Table 6. Master Timeline**

| PG Seq. | Time | Event | Connection |
|---|---|---|---|
| 2980 | 23:58:55 | Taylor TP #1. Lakey Continues to get up to all 4's. | Arc: σ(Q)= 3.1 |
| 4090 | 23:59:03 | Dingman TP #1. Red dot, probes to belly. Lakey has leg control. | 533 Ω |
| | 23:59:07 | Taylor TP #1 END | |
| | 23:59:08 | Dingman TP #1 END | |
| | 23:59:14 | Taylor probe visible on ground. Taylor changed cartridge | |
| 4091 | 23:59:31 | Dingman TP #2. Lakey yells but can roll over. | 399 Ω |
| | 23:59:36 | Dingman TP #2 END | |
| 4092 | 23:59:52 | Dingman TP #3. Lakey yells but has leg control. | 361 Ω |
| | 23:59:57 | Dingman TP #3 END | |
| 4093 | 24:00:11 | Dingman TP #4 | None: Q= 0.9 |
| | 24:00:12 | Lakey stands quickly. Taylor Deploy #2 | |
| 2983 | 24:00:13 | Taylor TP #2 | Uns: σ (Q)= 8.9 |
| | 24:00:15 | Lakey slowly goes down. (1.8 seconds). Minimal effect | |
| | 24:00:16 | Dingman TP #4 END | |
| | 24:00:17 | Lakey rolls over, minimal effect | |
| | 24:00:18 | Taylor TP #2 END | |
| 2984 | 24:00:26 | Taylor TP #3. Yells. | 411 Ω |
| | 24:00:29 | Dingman changed cartridge | |
| | 24:00:29 | Taylor TP #3 END | |
| 2987 | 24:00:34 | Taylor TP #4 | 409 Ω |
| | 24:00:35 | Taylor TP #4 END | |
| 2990 | 24:00:49 | Taylor TP #5. Yells but no NMI. | 422 Ω |
| | 24:00:50 | Taylor TP #5 END | |
| 4094 | 24:00:52 | Dingman TP #5 | Grass: Q= 38.2 |
| | 24:00:52 | Dingman Deploy #2 to back as Lakey gets up. Crackling. | |
| 2995 | 24:00:53 | Taylor TP #6. Lakey goes back down but can roll. No NMI. | Uns: σ (Q)= 5.7 |
| | 24:00:57 | Dingman TP #5 END | |
| | 24:00:58 | Taylor TP #6 END | |
| 2996 | 24:01:22 | Taylor TP #7 | 418 Ω |
| 4095 | 24:01:22 | Dingman TP #6. Crackling showing zero connection. | Grass: Q= 24.4 |
| | 24:01:25 | Taylor TP #7 END | |
| 2999 | 24:01:26 | Taylor TP #8 | 419 Ω |
| | 24:01:27 | Dingman TP #6 END | |
| | 24:01:31 | Taylor TP #8 END | |
| 3000 | 24:01:52 | Taylor TP #9 | 409 Ω |
| | 24:01:53 | Taylor TP #9 END | |
| 4096 | 24:01:57 | Dingman TP #7. Crackling. | Grass: Q= 16.0 |
| 3003 | 24:01:57 | Taylor TP #10. Yells but able to roll around. | 427 Ω |
| | 24:01:59 | Taylor TP #10 END | |
| | 24:02:02 | Dingman TP #7 END | |
| 3006 | 24:02:34 | Taylor TP #11 | Uns: σ (Q)= 15.6 |
| | 24:02:35 | Taylor TP #11 END | |
| 3009 | 24:02:56 | Taylor TP #12 | Uns: σ (Q)= 11.4 |
| | 24:03:00 | Taylor TP #12 END | |
| 3012 | 24:03:01 | Taylor TP #13 | 464 Ω |
| 4097 | 24:03:01 | Dingman TP #8. Lakey gets up. Obviously, no NMI. | Grass: Q= 13.5 |
| | 24:03:06 | Dingman TP #8 END | |

18

| | 24:03:06 | Taylor TP #13 END | |
| 4098 | 24:03:07 | Dingman TP #9 | Grass: Q= 8.3 |
| | 24:03:12 | Dingman TP #9 END | |
| 3013 | 24:03:17 | Taylor TP #14 | 349 Ω |
| 4099 | 24:03:17 | Dingman TP #10 | Grass: Q= 10.8 |
| | 24:03:22 | Dingman TP #10 END | |
| | 24:03:22 | Taylor TP #14 END | |
| 3014 | 24:03:31 | Taylor TP #15 | 462 Ω |
| 4100 | 24:03:32 | Dingman TP #11 | Grass: Q= 12.6 |
| | 24:03:36 | Taylor TP #15 END | |
| | 24:03:37 | Dingman TP #11 END | |
| 3015 | 24:03:44 | Taylor TP #16 | 451 Ω |
| 4101 | 24:03:46 | Dingman TP #12 | Grass: Q= 12.6 |
| | 24:03:49 | Taylor TP #16 END | |
| | 24:03:51 | Dingman TP #12 END | |
| 3016 | 24:04:03 | Taylor TP #17 | 455 Ω |
| 4102 | 24:04:04 | Dingman TP #13 | Grass: Q= 11.3 |
| | 24:04:08 | Taylor TP #17 END | |
| | 24:04:09 | Dingman TP #13 END | |
| 3017 | 24:04:25 | Taylor TP #18 | 453 Ω |
| 4103 | 24:04:25 | Dingman TP #14 | Grass: Q= 10.5 |
| | 24:04:27 | Taylor TP #18 END | |
| | 24:04:30 | Dingman TP #14 END | |
| 4104 | 24:04:41 | Dingman TP #15 | Grass: Q= 11.1 |
| 3020 | 24:04:41 | Taylor TP #19 | 458 Ω |
| | 24:04:46 | Taylor TP #19 END | |
| | 24:04:47 | Dingman TP #15 END | |
| 4105 | 24:04:48 | Dingman TP #16. Zero response. | Grass: Q= 11.6 |
| | 24:04:53 | Dingman TP #16 END | |
| 3021 | 24:05:58 | Taylor TP #20. Yells but no NMI. | 475 Ω |
| | 24:06:02 | Taylor TP #20 END | |
| 3024 | 24:06:04 | Taylor TP #21 | 384 Ω |
| 4106 | 24:06:05 | Dingman TP #17 | Grass: Q= 9.5 |
| | 24:06:09 | Taylor TP #21 END | |
| | 24:06:10 | Dingman TP #17 END | |
| 3025 | 24:06:17 | Taylor TP #22 | 537 Ω |
| | 24:06:19 | Taylor TP #22 END | |
| 4107 | 24:06:43 | Dingman TP #18. Zero response. | Grass: Q= 9.2 |
| 3028 | 24:06:45 | Taylor TP #23. Yells. | 294 Ω |
| | 24:06:46 | Dingman TP #18 END | |
| | 24:06:48 | Taylor TP #23 END | |
| 3031 | 24:06:52 | Taylor TP #24. Yells but can still roll over and get up on hands. | 494 Ω |
| 4110 | 24:06:54 | Dingman TP #19 | Grass: Q= 31.2 |
| | 24:06:57 | Taylor TP #24 END | |
| | 24:06:59 | Crackling. Dingman TP #19 END | |
| 3032 | 24:07:03 | Taylor TP #25. Yells but complete arm control. | 451 Ω |
| | 24:07:08 | Taylor TP #25 END | |
| 4111 | 24:07:18 | Dingman TP #20 | None: Q= 1.2 |
| 3033 | 24:07:18 | Taylor TP #26 | 406 Ω |
| | 24:07:23 | Dingman TP #20 END | |

| | | | |
|---|---|---|---|
| | 24:07:23 | Taylor TP #26 END | |
| 3034 | 24:07:24 | Taylor TP #27 | 352 Ω |
| | 24:07:29 | Taylor TP #27 END | |
| 3035 | 24:07:33 | Taylor TP #28 | 359 Ω |
| 4112 | 24:07:33 | Dingman TP #21 | None: Q= 1.3 |
| | 24:07:38 | Dingman TP #21 END | |
| | 24:07:38 | Taylor TP #28 END | |
| 4113 | 24:08:01 | Dingman TP #22 | None: Q= 1.3 |
| 3036 | 24:08:02 | Taylor TP #29 | 364 Ω |
| | 24:08:05 | Taylor TP #29 END | |
| | 24:08:06 | Dingman TP #22 END | |
| 4114 | 24:08:08 | Dingman TP #23 | None: Q= 1.3 |
| 3039 | 24:08:08 | Taylor TP #30 | Grass: Q= 16.5 |
| | 24:08:10 | Lakey jumps up to knees | |
| | 24:08:13 | Dingman TP #23 END | |
| | 24:08:13 | Taylor TP #30 END | |

## Probe Landings

There were a total of 8 probes deployed in this incident yet the autopsy found only 6 probe landings. Probe landings onto bare skin leave a distinctive signature which is a 6 mm doughnut with a 1 mm puncture wound in the center. See Figure 4. I inspected the autopsy photographs carefully and agree with the medical examiners count of only 6 probe landings.



**Figure 4. Probe landing on bare skin**

Figure 5 shows the single probe landing from Taylor's 1st cartridge. The other probe in that cartridge missed Mr. Lakey. Both probes from Taylor's cartridge #2 landed but there were about 2.5 inches apart (perhaps 3 inches with chest expansion) and this provided an insufficient distance for neuromuscular incapacitation (NMI).



**Figure 5. Probe landings on the back.**

With a probe spread of ≤ 4 inches on the back there is no NMI as seen in Figure 6. With a better probe spread, this would normally have been a very effective

location as the current would have been delivered to the major motor neurons exiting from the spine.



**Figure 6. Subject's ability to control muscles as function of probe spread.**

Dingman's 2nd cartridge only had a single probe landing and that was in the high center back. The other probe missed and that explains why there was zero effect from any of Dingmans trigger pulls from #5 to #23.

Figure 7 Shows the probe landings on the abdomen from Dingman's 1st cartridge. Even though there was a good probe spread, probe landings in the abdomen tend to be only marginally effective as the current is delivered too far from the spine. Due to Mr. Lakey's obesity, none of the current went down into the body as fat as such an effective insulator.[58]



**Figure 7. Probe landings on the abdomen.**

## Deployments

### Taylor Deployment #1.

Taylor Deployment #1 occurred at 23:58:55 (video time) with a single prone landing in the right shoulder region while the other probe missed. See Figure 8. Since there was no completed circuit, there was no NMI and Lakey was able to continue to get up on all fours during this trigger pull (Taylor TP #1).



**Figure 8. Taylor missed probe seen on ground at 23:59:14.**

### Taylor Deployment #2.

Taylor swapped in his spare cartridge at 23:59:14. At 24:00:12 Lakey stood quickly during Dingman's TP # 4 and Taylor deployed from the new cartridge. Lakey flinched from the ballistic impact and then slowly (over 1.8 seconds) went back down to the ground. Due to the small probe spread, no NMI was achieved which is seen by the fact that Lakey went down so slowly and was able to brace the fall with his right arm. With NMI, the subject is frozen in place and falls immediately without steps. Typically, with probes in the back of a standing person they fall backwards due the strong contractions in the legs and the rhomboid muscles.{Kroll, 2016 #8384} In this episode, Lakey took a few steps forward which demonstrates that there was no NMI. With a good probe spacing, probes on the upper right side of the body would also have contracted the right arm with a fist going in towards the abdomen. See Figure 9.



23

**Figure 9. Lakey falling at 24:00:15**

In my opinion, this fall was most likely caused by the disorientation from the surprise of the ballistic impact and the irritating cutaneous nociceptor stimulation. There was essentially no muscle stimulation and certainly no NMI.

Taylor's TP #5 thru #29 occasionally resulted in some yells but never any NMI. For example, during TP #6, #10, #20, and #25 Lakey complained but had good control of his body as evinced by his arm movements and ability to roll around. Sometime between TP #29 and #30, the connection was lost and lake he was able to jump to his knees during the simultaneous trigger pull of Taylor (#30) and Dingman's TP #23. See Figure 10.



**Figure 10. Lakey getting up during simultaneous trigger pulls.**

The speed of Lakey's movements during this dramatic action demonstrates that he was not exhausted with acidosis at this point.

It bears noting that officer Taylor was following the baseball tactical rule, which states that an officer should transition after 3 failed trigger pulls. In fact, Taylor did this after he realized that his first trigger pull had had no effect. Beyond that, he had no more spare cartridges so he had few reasonable options.

## Dingman Deployment #1.

Dingmans 1st deployment was to the abdomen. As mentioned earlier, this deployment had no effect even though there was an electrical connection. Lakey complain but was able to roll over and demonstrated leg control. Sometime between TP #3 and TP #4, Lakey apparently pulled out the upper probe from the abdomen thus breaking the connection. TP #4 showed zero charge being delivered to the body (Q = 0.9 µC which indicates wires connected to the cartridge but not to anything else).

## Dingman Deployment #2.

After recognizing that his connection had been broken, Dingman swapped in his spare cartridge at 24:00:29. He deployed this cartridge at 24:00:52 (TP #5).

A probe landed in the mid upper back as seen in the autopsy photo in Figure 5. Note that this probe is *not* seen after the successful restraint (see black & white insert of Figure 5). This probe likely dislodged when Lakey rolled over at 24:00:55.

Dingman's trigger pulls #6 thru #19 show low charge delivery (Q = 8.2 – 38.2 µC) consistent with probes in grass or soil. Trigger pulls #20 thru #23 show almost no charge delivery (Q = 1.2 – 1.3 µC) consistent with a wire becoming detached from a probe in grass or soil.

It bears noting that officer Dingman was substantially following the baseball tactical rule, which states that an officer should transition after 3 failed trigger pulls. Dingman did this after he realized that his first 4 trigger pulls had had no effect. Beyond that, he had no more spare cartridges, so he had limited reasonable options.

## Deployment Summary

**Table 7. Deployment Summary**

| Officer | Number | Probes in Body | Probes Effective? | Neuromuscular Incapacitation? |
|---------|--------|----------------|-------------------|-------------------------------|
| Taylor | 1 | 1 | N/A | No |
| | 2 | 2 | No. Poor spread | No |
| Dingman | 1 | 2 | No. Obese abdomen. | No |
| | 2 | 1 | N/A | No |

25

# Details of Opinions

## 1. Lakey Was Sitting Up 2 Minutes After the Last Current Delivery.

Mr. Lakey was sitting at 24:10:08 and the last current delivery was at 24:08:05 which was Taylor's TP #29. With an electrocution the pulse is lost instantly, and consciousness is lost within 13 seconds.[26,59]

*The prolonged struggle after the last Probe-mode shock eliminates electrocution as a possible cause of death.*

## 2. The Cardiac Arrest Occurred About 7.5 Minutes Later.

The last (probe-mode) shock ended at 24:08:05. Mr. Lakey's cardiac arrest was noted around 224:15:25 which was about 7.5 minutes later. With an electrocution the pulse is lost instantly, and consciousness is lost within 13 seconds.[26,59]

*The delay to the cardiac arrest after the last probe-mode shock eliminates electrocution as a possible cause of death.*

## 3. Mr. Lakey's Cardiac Arrest Presenting Rhythm Was Asystole.

Mr. Lakey's cardiac arrest rhythm were asystole (flat-line) and pulseless electrical activity (PEA). Asystole and PEA are the typical non-shockable cardiac arrest rhythms and are not inducible with electrical stimulation. [60-65] Electrically-induced VF will eventually deteriorate into asystole or PEA. Without chest-compressions, this takes over 30 minutes.[66] With CPR, the time for VF to deteriorate to asystole or PEA is even longer — around 60 minutes or more.[67]



**Figure 11. Asystole documented by paramedic McKee.**

Asystole and PEA are the most common cardiac arrest rhythms in deaths associated with drug and alcohol abuse.[69-74 75-77] Asystole and PEA are the most com-

mon cardiac arrest rhythms in deaths associated with excited delirium syndrome.[78-88] They are also very common with sudden death due to heart disease.[89]

*Mr. Lakey had the cardiac arrest presenting rhythm of asystole (flat-line), eliminates the possibility that he was electrocuted by the CEW.*

## 4. No Probe was near Mr. Lakey's Heart

For a TASER® CEW, electrocution requires that the tip of a probe within 3 mm of the human heart. As seen in the autopsy photos, the closest probe was the upper abdominal probe and that was about 15 cm from the heart, or 50 times are required distance.

*The closest probe was 50 times the required distance from Lakey's heart, and this eliminates the possibility that he was electrocuted by the CEW.*

## Materials Reviewed or Considered:

Videos
      Officer Body Worn Cameras
      Merged Video with BWCs and Dash Camera.
CEW Downloads
      Bryan Chiles Report
Police Reports:
      Investigators Reports
      OSBI Primary Report
      Officer Interviews
EMS Run Sheet
Criminal Trial Transcript
Expert Reports
      Mr. Leonesio
      Dr. Sperry
      Mr. DeFoe
      Dr. Hail
      Capt. Meyers

# Benefits and Risks of Electronic Control

Electronic control benefits are well-established in the peer-reviewed literature and explain why these weapons are so widely adopted throughout the industrialized world (107 countries). Subject injury rates are cut by ≈ 2/3. The MacDonald study covered 12 USA law enforcement agencies and 24,380 uses of force.[39] They found that the CEW reduced subject injury by 65%. Taylor et al analyzed data from 13 USA agencies including 16,918 uses of force and described a 78% reduction in injuries requiring medical attention.[40] In other words, the use of alternative force options, including hands-on physical force, tends to *at least* triple (3x) the injury rate compared to the CEW. [39,40]

The number of law enforcement firearms shootings prevented has been estimated at over 220,000 based on the 4.1 million CEW field uses.[90,91] In agencies using the CEW with minimal restrictions, the fatal officer shooting rate falls by ≈ 2/3.[42]   The overall reduction in the ARD (arrest-related-death) rate is 59-66%.[92]

**Table 8. Primary risks from CEW probe-mode applications.**

| Risk | Findings | Notes |
|------|----------|-------|
| Primary (Direct) Risks | | |
| Electrocution | Theoretical possibility with fully embedded dart directly over heart in subjects under 46 lbs.[93] In general, electrocution events in adults is an urban legend.[94-96] | Present CEWs satisfy all world electrical safety standards. |
| Loss of vision | Demonstrated with probe penetrating the eye.[97-100] | |
| Primary Secondary (Indirect) Risks | | |
| Head injury from fall. | Fatalities demonstrated.[101] Non-fatal injuries demonstrated.[102,103] | |
| Fume ignition. | Fatalities demonstrated.[104,105] | |

The primary demonstrated and theoretical risks supported by the existing literature are outlined in Table 8. The most common contribution to fatality is a secondary injury from a head impact from an uncontrolled fall. If the subject is running or above a hard or elevated surface, and receives a CEW probe deployment, the unbroken fall can sometimes result in a serious head injury and there have been 16 deaths due to this.[101] This has not been reported with the drive (or contact or touch)-stun mode as there is no muscle lock-up. There have been 8 secondary fatalities in which flammable fumes were ignited by an electrical spark from the CEW.[92,104,105] This has not been reported with drive (or contact or touch)-stuns although that remains a theoretical possibility.

    The most misunderstood and exaggerated theoretical risk is that of electrocution. This is extremely unlikely as the output of existing CEWs satisfy all relevant world electrical safety and effectiveness standards including those for the ubiquitous electric fence.[44,45,47,50]  The conservative IEC (International Electrotechnical Commission) standard allows up to 2.5 W (watts) for an electric

fence and all present TASER CEWs deliver less than 2 W.[48] Underwriters Laboratories (UL) allows 5 W for narrow pulses such as those of TASER CEWs.[49] The primary driver of this myth appears to be the fundraising material of Amnesty International, and some sensationalistic media, that lists Arrest-Related Deaths (ARDs) along with the innuendo that the CEW somehow electrocuted the subject. Notably, they have never attempted to explain how a CEW that satisfies all electrical safety standards could ever electrocute anyone.

Swine are 3 times as sensitive to electrical current as humans.[106] The largest swine electrocuted by an X26E CEW was that of Valentino with a 10-second CEW discharge and it weighed 36 kg (79 lb.).[107] Nanthakumar also electrocuted a *single* 50 kg swine with a 15 second CEW discharge but he used a drug trick which made the swine's weight equivalent to ≈ 30 kg.[108] Hence the largest swine ever electrocuted by a CEW weighed only 36 kg.

The levels of dangerous electrical current scale with body mass just like a drug dosage. Since swine are 3 times as sensitive to electrical current (as humans) this is translated to the single Valentino 36 kg pig to a 12 kg (26 lb.) human.[106] This calculation uses a direct-proportion relationship of dangerous current levels to the body mass. Some authorities have published that the danger level scales with the square root of body mass.[109] With such a relationship the Valentino pig is equivalent to a larger 21 kg (46 lb) human. Taking the more conservative calculation, the best evidence suggests that the risk of CEW electrocution is limited to humans weighing less than 46 lbs.

Most authorities agree that electrocution is a theoretical possibility with an extremely thin individual and a fully penetrated dart directly over the heart in a very thin person with a very small dart-to-heart distance (DTH).[110-112]

**Table 9. Summary of benefits and risks of CEWs.**

|  | Item | Rate |
|---|---|---|
| Benefits: | Subject injury | 2/3 reduction |
|  | Subject death | 2/3 reduction |
| Risks: | Fatal fall | 1:200,000 |
|  | Fatal or nonfatal major burn | 1:360,000 |
|  | Blindness from dart | 1:200,000 |

The very rare risks of CEW complications are swamped by the lives saved and serious injuries minimized from the reductions of ARDs. For every ARD from a CEW complication (fatal fall or fire) there are 50 ARDs prevented by reducing firearm shootings and over-exertional deaths. Additionally, there is 1 temporal ARD for every 1,000 traditional uses of force, or 1 temporal ARD for every 3,500 uses of CEWs.[92,101]

## Major Myths

Because electricity is invisible and potentially dangerous (at high currents) there is widespread fear and misunderstanding of it among the public and the legal profession. See *A. The Electrophobia Myth* at page 44 of this report. Due to unscientific media sensationalism and litigation, this has contributed to some widespread urban myths surrounding electrical weapons.

It may prove helpful to discuss some of these myths before delving into greater details of this incident.

### Myth #1. People Have Been Electrocuted by an Electrical Weapon.

Speculations of electrocution by a handheld electrical weapon should be viewed with great skepticism since these weapons satisfy all relevant USA and international electrical safety standards. (The single exception is the Brazilian Condor® Spark which satisfies the Underwriters Laboratory but not the European electric fence power limits.)

Numerous swine and human studies suggest that the risk of CEW electrocution is limited to humans weighing less than 21 kg (46 lbs.) and requires a perfect fully-penetrated probe directly over the heart.[107,110,113] A major driver of this electrocution myth was the Zipes-Burton case series. John Burton is a lawyer specializing in suing law enforcement and Dr. Douglas Zipes was his expert witness. They published summaries of their 8 CEW cases in 2012.[114] It was full of errors including a case where the CEW probes missed the subject. Later the journal, *Circulation*, required Dr. Zipes to acknowledge Mr. Burton as his co-author and to admit that they had mischaracterized the subjects as "clinically normal."

In addition, the Zipes-Burton case series was analyzed by the Canadian Council of Science.[94] Their peer-reviewed report (Oct 2013) was produced by a deliberative panel that included numerous Canadian and USA experts on electrical weapons and arrest-related death (ARD) and was extensively peer-reviewed. This panel dismissed the Zipes-Burton case series.[114] The Canadian Council report was very direct:

> The study by Zipes is particularly questionable since the author had a potential conflict of interest and used eight isolated and controversial cases as part of the analysis.

In 2013 the journal, *Circulation*, invited me to submit a refutation which I did with 2 cardiologists and a cardiac pathologist. This was published Jan 2014 so the Zipes-Burton paper has been refuted for already 7 years.[115]

### Myth #2. The AHA did a Study Proving Electrocution

Since the journal *Circulation* is published by the AHA (American Heart Association), the above myth sometimes appears in a more dramatic fashion: "The American Heart Association did a study proving that 'tasers' can electrocute."

## Myth #3. The Baseball Rule has a Scientific Basis.

Many law enforcement agencies have policies and guidelines limiting officers to 3 trigger pulls (or 15 seconds) and this is generally referred to as the "baseball rule" in analogy to the 3-strikes allowed in that game. While I do not give legal opinions, I do understand that there are decisions ruling that each trigger pull, just like each strike with a baton, fist, or foot, and each exposure to OC spray is a distinct use of force which must be legally acceptable and thus in some instances there is legal rationale supporting something like the baseball rule. Ironically, no agencies limit their officers to 3 rounds in their firearms, 3 baton strikes, 3 OC spray squirts, 3 strikes with a physical weapon, or 3 arm bars.

This guideline is often taught as a "transition rule" teaching that officers should consider force-option transition to a *different* control technique if 3 CEW trigger pulls do not suffice in accomplishing the officer's force objective.  That dogma is questionable as the most appropriate *different* transition tool would be the firearm since the electrical weapon is the most effective intermediate force option.[39,40] A transition to pain-compliance tools, such as chemical agents, impact tools, or impact projectiles would not be helpful as they are generally less effective on subjects in the throes of a mind-body disconnect.

Well over 100 years of electrical research has demonstrated that the effects of electricity do not build up like poison. Specifically, the USA military has tested this in swine with continuous CEW exposures across the chest for up to 30 minutes — not 30 seconds.[116] If someone is electrocuted this generally occurs within 1 second with an upper limit of $\approx$ 2–5 seconds.[26,36,117,118] If an electrical current is strong enough to kill someone it will do so in the first few seconds of exposure and a longer exposure duration simply has no additional effect. There is no increased danger in going from 5 seconds of electrical current to 50 seconds. The US FDA approves much stronger muscle stimulation for 20 minutes.[3-5] See ***The Dogma Of 3 Strikes And 15 Seconds*** at page 52.

A scientifically-supported CEW transition rule would be as follows:

1. The officer should note if their CEW is failing to incapacitate the subject. This is typically noted in a few seconds — not 15 seconds.
2. The officer should transition to a different CEW cartridge and redeploy since the primary reason for lack of incapacitation performance is a bad connection.

Current model CEWs, such as the X2 and the T7 CEWs, hold 2 cartridges and thus this transition issue is minimized. If the officer does not achieve sufficient incapacitation, they can simply pull the CEW trigger again and deploy a 2nd pair of probes so the "transition" rule becomes obsolete.

There is no scientific basis to the baseball rule.

## Myth #4. Simultaneous Trigger-Pulls are More Dangerous.

Due to the numerous potential limitations of electrical weapons, such as small probe-spreads, broken wires, missing probes, and clothing disconnects, officers may need to provide a back-up simultaneous deployment — especially in an urgent situation or where the subject is reasonably perceived as a significant immediate threat. In fact, current model CEWs such as the X2 and the T7 CEWs, hold 4 probes and thus this can be done by a single officer. I.e. a single officer can now easily deliver "simultaneous" currents into a subject.

As a practical matter, true simultaneous current delivery almost never occurs as the reason for a backup deployment is usually the failure of the primary deployment. The cardiac, breathing and biomarker effects of simultaneous CEW discharges has been extensively studied. The application of 2 and 3 simultaneous discharges (4 and 6 contacts) into human volunteers was tested a decade ago and no deleterious effects were noted.[14,119] Other studies have tested 10-second continuous exposures with up to 4 probes (2 simultaneous discharges) without ill effects.[15,120] Nevertheless, this obsolete rule persists in many agencies even though the current model electrical weapons make it, for all practical purposes, irrelevant.

## Myth #5. The Heart is a Muscle, so it is Affected Like Skeletal Muscles

This is an older myth that has largely died out with the numerous animal and human studies published in the last decade. The basic message is the innuendo that electrical weapons must be able to electrocute (i.e. stop the heart) since they stimulate the skeletal muscles. It is easily dealt with by noting:

1. Skeletal muscles are on the outside of the body while the heart is on the inside of the body.
2. Electrical current tends to follow the grain of the muscles and thus it mostly stays within the skeletal muscles and does not dive down to the internal organs.[121-123]
3. Skeletal muscles are controlled by nerves coming from the spinal cord while the heart provides its own stimulation.[124-126]

## A Brief Primer on Electrocution.

Low-power electrocution is death from an electrical current from a source under 1000 watts (W).[127] This is contrasted from "high-power" electrocution from power lines or lightning strikes. The death is almost always the result of the electrical current inducing VF (ventricular fibrillation). The electrical induction of VF takes a few seconds at most.[31-37,117,118,128-130] (A massive electrical injury from a lightning strike or powerline can also cause death by nervous-system damage or kidney failure but that is not relevant here.) Modern CEWs fall in the "low-power" category. The TASER® CEWs all deliver ≤ 1.8 W.

In VF, the heart muscle cells continue to contract but at nearly random times. This is a common cause of cardiac arrest. Hence, there is no coordination among the cells and no blood is pumped from the heart. Loss of consciousness occurs in 13 ± 4 seconds if the person is supine (laying down).[59] If someone is standing or sitting then the collapse occurs within 1-5 seconds.[131,132] Also, the person loses their pulse immediately. Once VF is induced, there is no pulse. There are 6 primary diagnostic criteria required to diagnose an electrocution as shown in Table 10.

Table 10. Primary diagnostic criteria for electrocution.

| # | Criterion | Timing |
|---|---|---|
| 1 | Sufficient current delivered to heart. | 1-5 seconds of duration. [130] See Background section: *Electricity Does Not Build Up Like Poison.* |
| 2 | Loss of pulse. | Instant[133] |
| 3 | Loss of consciousness. | 13 seconds if laying down.[59] 5 seconds if sitting up.[59,131,132] |
| 4 | Loss of normal breathing. | 15-60 seconds.[133,134] Agonal breathing (typically 3 minutes) with a maximum of 6 minutes.[134-136] |
| 5 | Successful defibrillation. | 14 minutes with any cardiopulmonary resuscitation (CPR); 9.5 minutes without.[137] |
| 6 | VF rhythm. | 30-40 minutes after which the VF typically deteriorates to asystole or PEA.[66,138-141] |

A final note on electrocution is that it is a stand-alone cause of death. Electrocution is not like a soup recipe where salt and pepper both contribute to the flavor. It does not "contribute" to other causes of death.[18] For example, if someone with late-stage cancer were to receive sufficient current, they would be dead within seconds and the cancer had nothing to do with it. However, if the same person received a lower level of current and died 30 days later, that person was not electrocuted. People have died as a result of falls from ladders after being startled by an electrical shock. The shock was certainly temporally related to the death, but this is not an electrocution as the fall from the ladder was secondary to the electrical shock. With rare partial exceptions — generally not salient to ARDs — the presence of other disease states does not make someone significantly harder or easier to electrocute. Conversely, low-power electrical currents do not hasten deaths from other diseases.

34

The CEW has an insignificant effect on a subject's adrenergic and metabolic state.[13,15,16,142-146] However, the effects of metabolic and adrenergic stress on the electrocution threshold have also been extensively studied. The effects, while statistically measurable, are immaterial in the ARD scenario. Adrenergic stress will temporarily lower the VF threshold (VFT) for a few minutes after which the VFT increases.[147,148] The impact for electrical weapons is that the critical dart-to-heart distance (DTH) could increase temporarily to 4-5 mm. Metabolic acidosis also has a similar immaterial effect.[149] Cocaine, a sodium channel blocker, *increases* the VFT and hence makes electrocution even more difficult.[150,151]

Blood has a typical resistivity of 150 $\Omega$•cm and is thus the best electrical conductor in the body along with skeletal muscle (with the grain).[127,152,153]

## Misunderstanding the Trigger-pull Download

A common error is to assume that the "TASER" data download in any way represents current delivery to the subject. It does not. It represents only an upper bound on the seconds of current discharged. The total time given by the download is typically 2-3 times what the actual total duration of current delivery was. This is theoretically harmless as the total duration of current is essentially irrelevant to diagnostics since electricity does not build up like poison. Thus, the most exaggerated figures are often the least relevant. However, novice CEW "experts" often stress the total trigger-pull time so it should be addressed.

A TASER download printout showing trigger pull times with a total of, say, 100 seconds provides the following information:

- The times of the trigger pulls (after clock-drift correction).
- The number of seconds of current delivery is 0-100. I.e. somewhere between 0 and 100 seconds.

As an example, in the tragic death of the methamphetamine addict, Robert Heston, (who attacked his father and father's home) there were a total of 206 seconds of trigger-pulls on 5 M26™ CEWs and 6 deployed cartridges used to attempt to control him.[154] A careful analysis found that the actual duration of current delivery was 5-9 seconds. Here the exaggeration was at least 20:1. In a non-USA case (unnamed here due to confidentiality restrictions) there was a total of 154 seconds of trigger-pull duration from 28 trigger pulls. Each CEW had a camera attached and thus the actual duration of current delivery could be determined from an audio analysis.[155] There was a total of only 20 seconds of current delivered.

U.S. Federal Appeals Court decisions recognize that trigger pull records do not equate to delivered current. See *Hoyt v. Cooks*, 672 F.3d 972, 976 (11th Cir. 2012)("The record shows that an 'activation' of the Taser does not mean that the Taser actually touched or stunned Allen."). See also *Bussey-Morice v. Gomez*, 587 F. App'x 621, 625 (11th Cir. 2014):

> the report further notes that in order for energy to be transferred from the Taser via the probes, contact must be made with the individual by both probes to complete the circuit…The TASER log shows only device activation; it does not represent that a shock was actually delivered to a body nor does it distinguish between probe deployment and drive stun.

Causes of Current Delivery Exaggeration:

1. Broken wires or dislodged probes
2. Rounding up to the next second
3. Muzzle contact canting with drive-stuns
4. Muzzle contact and release delays
5. Inadvertent trigger pulls

36

## Broken Wires or Dislodged Darts

A significant reason for multiple or prolonged CEW trigger pulls is that the fragile wires are broken early in the encounter and the officer continues to pull the trigger, hoping for a restraint-helpful response from the subject.

The tiny wires (36 gauge, 127 microns in diameter) are about the diameter of some human hair and are usually quickly broken during any struggle and are typically broken when a subject turns, falls, or flails his arms. The tensile strength, of the wires, is weaker (less than 1 kg) than the weakest fishing line (2 kg or 4 lbs breaking test) and are thus very easily snapped.[156] In fact, in some instances prisoners now teach other inmates that they should roll over if they receive a CEW discharge, in order to break the wires.

Probes are also often lodged in the clothing instead of the skin.

## Rounding Up to the Next Second

The reported trigger-pull durations, in the TASER CEW download reports, are rounded up from the first 1/100 of a second. I.e. if the actual duration was 2.01 seconds then it is reported in the download as 3 seconds. Thus, the best estimate of the actual trigger pull is ½ second less than what is reported. Automatic duration trigger pulls of 5 seconds are, in fact, 5.00 seconds and thus there is less risk of an interpretation error there. This is irrelevant with the Trilogy "Pulse-logs" which give trigger pull and arc-switch durations to the nearest 0.1 second, and report each pulse.

## Muzzle Contact Canting with Drive-stuns

As seen in Figure 12, an effective drive-stun application requires that the CEW muzzle be kept nearly perpendicular to the body surface. This can be difficult to do with a moving subject. A non-analgized non-anesthetized subject will reflexively pull or roll away from the attempted shock. On average, a good contact is only made about 30% of the time. If the muzzle is canted up to 20° away from perpendicular, then an arcing connection can still be made. The typical correction is to subtract 70% from the download times.

## Muzzle Contact and Release Delays

With a drive-stun the officer will typically pull the trigger as the muzzle is being brought down towards the subject. The results in the trigger-pull duration overstating the current delivery by about ½ second. If the officer is delivering a drive-stun of less than 5 seconds, they will usually need to pull the weapon back to more easily activate the safety and this release delay also results in the trigger-pull duration overstating the current delivery by about ½ second. In total, the contact and release delays add about 1 second to the actual current delivery time for drive-stuns.

37



**Figure 12. The drive-stun requires that the CEW muzzle be kept nearly perpendicular.**

## Inadvertent Trigger Pulls

**Background:**

The inadvertent trigger pull (ITP) has been well studied for firearms discharges.[157,158] According to Heim there appear to be 3 primary causes:[157]

1. sudden loss of balance;
2. contractions in the hand holding the weapon while other limbs are in use, for example during a struggle with a suspect;
3. startle reaction.

Common to every incident, in addition to the weapon being held in a hand, is that all limbs appear to be involved in the resulting sudden movement.[157] Recent work by the Lewinski group found no cases of firearm ITPs involving startle.[159] We have also not seen situations where a startle reaction led to a CEW ITP and thus we will focus on #1 and #2 above. Another potential cause is the *fist* reflex which is natural from birth and can be reinforced by training with closed-hand strikes; this can occur in a high stress confrontational situation.[160,161] The fist reflex may not apply to CEW ITPs and will not be discussed further here.

**Physiology:**

It has been recognized for over 100 years that muscle contractions in any limb can lead to increased activity in other limbs.[162] This has generally been referred to as *motor overflow* or *overflow activity*.[163,164] This is especially seen in opposite (contralateral) limbs where the phenomenon is referred to as *mirror movement*.[165-168]

When we contract a *single* hand firmly we also *invariably* contract the opposite hand somewhat.[169] Typical male grip strength is $130 \pm 16$ pounds where 25- 42% is exerted by the index finger.[170] Overflow activity can reach a maximum of 25% of the maximum voluntary force of the individual limb.[171] Thus, forces of up to 14 pounds (= 25% • 42% • 130 lbs.) can be involuntarily exerted by the index finger.[157] This is sufficient to overcome the trigger pull (8-

38

12 lbs.) for the 1st round of an uncocked double-action pistol. Even when warned to keep their fingers off of the trigger — and knowing that they were being studied — 21% of officers contacted the trigger for > 1 second in stress simulations.[157] When studied with their index finger already on the trigger, 28% (=7/25) of volunteers gave involuntary trigger pulls of > 14 lbs. when they either pulled with their opposite arm or lost their balance.[157]

**Effect of Officer Age:**

Shinohara studied the contralateral hand contraction in 10 young (18-32 yo) and 10 old (66-80 yo) right-handed subjects.[173] For young people, the contralateral force was greater when the right (dominant) hand was voluntarily activated. For old people, there was no statistically significant difference between the hands. As seen in Table 4, the strongest mirror index finger force was in older subjects; the weakest was in the right hand of the young subjects. Due to the mechanical restrictions imposed on both hands, the MVC (Maximum Voluntary Contraction) was < 20% of what can be measured on an unrestricted hand and arm.[174] Force is given in newtons (N).

**Table 11. Shinohara contralateral index finger contractions.**

| Subjects | Hand | MVC (N) | Involuntary | Involuntary |
|----------|------|---------|-------------|-------------|
| Young | Right | 25.8 | 4.7% | 1.21 |
| Young | Left | 25.5 | 9.1% | 2.33 |
| Old | Right | 29.9 | 13.8% | 4.13 |
| Old | Left | 27.6 | 11.4% | 3.15 |

Shinohara concluded, "The results indicate that old subjects have a reduced ability to suppress unintended contralateral activity." This is clearly seen in Figure 13.



**Figure 13. Shinohara study showing increased contralateral activity in older subjects.**

39

The combination of involuntary muscle contraction activity and a finger on the trigger (which was either unconsciously pre-positioned or moved with the involuntary activity) is responsible for many inadvertent firearm discharges by law enforcement officers.[158,159,172]

**Comparison to Firearms:**

With the conducted electrical weapon (CEW), the incidence of ITPs is far greater — than with firearms — for 2 primary reasons:

1. The CEW trigger pull is far less at only 2 lbs. for the popular X26 (X26E) CEW and 3 lbs for the X2 CEW. The trigger is thus 3-6 times more sensitive than that of an uncocked double-action pistol.
2. Officers commonly hold the CEW in their dominant hand and attempt to assist with subject control or lifting with the other hand. They would never do this with a firearm as it is forbidden by weapons retention training.

Ironically, the situation is both far worse but also far better for the CEW compared to the firearm. While a CEW operator will have far more ITPs, the results are almost always harmless compared to the often-fatal consequences of a firearm ITP.

**The Harm of the Helping Hand:**

A major cause of mirror-movement ITPs is an officer trying to help control a subject with the non-dominant hand while keeping the CEW in the dominant hand. In a helping hand scenario, at least 2/3 of the trigger pulls are ITPs.

We have investigated many incidents in which the *majority* of trigger pulls appear to be ITPs. In the typical case the officer is maintaining his grip on the weapon while trying to restrain the subject with the free hand and possibly also the CEW-constrained hand. This can also occur while holstering the weapon if the opposite hand is being engaged in the struggle. Thus, during a physical struggle with the CEW in an officer's hand, most of the CEW discharges tend to be mirror-movement ITPs which then run the full standard default 5 seconds or until, or if, the officer realizes what is happening (from the arcing sound) and turns the weapon OFF (safety ON). In many cases, the arcing sound is not noticed because of the yelling, environmental noise, or the focus on a struggle.

Incidents with multiple (>3) trigger pulls and full documentation (Trilogy pulse-logs and body-cameras) have been analyzed to determine the relationship between the trigger pull time-totals and the actual seconds of current delivered. The interesting finding is that the actual seconds of current begins to level off at 10-15 s so the percentage of time continues to decrease from ~35% down to as low as 5%.

Most of the CEW ITPs occur with drive-stuns which are well established as having no deleterious effects outside of short-term minor contact burns.[173-]

[175] Moreover, the inadvertent drive-stun trigger pull is almost always with the weapon far away from the subject as the officer's opposite hand is the one in contact with the subject. For the minority of cases that began as a probe-mode deployment, the connection has usually been broken by the grounding, attempted restraint, or ground struggle. If a full probe connection was still existing, then there would be far less need for manual control and hence a low likelihood of an ITP.

## Forensic Evidence

After 2 seconds of drive-stunning through clothing, small sunburn-like marks will be left. A drive-stun leaves a pair of distinctive marks due to the 40 mm fixed distance between the muzzle electrodes.[175] This is depicted in Figure 14.



**Figure 14. Drive-stun marks.**

For probe-mode applications, microscopic analysis of the "eye of the needle" in the back of the probe can estimate the duration of the current delivery.[176,177]

The newer model CEWs, X2, X26P, and T7 allow the duration determination from the enhanced "Pulse Log" download.

41

# The Significance of the Sound

The X26E CEW is fairly quiet at 51 decibels (dBA) @ 1 meter, when it has a completed circuit connection. The X26E is much louder when it is arcing and *not* completing a circuit (79 dBA @ 1 m). This is like many devices that are quiet when working properly and louder when not. Sound levels from ordinary sources as seen in Table 12.

The scientific basis of the crackling sound emitted from an electrical arc has been well studied.[178-180] This distinction is also known to CEW-trained law enforcement officers, and easily demonstrated in many ways such as arcing to a soda can or across the CEW muzzle.

**Table 12. Sampling of sound levels from various sources.**

| Sound level (dBA @ 1 m) | Source |
|---|---|
| 90 | Train whistle (@ 150 m) |
| 79 | X26E CEW open-circuit crackling |
| 70 | vacuum cleaner |
| 60 | polite conversational speech |
| 51 | X26E CEW closed-circuit clicking |
| 50 | average home volume, normal refrigerator |
| 40 | quiet library |
| 30 | quiet bedroom at night |

There is indeed a dramatic difference between the open circuit arcing and intact circuit sound level. When the X26E CEW is deployed with a completed circuit (such as contacting a body) it makes a relatively soft clicking noise which is softer than normal conversation and on the order of the sound from a properly operating refrigerator. However, in the open-circuit mode — such as when a wire is broken, a probe misses, there is a clothing disconnect, intermittent disconnect, or a probe is dislodged — the sound level is 79 dBA which is well above that of a vacuum cleaner. The difference between 51 dBA and 79 dBA is logarithmic and actually corresponds to a ratio of:

$$\text{Ratio} = 10^{((79-51)/10)}$$
$$= 10^{2.8}$$
$$= 631$$

Thus, the X26E CEW in arcing mode has 631 times the sound *intensity*. This arcing sound is heard with a spark test. With a closed circuit (good connection) the sound cannot be easily heard over loud conversation and generally not over yelling and shouting. The arcing (open-circuit) sound is not only much louder but has a *different* sound. It is often described as a "crackling" sound as opposed to a "clicking" sound. The "crackling" sound is so different that it can be easily differentiated by zooming in on the sound recording as depicted in Figure 15. The top tracing is the instantaneous sound level of an X26E CEW that is

42

arcing (at the muzzle) while the lower tracing is of an X26E CEW with an intact circuit. Note that 3 pulses are shown in each tracing. The X26E CEW discharges at a pulse rate of $\approx 18.3$ PPS (Pulses Per Second) so the pulses are about 55 ms (milliseconds) apart. Note that the top (arcing) tracing intuitively appears "noisier" — which it is. The lower tracing of the connected intact completed circuit "clicking" sounds shows that they are much "cleaner."



**Figure 15.** X26E CEW sound signatures of open circuit and closed circuit pulses.

The excursions of the sound level signal saturate the TASER CAM storage until the AGC (Automatic Gain Control) can automatically "lower the volume." That is why the louder crackling sound actually appears shorter in height. For a good connection, these excursions last about 2 ms as seen in the lower trace. For arcing, these excursions last $\approx 4$ ms as seen in the upper trace.

# General Background:

## A. The Electrophobia Myth

Many people have an illogical emotional fear of electricity or *electrophobia*. From an early age in life it is drilled into young children that 110 V (volt) electrical outlets cause death, Thus, most people have deeply absorbed the urban myths that voltage itself is dangerous and 110 V causes death. While most people learned to dispel this myth in middle-school sciences classes it is often forgotten by adulthood. While this is scientifically incorrect most people, including most media, hold these myths to be undeniable truths.

Life itself could not exist without electricity. Trying to say that all electricity is dangerous is equivalent to saying that all balls are dangerous. There are marked differences in the effects of being struck by a ping-pong ball, baseball, bowling ball, and wrecking ball.

**Table 13. AC Currents and Their Typical Effects**

| AC Current (mA) | Effect |
|---|---|
| 1500 | Nerve Damage |
| 1000 | |
| 500 | Cardiac Arrest Probable |
| 200 | |
| 100 | Cardiac Arrest Possible |
| 50 | Interference w Breathing |
| 18 | TASER ® Weapon (AC Equivalent) |
| 16 | Male No-let-go threshold |
| 10 | Muscle Contractions Begin |
| 5 | Pain Sensation |
| 1.1 | Male Hand Perception |
| 0.7 | Female Hand Perception |

The typical effects of various AC currents are shown in Table 13. The < 2 mA of pulsed DC current (for the TASER® CEWs) is not directly comparable so a 18 mA AC equivalent is used.[181]

## B. CEW Probe Mode

In probe mode, the TASER® handheld CEW uses compressed nitrogen to deploy 2 small probes at typical distances of up to 7.7 m (meters) or 25 feet.[182,183] (Other cartridge models can reach a distance of 11 m or 35 feet.)  When the CEW trigger is pulled, the high voltage pulse first serves to activate a primer which opens the nitrogen cartridges to release the nitrogen to propel the probes as directed. These probes themselves are designed to pierce or become lodged in most light clothing (and to complete the circuit with the 50 kV arcing capability). The sharp portion of the probe is 9-13 mm (millimeters) long and will typically penetrate the epidermis and dermis to a depth of ~6 mm for a good electrical connection.

44

The ultra-short duration electrical pulses applied by TASER CEWs are intended to stimulate Type A-α motor neurons, which are the nerves that control skeletal muscle contraction, but without a high-risk of stimulating cardiac muscle. This typically leads to a loss of regional muscle control and a fall to the ground to end a violent confrontation or suicide attempt.

Small swine of 30 kg (65 lbs) can be put into VF when the CEW probes are put within a few mm of the heart. [107,184] One study used a custom long plunging probe to deliver the CEW current almost directly (within 6 mm) to the heart of a pig in order to induce VF.[185] There are numerous problems with the swine model that significantly exaggerate the electrocution risk. [184,186] Pigs are extremely sensitive to electrical currents due to their hearts being literally wired "outside-in" compared to a human's (being wired "inside-out").[187-192] The swine heart needs 2/3 less current to induce VF (ventricular fibrillation) compared to the human heart from external stimulation. In other words, the swine is 3 times as sensitive to electrocution as is the human.[193] This CEW-electrocution effect is also confined to *small* swine.[112] In stark contrast, human studies consistently demonstrate no risk of VF with a CEW application.[194-198]

This is clearly the consensus of the scientific and medical community as shown by various position papers. For example: the June 2009 American Medical Association (AMA) White (Position) Paper concluded:[199]

> Furthermore, no evidence of dysrhythmia or myocardial ischemia is apparent, even when the barbs are positioned on the thorax and cardiac apex.

On May 24, 2011, the National Institute of Justice, after a 5-year panel review, concluded:[200]

> Current research does not support a substantially increased risk of cardiac arrhythmia in field situations, even if the CED darts strike the front of the chest. There is currently no medical evidence that CEDs pose a significant risk for induced cardiac dysrhythmia in humans when deployed reasonably.

Finally, in June 2012, Bozeman stated:[197]

> The risk of such dysrhythmias, even in the presence of a transcardiac CEW discharge, is low, and suggest that policies restricting anterior thoracic discharges of CEWs based on cardiac safety concerns are unnecessary.

No danger or harm has been associated with the CEW probe-mode application, in human studies.

## C. CEW Drive Stun Mode: Skin Rub vs. Injection

Alternatively, the CEW may be used in a "drive-stun" mode by pushing the front of the weapon into the skin to function as a higher charge stun-gun. With the fixed electrodes, only 4 cm (centimeters) or 1.6 inches apart — and the lack of skin penetration — the current flow is primarily through the dermis and fat layer between the electrodes and there is no significant penetration beyond

the subdermal (or subcutaneous) fat layer. See Figure 16. Since there is insufficient depth of current flow to capture muscles, the drive-stun mode serves only as a compliance technique. To make an analogy to medicine, drive-stun is like rubbing an ointment on the skin compared to the probe mode, which is like an injection. They have significantly different effects.



**Figure 16. The majority of the drive-stun current is confined to the fat and dermis layer.**

As mentioned above, small swine (30 kg or 65 lbs) can occasionally be put into VF when fully-embedded CEW *probes* are nearly touching the heart.[201,202] *However, it is impossible to fibrillate even small swine with a transcutaneous CEW drive-stun application.[203-206]* The electrical current simply does not penetrate deeply enough to affect any human muscles or organs. In fact, with a CEW drive-stun application directly over the human phrenic nerves (the nerves that control breathing) there is no effect.[207]

The National Institute of Justice, 5-year study of CEWs, found:[200]

> Risk of ventricular dysrhythmias is exceedingly low in the drive-stun mode of CEDs because the density of the current in the tissue is much lower in this mode.

The American Academy of Emergency Medicine (AAEM) has the following guideline on drive-stun applications:[208]

> For patients who have undergone drive stun or touch stun ECD exposure, medical screening should focus on local skin effects at the exposure site, which may include local skin irritation or minor contact Allen. This recommendation is based on a literature review in which thousands of volunteers and individuals in police custody have had drive stun ECDs used with no untoward effects beyond local skin effects.

The Federal Court of Appeals for the 9th Circuit [*Brooks v Seattle*], and others, have concluded:

> The [TASER CEW]'s use in "touch" or "drive-stun" ... involves touching the [TASER CEW] to the body and causes temporary, localized pain only. ... this usage was considered a Level 1 tactic, akin to "pain compliance applied through the use of distraction, counter-joint holds, hair control holds, [and pepper spray]" and used to control passively or actively resisting suspects.

CEW drive-stun applications have no clinically significant physiological or pathological effects.

## D. Current Flow in the Body

The flow of electrical current in the body is well understood and has been the subject of 100's of scientific papers.[124,209-217] The simplest analogy is the 1st to 2nd baseline in baseball. See Figure 17. The runners can go directly between the bases but they typically curve out a bit. Similarly, with 2 electrodes in the skin, the current flow "dives" in somewhat just like a runner's path in baseball. The further the electrodes are apart, the deeper the "dive" of the current. This analysis is accurate for a homogenous conductor like saltwater or fat. However, the body's skeletal muscle layer preferably directs current around the outside of the body since electrical current vastly prefers to follow the grain of the muscle instead of going transverse and penetrating the body.



**Figure 17. Graphic of electrical current flow in the body analogized to baseball.**

47

Some medical examiners have wrongly opined that since they witnessed a subject experience board-like lockup induced by a CEW that the current flows everywhere even inside the body.

A runner might deviate somewhat from a straight line but would never run out into the outfield or wander into the bleachers. Similarly, with 2 CEW electrodes on the chest, no current passes into the legs or brain. That would be like a runner going into the outfield and then climbing up into the seats and then back to 2nd base.

An important exception occurs around bone. Mature calcified bone is an insulator and can thus not conduct electrical current.[218] A CEW probe landing in the sternum will pass very little current. What current is passed will be defused around the surface of the chest and will tend to not affect the heart even though parts of the heart are directly beneath the sternum.[209,219]

Electrical current in the body tends to follow muscle fiber and only deviates slightly.

## E. CEW Comparison to Other Nerve Stimulators

TASER CEWs deliver less current than typical models of EMS (Electrical Muscle Stimulator) units. It is very popular in Europe to use TENS (Transcutaneous Electronic Nerve Stimulator) units for treating angina with the electrodes placed across the cardiac silhouette.[220-222] No deaths have been reported.



**Figure 18. Aggregate current vs. load impedance.**

The outputs of the TENS and EMS units are compared with the electrical-weapon muscle stimulators as seen in Figure 18. In the typical impedance

range of around 500 Ω, the EMS units delivered the most current followed by the CEWs (T7, X2, and X26P).[1]

## F. ANSI CPLSO-17 Standard

All present TASER brand electrical weapon outputs exceed the minimum requirements for effectiveness under the ANSI CPLSO-17 standard. These output levels are also below the maximum safety limits under the ANSI CPLSO-17 standard of 2.2 mA.

## G. CEW Comparison to the Electric Fence

It is helpful to discuss the most common and longest existing electronic control device — which controls humans and other mammals by giving short painful electrical stimuli — namely the electric fence.

The IEC (International Electrotechnical Commission)and UL (Underwriters Laboratories) have long had standards for electric fences.[48,49] These are the Particular Requirements for Electric Fence Energizers. IEC 60335-2-76, edn 2.1, and the UL Standard for Electric-Fence Controllers in: Laboratories U, ed. UL 69. Independent testing has verified that the TASER X26E CEW satisfies both the IEC and UL electric fence standards.[44] The X2 and the X26P CEWs also satisfy these standards.[45]



**Figure 19. UL 69 electric fence equivalent power safety limit.**

The X26 CEW satisfies the electric fence standards by a very wide margin.[44] The conservative IEC standard allows up to 2.5 watts (W) for an electric fence and all present TASER CEWs deliver <1.8 W. The UL high-rate limits are found in section in 23.2.4 of the UL standard 69.[49] This limit is shown in Figure 19 which allows 5 W for the wider-pulse X26 CEW and 6 W for the narrow-pulse X2 CEW. The electric fence standards have evolved from almost 100 years of experience

49

with documented fatalities from earlier high-powered devices. The UL carefully collected data on these units to find out what was a safe limit. The typical accidental exposure to an electric fence is based on someone walking into it and thus is a frontal exposure. Depending upon the relative heights of the fence and the individual this exposure could be anywhere from the face to the thighs and could include skin penetration from barbs on barbed wire. These limits are very stringent and now fatalities from electric fences are almost unheard of in spite of there being on the order of 100,000 miles of electric fence in the United States alone.

The TASER X26 CEW satisfies the International and UL electric fence standards by a wide margin and can be thus deemed very safe.

## H. Comparison to General International Safety Standards

The IEC has set 40 mA AC as a safe level of utility (50/60 Hz) electrical current for avoiding the risk of VF induction (electrocution).[48,117] Rapid short-pulse stimulation has the same risk of VF induction as does utility power frequencies at a current of 9 times higher than the average current of the rapid pulses. The *TASER X26E CEW* delivers about 18 pulses per second at a charge of about 100 µC (microcoulombs) per pulse.[223] This gives an average current of 1.8 mA which corresponds to a utility power current of 16 mA. This is seen to be less than 1/2 of the IEC VF safety level.

The TASER X2 and X26P CEWs delivers about 19 pulses per second at a charge of about 63 µC (microcoulombs) per pulse.[223] This gives an average current of 1.18 mA which corresponds to a utility power current of 10.6 mA = 1.18 mA • 9.0. This is seen to be less than 1/4 of the IEC VF safety level. The TASER X26E, X2, and X26P CEWs satisfy all relevant international electrical safety standards.[45,47]

*The available TASER CEWs satisfy all relevant electrical safety standards.*

## I. Electricity Does Not Build Up Like Poison: Baseball vs. Science

It is often alleged that multiple CEW applications are somehow more dangerous than a single standard 5-second CEW application. This can seem to be very intuitively appealing as multiple baton strikes and multiple bullet wounds are more dangerous than single ones. This intuition is, however, completely wrong and contrary to decades of scientific research. Due to the prevalence of this false intuition — even among some clinicians and pathologists — it is helpful to present a fairly lengthy discussion of the scientific facts below.

In fact, 1 second is the official implied value used by UL for their electrical safety standards.[130] The IEC uses a more gradual transition out to about 3 seconds as seen in Figure 20. Note that the UL has a slightly stricter safety limit for VF than does the IEC but that is not relevant to this discussion.



**Figure 20. UL and IEC standards recognize that VF is induced or not within 1-5 seconds.**

These standards are supported by numerous animal and human studies. The "electrocution time" is the number of seconds after which VF is either induced or not induced with a certain level of electrical current. A summary of studies of the transition time is given in Table 14.

**Table 14. Maximum electrocution times from various studies**

| Author | Model | Transition Time (seconds) |
|---|---|---|
| Antoni[31] | guinea pig | 0.8 |
| Wegria[32] | exposed dog hearts | 0.2 |
| Ferris[33] | sheep | 1.4 |
| Jacobsen[34] | swine | 4.0 |
| Roy[35] | dog | 2.0 |
| Scott[36] | dog | < 3.0 |
| Kiselev[37] | dog | < 5.0 |



**Figure 21. Original Biegelmeier curves showing safe (S) currents for humans.**

Using calculations based on the human heart rate, Biegelmeir and Lee determined that the transition time for humans is 2-5 seconds.[117,118] See Figure 21. In a human study, Swerdlow et al showed that the VFT decreased by 47% with durations going from 1-5 seconds, consistent with the calculations of Biegelmeier.[129]

In a canine study, Scott et al found that the VFT did not change with durations going from 3 out to 60 seconds.[36] Kiselev also found the VFT to be quite constant from 5 to 30 seconds.[37] Scott states in his conclusions:

> Shocks of 3, 10, 30, and 60 seconds duration produced very similar mean [VFT] values. The stability of mean [VFT] over this wide range of shock duration suggests a basal threshold of fibrillation. Currents below this threshold seem unable to induce fibrillation regardless of shock duration.[36]

Scott's study showed that nothing happens between 3 and 60-second applications of current. Importantly he did this study in 16 canines, which have hearts that are electrically similar to humans — unlike pigs.[224-228]

### The Dogma Of 3 Strikes And 15 Seconds

While anesthetized animals have been tested up to 30 minutes, human CEW testing has to be performed on volunteers. Law-enforcement trainees are often required to take a 5-second CEW exposure but it is very difficult to find volunteers willing to expose themselves to more than 10 or 15 seconds. Therefore, most clinical trials of the physiological effects of the TASER CEW, involve exposures of 5, 10, or 15 seconds. For example, there are a number of studies with continuous 15-second exposures.[229-232]

The independent review of Pasquier found:

> According to the available results, the physiologic changes from electronic control device exposure appear to be safe in healthy individuals who undergo an exposure duration of 5 to 15 seconds, i.e., the duration that corresponds to the majority of field exposures."[233]

Importantly, these clinical studies failed to find any trends for increased effects between 5, 10, and 15 seconds so there has been no evidence to motivate longer-duration studies. Dawes observed, "... the duration of the exposure does not appear to have a significant effect on CK [creatine kinase]."[12]

There is certainly a false lay-intuition that electrical charge must build up like poison since baton strikes and bullet wounds do tend to injure in a cumulative fashion. However, over 100 years of electrical research has demonstrated that the direct effects of electricity do not build up like poison. Specifically, the US military has tested this in swine with continuous CEW exposures across the whole chest up to 30 minutes — not 30 seconds.[116] If someone is electrocuted this generally occurs within 1 second with an upper limit of about 2-5 seconds.[117,118] If an electrical current is strong enough to kill someone it will do so

in the first few seconds of exposure and a longer exposure duration simply has no additional effect. With a full-trunk human exposure, there is a slight pH shift (blood becomes less alkaline) in the first few seconds but then does not change.[13,16,143,146,234-238] For a given degree of subject resistance, the more the CEW is used, the better the outcome will tend to be since the use of more conventional force control options can be reduced. [39,239-243]

The epidemiological data unambiguously finds no increased risk with CEW exposures beyond 15 seconds:

1. Brewer studied 292 arrest-related-deaths (ARDs) where a CEW had been used.[91] He found that: (1) over 75% of the 292 deaths involved only 1 or 2 CEW exposures, (2) 85% of fatalities were preceded by 3 CEW exposures or less, and (3) concluded that there was no correlation between the number of CEW exposures and the mortality rate.

2. White studied 188 ARDs where a CEW had been used and similarly found that 87% of them had 3 trigger pulls or less which is the equivalent of 15 seconds of discharge or less.[244]

The widespread dogmatic urban myth that 15 seconds is safe while 16 seconds is dangerous is contradicted by all of the relevant scientific studies and statistics.

The direct electrical induction of VF by electrical currents takes 1-5 seconds.

## J. The Handheld CEW Has Led to Dramatic Reductions in Injury.

Numerous published studies have now clearly demonstrated substantial injury and fatality reductions from the use of TASER CEWs compared to alternative control techniques.[39,245-251]

A partial list of these studies includes:

1. Bozeman comparison to other force options, including physical force.
2. MacDonald which compared the CEW to pepper spray and "physical force."[39]
3. Taylor which compared the CEW to pepper spray, baton strikes, and "hands-on."[40]
4. Mesloh who studied CEW usage in comparison to many control options.[240,247]
   a. Gentle hold
   b. Handcuff
   c. Leg restraints
   d. Pepper spray
   e. Compliance holds
   f. Takedown
   g. Empty hand strike

h. FN303/Pepperball
i. Impact weapon
j. Canine

The largest epidemiological study was the 2009 MacDonald study of 24,380 uses of force.[39] This study found that CEW usage dramatically reduced both subject and officer injury (by 2/3) compared to alternative force options. Additional studies demonstrating injury reduction are memorialized in the papers of Taylor (13,983 subjects)[40], Mesloh (n = 4303)[247], Smith (n = 1645)[241], Butler (n = 562)[242], White (n = 243)[183], and Bozeman (n = 893).[251]

On average, the use of the CEW reduces subject injuries by about 2/3. To put it another way, the use of alternative control techniques triples (3x) the risk of injury to subjects. Fatal suspect shootings are also reduced by 2/3 when electronic control is used without excessive restriction. [42]

a. The deployment and use of TASER CEWs has been shown to reduce injuries to officers and subjects over other force options, including physical force.[39]
b. The deployment and use of TASER CEWs has been shown to reduce use-of-force civilian complaints and law enforcement internal affairs complaints against law enforcement officers.[252]
c. The deployment and use of TASER CEWs has resulted in the reduced need to use deadly force.[42,90]
d. Rates of injury from TASER CEWs is less than several other common law enforcement force options, including, but not limited to: physical force, chemical aerosols, batons, impact tools, canines, rubber bullets, and bean bags.
e. TASER CEWs are a safer alternative than other comparable law enforcement force options tools or techniques.
f. TASER CEWs are shown to reduce subject injuries when compared to physical force options.
g. TASER CEWs have greater accountability features than any other force option.
h. TASER CEWs are the most studied force option available to law enforcement.
i. TASER CEWs are the most effective force option in gaining compliance without need for deployment or application (up to 81%).[253]

The TASER CEW reduces subject injuries and fatalities.

54

# General Comments

## Previous Testimony

I have testified as an expert at trial or by deposition within the preceding 4 years in:

1. Patent Inter-Party Review of Nevro v Boston Scientific re US #6895280, Wash. DC. US Patent Appeals Board. (Apr 2018) P
2. Patent Inter-Party Review of Nevro v Boston Scientific re US #7587241, Wash. DC. US Patent Appeals Board. (Apr 2018) P
3. Wrongful death case of Aguilar v Los Angeles PD.  US District Court, Los Angeles, CA. (May 2018 and May 2019) D
4. Wrongful death case of Ramos v East Hartford, CT. US District Court, Hartford, CT. (June 2018) D
5. Wrongful death case of Todero v Greenwood, IN. US District Court, Indianapolis, IN (Sept 2018) D
6. Wrongful death case of Silva (Haleck) v Honolulu, HI. US District Court, Honolulu. (May 2019) D
7. Wrongful death case of Wood v Entergy. Arkansas District Court, AR. (May 2019) P
8. Patent case of Cardionet v Infobionics. US District Court, Boston, Massachusetts. (Sept 2019) D
9. Labor arbitration of Payne v Omaha, NE. US Dept of Labor (Oct 2019) P
10. Wrongful death case of Timpa v Dallas, TX. US District Court, Dallas, TX (Dec 2019) D
11. Criminal case of USA vs. Burton Ritchie. US District Court, Las Vegas, NV (Jan 2020) P
12. Starke v Astar et al. Florida District Court, St. John's County, FL (Apr 2020) D
13. Patent Inter-Party Review of Nevro v Boston Scientific re US #9162071, Wash. DC. US Patent Appeals Board. (Apr 2020) P
14. Patent Inter-Party Review of Nevro v Boston Scientific re US #8682447, Wash. DC. US Patent Appeals Board. (Apr 2020) P
15. Patent Inter-Party Review of Nevro v Boston Scientific re US #6381496, Wash. DC. US Patent Appeals Board. (Apr 2020) P
16. Loftis v American Electric Power. US District Court, Charleston, WV (Oct 2020) D
17. Valear v Q3. Colorado Dst Ct., Denver Cty, CO. (June and Oct 2021) D
18. Georgia v Howell, Scott, and Copeland. Georgia District Court, GA. (Oct 2021) D
19. Harris v Rambosk. US District Court, FL (Oct 2021) D
20. Dold v. Snohomish County. US District Court, WA (Jan 2022) D
21. Adkins v. Appalachian Power. US District Court, WV (Jan 2022) D

## Fees:

My fees for this expert consultant report are $480 per hour for the research and preparation, plus expense reimbursement. My fees for testimony (at trial or deposition) are $480 per hour plus anticipated expense reimbursement and are due prior to the commencement of a deposition. Fees for travel are portal-to-portal and are $240 per hour when not performing work billable at $480 per hour.

## Right To Amend:

The opinions in this report are living opinions. Should additional discovery material be received, or additional research be completed, and then reviewed, these opinions may be altered or reinforced depending upon what information is obtained, reviewed, or studied. If new issues are opined, identified, or developed subsequent to submission of this report, I reserve the right to supplement, or further supplement, this report. *I especially reserve the right to amend my report after receiving new forensic evidence.*

## Further Development:

Further, the opinions, which are expressed in this report, are listed to comply with current report requests. Each opinion may be further developed through research, investigation, during deposition or trial testimony.

## Specific References:

Some of the opinions in this report may list specific references to some of the case specific documents reviewed or considered. These listings are not intended to be all-inclusive. I specifically reserve the right to supplement the support for each of the opinions in this report.

## Opinion Methodology:

The enclosed opinions were developed using the disciplines of bioelectricity, electrophysiology, biomedical science, cardiovascular physiology, scientific methods, mathematics, and physics and are to a reasonable degree of professional and scientific certainty.

Additionally, the opinions provided in this case were developed using one or more qualitative and quantitative research methodologies, in addition to my education, training, experience, and literature review.

# References:

1. Kroll M, Perkins P, Chiles BD, et al. Output of Electronic Muscle Stimulators: Physical Therapy and Police Models Compared. *Conf Proc IEEE Eng Med Biol Soc.* 2021;43:1264-1268.

2. Kemmler W, Weissenfels A, Willert S, et al. Efficacy and Safety of Low Frequency Whole-Body Electromyostimulation (WB-EMS) to Improve Health-Related Outcomes in Non-athletic Adults. A Systematic Review. *Front Physiol.* 2018;9:573.

3. US_FDA. Katalyst Mark 1 Muscle Stimulation System Model 2 clearance. *http://wwwaccessdatafdagov/cdrh_docs/pdf18/K181199pdf.* 2018.

4. US_FDA. E-Fit EF-1280 clearance. *http://wwwaccessdatafdagov/cdrh_docs/pdf14/K133225pdf.* 2014.

5. US_FDA. Miha bodytec II clearance. *http://wwwaccessdatafdagov/cdrh_docs/pdf18/K182519pdf.* 2019.

6. Finsterer J, Stollberger C. Severe rhabdomyolysis after MIHA-bodytec(R) electrostimulation with previous mild hyper-CK-emia and noncompaction. *Int J Cardiol.* 2015;180:100-102.

7. Stollberger C, Finsterer J. Side effects of whole-body electro-myo-stimulation. *Wien Med Wochenschr.* 2019;169(7-8):173-180.

8. Estes MEZ. Rhabdomyolysis after exercise with an electrical muscle stimulator. *Nurse Pract.* 2018;43(9):8-12.

9. Kemmler W, Teschler M, Bebenek M, von Stengel S. [(Very) high Creatinkinase concentration after exertional whole-body electromyostimulation application: health risks and longitudinal adaptations]. *Wien Med Wochenschr.* 2015;165(21-22):427-435.

10. Kroll MW, Witte KK, Ritter MB, Kunz SN, Luceri RM, Criscione JC. Electrical weapons and rhabdomyolysis. *Forensic Sci Med Pathol.* 2021;17(1):58-63.

11. Ho JD, Dawes DM, Chang RJ, Nelson RS, Miner JR. Physiologic effects of a new-generation conducted electrical weapon on human volunteers. *J Emerg Med.* 2014;46(3):428-435.

12. Dawes DM, Ho JD, Sweeney JD, Lundin EJ, Kunz SN, Miner JR. The effect of an electronic control device on muscle injury as determined by creatine kinase enzyme. *Forensic Sci Med Pathol.* 2011;7(1):3-8.

13. Ho JD, Dawes DM, Nelson RS, et al. Acidosis and catecholamine evaluation following simulated law enforcement "use of force" encounters. *Acad Emerg Med.* 2010;17(7):e60-68.

14. Dawes DM, Ho JD, Reardon RF, Sweeney JD, Miner JR. The physiologic effects of multiple simultaneous electronic control device discharges. *West J Emerg Med.* 2010;11(1):49-56.

15. Dawes DM, Ho JD, Reardon RF, et al. The respiratory, metabolic, and neuroendocrine effects of a new generation electronic control device. *Forensic Sci Int.* 2010.

16. Dawes DM, Ho JD, Reardon RF, Miner JR. The cardiovascular, respiratory, and metabolic effects of a long duration electronic control device exposure in human volunteers. *Forensic Sci Med Pathol.* 2010;6(4):268-274.

17. Kunz SN, Calkins H, Adamec J, Kroll MW. Cardiac and skeletal muscle effects of electrical weapons : A review of human and animal studies. *Forensic Sci Med Pathol.* 2018;14(3):358-366.

18. Kroll M. Baseball, Poison, and Soup Recipes: The TASER Trio of Popular Myths. *ResearchGatenet.* 2015:1-3.

19. AAMI/ANSI. NS4:2103 transcutaneous electrical nerve stimulators. *Association for the Advancement of Medical Instrumentation (AAMI), American National Standards Institute (ANSI).* 2013.

20. IEC. IEC 60601-2-10: Particular requirements for the basic safety and essential performance of nerve and muscle stimulators. *International Electrotechnical Commission.* 2016:https://webstore.iec.ch/publication/60601.

21. ANSI. Electrical characteristics of ECD's and CEW's. In. Vol ANSI-CPLSO-17. Bristol, UK: estandards.net; 2017.

22. Oliver T, Bolam RA. Cause of death by electric shock. *Br Med J.* 1898;1(1933):132-135.

23. Kroll MW, Andrews CJ, Panescu D. Electrocution: Direct-Current Dogma Dies Hard. *Am J Forensic Med Pathol.* 2021;42(4):405-406.

24. Kroll M. Basics of Electrocution. *ResearchGate.*

2021:https://www.researchgate.net/publication/356194079_Electrocution_Primer.

25. Kroll MW, Kroll LC, Panescu D, Perkins PE, Andrews CJ. High Impedance Electrical Accidents: Importance of Source and Subject Impedance. *Annu Int Conf IEEE Eng Med Biol Soc.* 2019;41:1769-1775.

26. Kroll MW, Fish RM, Lakkireddy D, Luceri RM, Panescu D. Essentials of low-power electrocution: established and speculated mechanisms. *Conf Proc IEEE EMBC.* 2012;34:5734-5740.

27. Dokov W. Electrocution-related mortality: a review of 351 deaths by low-voltage electrical current. *Ulus Travma Acil Cerrahi Derg.* 2010;16(2):139-143.

28. Lindstrom R, Bylund PO, Eriksson A. Accidental deaths caused by electricity in Sweden, 1975-2000. *J Forensic Sci.* 2006;51(6):1383-1388.

29. Jones HL. The Lethal Effects of Electrical Currents. *Br Med J.* 1895;1(1783):468-470.

30. Jex-Blake A. Death by Electric Currents and Lightning. *British Medical Journal.* 1913;1:425-603.

31. Antoni H. Pathophysiological basis of ventricular fibrillation. In: Bridges JF, Ford GL, Sherman IA, Vainberg A, eds. *Electrical Shock Safety Criteria.* New York: Pergammon Press; 1985:33-43.

32. Wegria R, Wiggers CJ. Production of ventricular fibrillation by alternating currents. *Am J Physiol.* 1940;131:119.

33. Ferris LP, King BG, Spence PW, Williams HB. Effect of electric shock on the heart. *Electrical Engineering.* 1936;55(5):498-515.

34. Jacobsen J, Buntenkotter S, Reinhard HJ. [Experimental studies in pigs on mortality due to sinusoidal and phase-controlled alternating and rectified currents (author's transl)]. *Biomed Tech (Berl).* 1975;20(3):99-107.

35. Roy OZ, Park GC, Scott JR. Intracardiac catheter fibrillation thresholds as a function of the duration of 60 Hz current and electrode area. *IEEE Transactions on Biomedical Engineering.* 1977;BME-24(5):430-435.

36. Scott JR, Lee WR, Zoledziowski S. Ventricular fibrillation threshold for AC shocks of long duration, in dogs with normal acid-base state. *Br J Ind Med.* 1973;30(2):155-161.

37. Kiselev A. Threshold values of safe current at mains frequency. Problems of electrical equipment, electrical supply and electrical measurements (in Russian). *Sborllik MIIT.* 1963;171:47-58.

38. International Electrotechnical , Commission. Effects of Current on Human Beings and Livestock, CEI/IEC 60479-1: General Aspects, 1st Edition. In: IEC, ed. 1st ed. Geneva: IEC, Geneva, Switzerland; 2018.

39. MacDonald JM, Kaminski RJ, Smith MR. The effect of less-lethal weapons on injuries in police use-of-force events. *Am J Public Health.* 2009;99(12):2268-2274.

40. Taylor B, Woods DJ. Injuries to officers and suspects in police use-of-force cases: A quasi-experimental evaluation. *Police Quarterly.* 2010;13(3):260-289.

41. Kaminski RJ, Engel RS, Rojek J, Smith MR, Alpert G. A quantum of force: The consequences of counting routine conducted energy weapon punctures as injuries. *Justice Quarterly.* 2015;32(4):598-625.

42. Ferdik FV, Kaminski RJ, Cooney MD, Sevigny EL. The influence of agency policies on conducted energy device use and police use of lethal force. *Police Quarterly.* 2014;17:328-358.

43. Kroll M, Brave M, Pratt H, Witte K, Kunz S, Luceri R. Benefits, Risks, and Myths of TASER® Handheld Electrical Weapons. *Human Factors and Mechanical Engineering for Defense and Safety.* 2019;3(1):7.

44. Nimunkar AJ, Webster JG. Safety of pulsed electric devices. *Physiol Meas.* 2009;30(1):101-114.

45. Panescu D, Nerheim M, Kroll MW, Brave M. New Conducted Electrical Weapons: Electrical Safety Relative to Relevant Standards. . *Conf Proc IEEE EMBC.* 2017;39:2185 - 2190.

46. Kroll MW, Perkins PE, Panescu D. Electric Fence Standards Comport with Human Data and AC Limits. *Conf Proc IEEE EMBC.* 2015;37:1343-1348.

47. Panescu D, Nerheim M, Kroll MW. Electrical safety of conducted electrical weapons relative to requirements of relevant electrical standards. *Conf Proc IEEE EMBS.* 2013;35:5342-5347.

48. IEC. Household and similar electrical appliances – Safety – IEC 60335-2-76: Particular requirements for electric fence energizers. *International Electrotechnical Commission.* 2006.

49. Underwriters_Laboratories. UL 69: Electric fence controllers. 2003.

50. Chiles BD, Nerheim MH, Brave MA, Panescu D, Kroll MW. Electrical Weapon Charge Delivery With Arcing. *Conf Proc IEEE Eng Med Biol Soc.* 2018;2018:2234-2239.

51. Criscione JC, Kroll MW. Incapacitation recovery times from a conductive electrical weapon exposure. *Forensic Sci Med Pathol.* 2014;10(2):203-207.

52. Kane RJ, White MD. TASER® Exposure and Cognitive Impairment. *Criminology & Public Policy.* 2015.

53. White MD, Ready JT, Kane RJ, Dario LM. Examining the effects of the TASER on cognitive functioning: findings from a pilot study with police recruits. *Journal of Experimental Criminology.* 2014:1-24.

54. Ho J, Dawes D, Miner J, Moore J, Nystrom P. Neurocognitive Effect of Simulated Resistance and Use of Force Encounters on Standardized Field Sobriety Testing. *The Journal of emergency medicine.* 2014;46(2):283.

55. Dawes DM, Ho JD, Vincent AS, et al. The neurocognitive effects of simulated use-of-force scenarios. *Forensic science, medicine, and pathology.* 2014;10(1):9-17.

56. Chiles BD, Nerheim MH, Markle RC, Brave MA, Panescu D, Kroll MW. Detection of Arcing and High Impedance with Electrical Weapons. *IEEE Eng Med Biol Soc.* 2021;43:1252-1256.

57. Chiles BD, Nerheim MH, Markle RC, Brave MA, Panescu D, Kroll MW. Estimation of Physiological Impedance from Neuromuscular Pulse Data. *IEEE Eng Med Biol Soc.* 2021;43:1246-1251.

58. Maffiuletti NA, Morelli A, Martin A, et al. Effect of gender and obesity on electrical current thresholds. *Muscle Nerve.* 2011;44(2):202-207.

59. Lukl J, Marek D, Bulava A, et al. Prolonged burst as a new method for cardioverter-defibrillator testing. *Europace.* 2013;15(1):55-59.

60. Zima E, Gergely M, Soos P, et al. The effect of induction method on defibrillation threshold and ventricular fibrillation cycle length. *J Cardiovasc Electrophysiol.* 2006;17(4):377-381.

61. Fazelifar AF, Ashrafi P, Haghjoo M, et al. Predictors of ventricular tachycardia induction in syncopal patients with mild to moderate left ventricular dysfunction. *Cardiol J.* 2009;16(4):327-331.

62. Meyborg M, Mura R, Tiefenbacher C, Becker R, Michaelsen J, Niroomand F. Comparative follow up of patients with implanted cardioverter-defibrillators after induction of sustained monomorphic ventricular tachycardias or ventricular fibrillation by programmed stimulation. *Heart.* 2003;89(6):629-632.

63. Bhandari AK, Isber N, Estioko M, et al. Efficacy of low-energy T wave shocks for induction of ventricular fibrillation in patients with implantable cardioverter defibrillators. *J Electrocardiol.* 1998;31(1):31-37.

64. Taneja T, Goldberger J, Johnson D, Kadish A. Is all ventricular fibrillation the same? Influence of mode of induction on characteristics of ventricular fibrillation. *J Cardiovasc Electrophysiol.* 2000;11(12):1355-1363.

65. Taneja T, Goldberger J, Parker MA, et al. Reproducibility of ventricular fibrillation characteristics in patients undergoing implantable cardioverter defibrillator implantation. *J Cardiovasc Electrophysiol.* 1997;8(11):1209-1217.

66. Kroll MW, Walcott GP, Ideker RE, et al. The stability of electrically induced ventricular fibrillation. *Conf Proc IEEE EMBC.* 2012;34:6377-6381.

67. White RD, Goodman BW, Svoboda MA. Neurologic recovery following prolonged out-of-hospital cardiac arrest with resuscitation guided by continuous capnography. *Mayo Clin Proc.* 2011;86(6):544-548.

68. Niemann JT, Rosborough JP, Youngquist S, Thomas J, Lewis RJ. Is all ventricular fibrillation the same? A comparison of ischemically induced with electrically induced ventricular fibrillation in a porcine cardiac arrest and resuscitation model. *Crit Care Med.* 2007;35(5):1356-1361.

69. Watkins S, Holmes PA, Howard RS. Lesson of the month (1). Ictal asystole due to unsuspected cocaine abuse. *Clin Med.* 2011;11(2):199-200.

70. Yanagawa Y, Sakamoto T, Okada Y. Six cases of sudden cardiac arrest in alcoholic ketoacidosis. *Intern Med.* 2008;47(2):113-117.

71. Ortega-Carnicer J, Bertos-Polo J, Gutierrez-Tirado C. Aborted sudden death, transient Brugada pattern, and wide QRS

dysrrhythmias after massive cocaine ingestion. *J Electrocardiol.* 2001;34(4):345-349.

72. Murray BL, Murphy CM, Beuhler MC. Death following recreational use of designer drug "bath salts" containing 3,4-Methylenedioxypyrovalerone (MDPV). *J Med Toxicol.* 2012;8(1):69-75.

73. Dockery BK, Newman KP. Exercise-induced asystole with syncope in a healthy young man. *Am J Med Sci.* 2007;334(2):145-148.

74. Hassan TB, Pickett JA, Durham S, Barker P. Diagnostic indicators in the early recognition of severe cocaine intoxication. *J Accid Emerg Med.* 1996;13(4):261-263.

75. Paredes VL, Rea TD, Eisenberg MS, et al. Out-of-hospital care of critical drug overdoses involving cardiac arrest. *Acad Emerg Med.* 2004;11(1):71-74.

76. Sattout AH, Nicol MF. Cardiac arrest following cannabis use: a case report. *Cases J.* 2009;2:208.

77. Sykutera M, Cychowska M, Bloch-Boguslawska E. A Fatal Case of Pentedrone and alpha-Pyrrolidinovalerophenone Poisoning. *J Anal Toxicol.* 2015;39(4):324-329.

78. DiMaio V, DiMaio T. Excited Delirium Syndrome. In: Kroll M, Ho J, eds. *TASER Conducted Electrical Weapons: Physiology, Pathology, and Law.* New York City: Springer-Kluwer; 2009:347-363.

79. Gonin P, Beysard N, Yersin B, Carron PN. Excited Delirium: A Systematic Review. *Acad Emerg Med.* 2018;25(5):552-565.

80. Karch S. Possible Strategies for the Diagnosis of Fatal Excited Delirium Syndrome. *Acad Forensic Pathol* 2012;2(3):273-283.

81. Mash DC. Excited Delirium and Sudden Death: A Syndromal Disorder at the Extreme End of the Neuropsychiatric Continuum. *Front Physiol.* 2016;7:435.

82. Otahbachi M, Cevik C, Bagdure S, Nugent K. Excited delirium, restraints, and unexpected death: a review of pathogenesis. *Am J Forensic Med Pathol.* 2010;31(2):107-112.

83. Ruttenber AJ, Lawler-Heavner J, Yin M, Wetli CV, Hearn WL, Mash DC. Fatal excited delirium following cocaine use: epidemiologic findings provide new evidence for mechanisms of cocaine toxicity. *J Forensic Sci.* 1997;42(1):25-31.

84. Ruttenber AJ, McAnally HB, Wetli CV. Cocaine-associated rhabdomyolysis and excited delirium: different stages of the same syndrome. *Am J Forensic Med Pathol.* 1999;20(2):120-127.

85. Stratton SJ, Rogers C, Brickett K, Gruzinski G. Factors associated with sudden death of individuals requiring restraint for excited delirium. *Am J Emerg Med.* 2001;19(3):187-191.

86. Takeuchi A, Ahern TL, Henderson SO. Excited delirium. *West J Emerg Med.* 2011;12(1):77-83.

87. Vilke GM, Bozeman WP, Dawes DM, Demers G, Wilson MP. Excited delirium syndrome (ExDS): treatment options and considerations. *J Forensic Leg Med.* 2012;19(3):117-121.

88. Kroll M, Wetli CV, Mash D, Karch S, Graham M, Ho J. Excited Delirium Syndrome Checklist. In: Kroll M, Ho J, eds. *TASER Conducted Electrical Weapons: Physiology, Pathology, and Law.* New York City: Springer-Kluwer; 2009.

89. Sedgwick ML, Dalziel K, Watson J, Carrington DJ, Cobbe SM. The causative rhythm in out-of-hospital cardiac arrests witnessed by the emergency medical services in the Heartstart Scotland Project. *Resuscitation.* 1994;27(1):55-59.

90. Eastman AL, Metzger JC, Pepe PE, et al. Conductive electrical devices: a prospective, population-based study of the medical safety of law enforcement use. *J Trauma.* 2008;64(6):1567-1572.

91. Brewer J, Kroll M. Field Statistics Overview. In: Kroll M, Ho J, eds. *TASER Conducted Electrical Weapons: Physiology, Pathology, and Law.* New York City: Springer-Kluwer; 2009.

92. Kroll MW, Brave MA, Pratt HMO, Witte KK, Luceri RM. Benefits, Risks, and Myths of TASER® Handheld Electrical Weapons. *Human Factors and Mechanical Engineering for Defense and Safety.* 2019.

93. Kroll M. TASER® Conducted Electrical Weapons: Clinical Forensic Medicine: A Physician's Guide. In: Stark M, ed. *Clinical Forensic Medicine: A Physician's Guide.* New York: Springer; 2011:233-276.

94. Goudge S. The health effects of conducted energy weapons: The Expert Panel on the Medical and Physiological Impacts of Conducted Energy Weapons. *Council of Canadian Academies.* 2013

http://www.scienceadvice.ca/en/assessments/completed/cew.aspx.

95. Kroll MW, Lakkireddy DR, Stone JR, Luceri RM. TASER electronic control devices and cardiac arrests: coincidental or causal? Supplement. *Circulation.* 2014;129(1):On Line Supplement.

96. Kroll MW, Luceri RM, Lakireddy D, Calkins H. Do TASER Electrical Weapons Actually Electrocute? *Can J Cardiol.* 2016;32(10):1261 e1211.

97. Kroll MW, Ritter MB, Kennedy EA, et al. Eye injury from electrical weapon probes: Mechanisms and treatment. *Am J Emerg Med.* 2019;37(3):427-432.

98. Moysidis SN, Koulisis N, Rodger DC, et al. TASER Injuries to the Eye and Ocular Adnexa: The Management of Complex Trauma. *Ophthalmology Retina.* 2018.

99. Kroll MW, Ritter MB, Kennedy EA, et al. Eye injuries from electrical weapon probes: Incidents, prevalence, and legal implications. *J Forensic Leg Med.* 2018;55:52-57.

100. Gapsis BC, Hoang A, Nazari K, Morcos M. Ocular manifestations of TASER-induced trauma. *Trauma Case Rep.* 2017;12:4-7.

101. Kroll MW, Adamec J, Wetli CV, Williams HE. Fatal traumatic brain injury with electrical weapon falls. *J Forensic Leg Med.* 2016;43:12-19.

102. Haileyesus T, Annest JL, Mercy JA. Non-fatal conductive energy device-related injuries treated in US emergency departments, 2005-2008. *Inj Prev.* 2011.

103. Mangus BE, Shen LY, Helmer SD, Maher J, Smith RS. Taser and Taser associated injuries: a case series. *Am Surg.* 2008;74(9):862-865.

104. Clarke C, Andrews SP. The ignitability of petrol vapours and potential for vapour phase explosion by use of TASER(R) law enforcement electronic control device. *Sci Justice.* 2014;54(6):412-420.

105. Kroll M, Ritter M, Williams H. Fatal and Non-fatal Burn Injuries with Electrical Weapons and Explosive Fumes. *J Forensic and Legal Medicine.* 2017;50:6-11.

106. Walcott GP, Kroll MW, Ideker RE. Ventricular fibrillation: are swine a sensitive species? *J Interv Card Electrophysiol.* 2015;42(2):83-89.

107. Valentino DJ, Walter RJ, Dennis AJ, et al. Taser X26 discharges in swine: ventricular rhythm capture is dependent on discharge vector. *J Trauma.* 2008;65(6):1478-1485; discussion 1485-1477.

108. Nanthakumar K, Billingsley IM, Masse S, et al. Cardiac electrophysiological consequences of neuromuscular incapacitating device discharges. *J Am Coll Cardiol.* 2006;48(4):798-804.

109. Geddes LA, Cabler P, Moore AG, Rosborough J, Tacker WA. Threshold 60-Hz current required for ventricular fibrillation in subjects of various body weights. *IEEE Trans Biomed Eng.* 1973;20(6):465-468.

110. Kroll MW, Lakkireddy D, Rahko PS, Panescu D. Ventricular fibrillation risk estimation for conducted electrical weapons: critical convolutions. *Conf Proc IEEE EMBC.* 2011;33:271-277.

111. Rahko PS. Evaluation of the skin-to-heart distance in the standing adult by two-dimensional echocardiography. *J Am Soc Echocardiogr.* 2008;21(6):761-764.

112. Kroll M, Panescu D, Brewer J, Lakkireddy D, Graham M. Weight Adjusted Meta-Analysis of Fibrillation Risk From TASER Conducted Electrical Weapons. *Proceedings of the American Academy of Forensic Science.* 2009:177-177.

113. Panescu D, Kroll MK, Brave MA. Cardiac fibrillation risks with TASER conducted electrical weapons. *Conf Proc IEEE EMBC.* 2015;37:323-329.

114. Zipes DP. Sudden cardiac arrest and death following application of shocks from a TASER electronic control device. *Circulation.* 2012;125(20):2417-2422.

115. Kroll MW, Lakkireddy DR, Stone JR, Luceri RM. TASER electronic control devices and cardiac arrests: coincidental or causal? *Circulation.* 2014;129(1):93-100.

116. Jenkins DM, Jr., Murray WB, Kennett MJ, Hughes EL, Werner JR. The Effects of Continuous Application of the TASER X26 Waveform on Sus scrofa. *J Forensic Sci.* 2013.

117. Biegelmeier G. *Effect of current passing through the human body and the electrical impedance of the human body: A guide to IEC-Report 469.* VDE,-Verlag, Berlin: ETZ;1987. 20.

118. Biegelmeier G, Lee WR. New considerations on the threshold of

ventricular fibrillation for a.c.shocks at 50~60 Hz. *IEE Proc.* 1980;127(2):Pt. A: 103-110.

119. Dawes D, Ho J, Reardon R, Miner J. Multiple simultaneous exposures of the TASER X26 in human volunteers. *Europace.* 2009;11:i49.

120. Ho JD, Dawes DM, Reardon RF, et al. Human cardiovascular effects of a new generation conducted electrical weapon. *Forensic Sci Int.* 2011;204(1-3):50-57.

121. Yoon RS, DeMonte TP, Hasanov KF, Jorgenson DB, Joy ML. Measurement of thoracic current flow in pigs for the study of defibrillation and cardioversion. *IEEE Trans Biomed Eng.* 2003;50(10):1167-1173.

122. Panescu D, Webster JG, Stratbucker RA. Modeling current density distributions during transcutaneous cardiac pacing. *IEEE Trans Biomed Eng.* 1994;41(6):549-555.

123. Karlon WJ, Eisenberg SR, Lehr JL. Effects of paddle placement and size on defibrillation current distribution: a three-dimensional finite element model. *IEEE Trans Biomed Eng.* 1993;40(3):246-255.

124. Panescu D, Kroll MW, Efimov IR, Sweeney JD. Finite element modeling of electric field effects of TASER devices on nerve and muscle. *Conf Proc IEEE EMBC.* 2006;28:1277-1279.

125. Enoka RM. Morphological features and activation patterns of motor units. *J Clin Neurophysiol.* 1995;12(6):538-559.

126. Burke RE. Firing patterns of gastrocnemius motor units in the decerebrate cat. *J Physiol.* 1968;196(3):631-654.

127. Kroll MW, Panescu D. Physics of Electrical Injury. In: Ho JD, Dawes DM, Kroll MW, eds. *Atlas of conducted electrical weapon wounds and forensic analysis.* New York: Springer; 2012:25-45.

128. Schipke JD, Heusch G, Sanii AP, Gams E, Winter J. Static filling pressure in patients during induced ventricular fibrillation. *Am J Physiol Heart Circ* 2003;285(6):H2510-2515.

129. Swerdlow CD, Olson WH, O'Connor ME, Gallik DM, Malkin RA, Laks M. Cardiovascular collapse caused by electrocardiographically silent 60-Hz intracardiac leakage current. Implications for electrical safety. *Circulation.* 1999;99(19):2559-2564.

130. Chilbert M. Standards and Rationale. In: Reilly J, ed. *Applied Bioelectricity: From Electrical Stimulation to Electrical Pathology.* New York: Springer; 1998:454-501.

131. Donoghue E, Lifschultz B. Electrical and Lightning Injuries. In: Spitz W, ed. *Medicolegal Investigation of Death.* 4 ed. Springfield, IL: Charles C. Thomas; 2006:882-901.

132. Ralph R, Kabat H, Anderson J. Acute arrest of cerebral circulation in man: Lieutenant Ralph Rossen (MC), USNR. *Arch Neurol Psychiatr.* 1943;50:510.

133. Haouzi P, Ahmadpour N, Bell HJ, et al. Breathing patterns during cardiac arrest. *J Appl Physiol.* 2010;109(2):405-411.

134. Zuercher M, Ewy GA, Hilwig RW, et al. Continued breathing followed by gasping or apnea in a swine model of ventricular fibrillation cardiac arrest. *BMC Cardiovasc Disord.* 2010;10:1-7.

135. Zuercher M, Ewy GA, Otto CW, et al. Gasping in response to basic resuscitation efforts: observation in a Swine model of cardiac arrest. *Crit Care Res Pract.* 2010;10(36):1-7.

136. Clark JJ, Larsen MP, Culley LL, Graves JR, Eisenberg MS. Incidence of agonal respirations in sudden cardiac arrest. *Ann Emerg Med.* 1992;21(12):1464-1467.

137. Kroll MW, Fish RM, Calkins H, Halperin H, Lakkireddy D, Panescu D. Defibrillation success rates for electrically-induced fibrillation: hair of the dog. *Conf Proc IEEE EMBC.* 2012;34:689-693.

138. Waalewijn RA, Nijpels MA, Tijssen JG, Koster RW. Prevention of deterioration of ventricular fibrillation by basic life support during out-of-hospital cardiac arrest. *Resuscitation.* 2002;54(1):31-36.

139. Hallstrom A, Eisenberg M, Bergner L. The Persistence of Ventricular Fibrillation and Its Implication for Evaluating EMS. *Emergency Health Services Quarterly.* 1983;1(4):41-49.

140. Holmberg M, Holmberg S, Herlitz J. Incidence, duration and survival of ventricular fibrillation in out-of-hospital cardiac arrest patients in sweden. *Resuscitation.* 2000;44(1):7-17.

141. Weaver WD, Cobb LA, Dennis D, Ray R, Hallstrom AP, Copass MK. Amplitude of ventricular fibrillation waveform and outcome after cardiac arrest. *Ann Intern Med.* 1985;102(1):53-55.

142. Kunz SN, Calkins HG, Adamec J, Kroll MW. Adrenergic and metabolic effects of electrical weapons: review and meta-

analysis of human data. *Int J Legal Med.* 2018;132(5):1469-1475.

143. Ho JD, Dawes DM, Nystrom PC, et al. Markers of acidosis and stress in a sprint versus a conducted electrical weapon. *Forensic Sci Int.* 2013;233(1-3):84-89.

144. Kunz SN, Grove N, Fischer F. Acute pathophysiological influences of conducted electrical weapons in humans: A review of current literature. *Forensic Sci Int.* 2012;221(1-3):1-4.

145. Vilke G, Chan T, Sloane C, Neuman T, Castillio E, Kolkhorst F. The effect of TASER on cardiac, respiratory and metabolic physiology in human subjects. *NIJ Report.* 2011:1-28 https://www.ncjrs.gov/pdffiles21/nij/grants/236947.pdf.

146. Ho JD, Dawes DM, Cole JB, Hottinger JC, Overton KG, Miner JR. Lactate and pH evaluation in exhausted humans with prolonged TASER X26 exposure or continued exertion. *Forensic Sci Int.* 2009;190(1-3):80-86.

147. Han J, Garciadejalon P, Moe GK. Adrenergic Effects on Ventricular Vulnerability. *Circ Res.* 1964;14:516-524.

148. Papp JG, Szekeres L. Analysis of the mechanism of adrenergic actions on ventricular vulnerability. *Eur J Pharmacol.* 1968;3(1):15-26.

149. Gerst PH, Fleming WH, Malm JR. A quantitative evaluation of the effects of acidosis and alkalosis upon the ventricular fibrillation threshold. *Surgery.* 1966;59(6):1050-1060.

150. Lakkireddy D, Wallick D, Ryschon K, et al. Effects of cocaine intoxication on the threshold for stun gun induction of ventricular fibrillation. *J Am Coll Cardiol.* 2006;48(4):805-811.

151. Tisdale JE, Shimoyama H, Sabbah HN, Webb CR. The effect of cocaine on Ventricular fibrillation threshold in the normal canine heart. *Pharmacotherapy.* 1996;16(3):429-437.

152. Faes TJ, van der Meij HA, de Munck JC, Heethaar RM. The electric resistivity of human tissues (100 Hz-10 MHz): a meta-analysis of review studies. *Physiol Meas.* 1999;20(4):R1-10.

153. Rush S, Abildskov JA, McFeer. Resistivity of body tissues at low frequencies. *Circ Res.* 1963;12:40-50.

154. *Betty Lou Heston, et al Vs. City Of Salinas et al.,* Case No. C 05-03658 JW (United States District Court Northern District Of California 2007).

155. Kroll M. Significance of Sound During CEW Application. Technical Note: Research-Gate.net Web site. https://www.researchgate.net/publication/275024090_Significance_of_Sound_During_CEW_Application. Published 2015. Accessed.

156. Chiles BC. Identification of TASER ® conducted electrical weapon cartridge wires via wire characteristics analysis. 2015:https://www.researchgate.net/publication/333856854_IDENTIFICATION_OF_TASER_R_CONDUCTED_ELECTRICAL_WEAPON_CARTRIDGE_WIRES_VIA_WIRE_CHARACTERISTICS_ANALYSIS.

157. Heim C, Schmidtbleicher D, Niebergall E. The risk of involuntary firearms discharge. *Human Factors: The Journal of the Human Factors and Ergonomics Society.* 2006;48(3):413-421.

158. Schmidtbleicher D, Niebergall E. Towards an understanding of involuntary firearms discharges: Possible risks and implications for training. *Policing: An International Journal of Police Strategies & Management.* 2006;29(3):434-450.

159. O'Neill J, O'Neill DA, Lewinski WJ. Toward a taxonomy of the unintentional discharge of firearms in law enforcement. *Applied Ergonomics.* 2017;59:283-292.

160. Demetriou G. To punch or not to punch, That is the question. *The ASLET Journal.* 1994;2(10):46-49.

161. Messina P. Ready when your gun goes "bang". *American Police Beat.* 2000;7(8):35.

162. Sherrington C. *The integrative action of the nervous system.* Yale University Press; 1906.

163. Archontides C, Fazey JA. Inter-limb interactions and constraints in the expression of maximum force: a review, some implications and suggested underlying mechanisms. *J Sports Sci.* 1993;11(2):145-158.

164. Corna S, Galante M, Grasso M, Nardone A, Schieppati M. Unilateral displacement of lower limb evokes bilateral EMG responses in leg and foot muscles in standing humans. *Exp Brain Res.* 1996;109(1):83-91.

165. Armatas CA, Summers JJ, Bradshaw JL. Mirror movements in normal adult subjects. *J Clin Exp Neuropsychol.* 1994;16(3):405-413.

166. Aranyi Z, Rosler KM. Effort-induced mirror movements. A study of transcallosal inhibition in humans. *Exp Brain Res.* 2002;145(1):76-82.

167. Ferbert A, Priori A, Rothwell JC, Day BL, Colebatch JG, Marsden CD. Interhemispheric inhibition of the human motor cortex. *J Physiol.* 1992;453:525-546.

168. Farmer SF, Ingram DA, Stephens JA. Mirror movements studied in a patient with Klippel-Feil syndrome. *J Physiol.* 1990;428:467-484.

169. Shinohara M, Keenan KG, Enoka RM. Contralateral activity in a homologous hand muscle during voluntary contractions is greater in old adults. *J Appl Physiol (1985).* 2003;94(3):966-974.

170. Li ZM, Latash ML, Newell KM, Zatsiorsky VM. Motor redundancy during maximal voluntary contraction in four-finger tasks. *Exp Brain Res.* 1998;122(1):71-78.

171. Kearney RE, Chan CW. Interlimb reflexes evoked in human arm muscles by ankle displacement. *Electroencephalogr Clin Neurophysiol.* 1981;52(1):65-71.

172. Enoka R. Involuntary muscle contractions and the unintentional discharge of a firearm. *Law Enforcement Executive Forum.* 2003;3(2):27-39.

173. Panescu D, Kroll M, Brave M. Current Distribution in Tissues with Conducted Electrical Weapons Operated in Drive-Stun Mode. *Conf Proc IEEE EMBC.* 2016;38.

174. Kroll M. Conducted Electrical Weapon Drive-Stun Mode: Skin Rub vs. Injection. Technical Note: ResearchGate.net Web site. https://www.researchgate.net/publication/275035976_Conducted_Electrical_Weapon_Drive-Stun_Mode_Skin_Rub_vs_Injection. Published 2015. Accessed.

175. Ho J, Dawes D. Conducted Electrical Weapon Drive-Stun Wounds. In: Ho J, Dawes D, Kroll M, eds. *Atlas of Conducted Electrical Weapons and Forensic Analysis.* New York City: Springer; 2012:61-78.

176. Wyant RT, Burns TJ. Post-event Conducted Electrical Weapon Wire and Probe Analysis. *Atlas of Conducted Electrical Weapon Wounds and Forensic Analysis.* 2012:167-184.

177. Wyant R, Hinz A. Examination of Electronic Control Device Probes to Determine Duration of Application. *Proceedings of the American Academy of Forensic Science.* 2009.

178. Robson RE, Paranjape BV. Acoustoelectric effects in a gaseous medium. *Phys Rev A.* 1992;45(12):8972-8974.

179. Bayle P, Vacquie J, Bailey M. Cathode region of a transitory discharge in CO2. I. Theory of the cathode region. *Phys Rev A.* 1986;34(1):360-371.

180. Bequin P, Herzog P. Model of acoustic sources related to negative point-to-plane discharges in ambient air. *Acta Acustica.* 1997;83:359-366.

181. Walcott GP, Kroll MW, Ideker RE. Ventricular fibrillation threshold of rapid short pulses. *Conf Proc IEEE EMBC.* 2011;33:255-258.

182. Vilke GM, Chan TC. Less lethal technology: medical issues. *Policing.* 2007;30(3):341-357.

183. White MD, Ready J. The TASER as a less lethal force alternative: Findings on use and effectiveness in a large metropolitan police agency. *Police Quarterly.* 2007;10(2):170-191.

184. Brave MA, Lakkireddy DR, Kroll MW. Validity of the small swine model for human electrical safety risks. *Conf Proc IEEE EMBC.* 2016;38:2343-2348.

185. Wu JY, Sun H, O'Rourke AP, et al. Taser blunt probe dart-to-heart distance causing ventricular fibrillation in pigs. *IEEE Trans Biomed Eng.* 2008;55(12):2768-2771.

186. Panescu D, Kroll M, Brave M. Limitations of animal electrical cardiac safety models. *Conf Proc IEEE EMBC.* 2014;36:6483-6486.

187. Sedmera D, Gourdie RG. Why do we have Purkinje fibers deep in our heart? *Physiol Res.* 2014;63 Suppl 1:S9-S18.

188. Huang J, Dosdall DJ, Cheng KA, Li L, Rogers JM, Ideker RE. The importance of purkinje activation in long duration ventricular fibrillation. *J Am Heart Assoc.* 2014;3(1):e000495.

189. Dosdall DJ, Osorio J, Robichaux RP, Huang J, Li L, Ideker RE. Purkinje activation precedes myocardial activation following defibrillation after long-duration ventricular fibrillation. *Heart Rhythm.* 2010;7(3):405-412.

190. Ono N, Yamaguchi T, Ishikawa H, et al. Morphological varieties of the Purkinje fiber network in mammalian hearts, as revealed by light and electron microscopy. *Arch Histol Cytol.* 2009;72(3):139-149.

191. Pak H-N, Kim GI, Lim HE, et al. Both Purkinje cells and left ventricular posteroseptal reentry contribute to the maintenance of ventricular fibrillation in open-chest dogs and swine: effects of catheter ablation and the ventricular cut-and-sew operation. *Circulation journal: official journal of the Japanese Circulation Society.* 2008;72(7):1185.

192. Dosdall DJ, Cheng KA, Huang J, et al. Transmural and endocardial Purkinje activation in pigs before local myocardial activation after defibrillation shocks. *Heart Rhythm.* 2007;4(6):758-765.

193. Walcott GP, Kroll MW, Ideker RE. Ventricular fibrillation: are swine a sensitive species? *J Interv Card Electrophys.* 2015;42(2):83-89.

194. Dawes DM, Ho JD, Reardon RF, Miner JR. Echocardiographic evaluation of TASER X26 probe deployment into the chests of human volunteers. *Am J Emerg Med.* 2010;28(1):49-55.

195. Ho JD, Dawes DM, Reardon RF, et al. Echocardiographic evaluation of a TASER-X26 application in the ideal human cardiac axis. *Acad Emerg Med.* 2008;15(9):838-844.

196. Stopyra JP, Winslow JE, Fitzgerald DM, Bozeman WP. Intracardiac electrocardiographic assessment of precordial TASER shocks in human subjects: A pilot study. *J Forensic Leg Med.* 2017;52:70-74.

197. Bozeman WP, Teacher E, Winslow JE. Transcardiac conducted electrical weapon (TASER) probe deployments: incidence and outcomes. *J Emerg Med.* 2012;43(6):970-975.

198. Ideker RE, Dosdall DJ. Can the direct cardiac effects of the electric pulses generated by the TASER X26 cause immediate or delayed sudden cardiac arrest in normal adults? *Am J Forensic Med Pathol.* 2007;28(3):195-201.

199. American Medical Association. Use of Tasers by Law Enforcement Agencies (Resolution 401, I-08). *Resolutions of the 2009 AMA National Convention.* 2009.

200. Morgan J. Study of Deaths Following Electro Muscular Disruption. *National Institute of Justice: US Department of Justice.* 2011:1-74 http://www.ncjrs.gov/pdffiles71/nij/222981. pdf.

201. Dennis AJ, Valentino DJ, Walter RJ, et al. Acute effects of TASER X26 discharges in a swine model. *J Trauma.* 2007;63(3):581-590.

202. Walter RJ, Dennis AJ, Valentino DJ, et al. TASER X26 discharges in swine produce potentially fatal ventricular arrhythmias. *Acad Emerg Med.* 2008;15(1):66-73.

203. Lakkireddy D, Wallick D, Verma A, et al. Cardiac effects of electrical stun guns: does position of barbs contact make a difference? *Pacing Clin Electrophysiol.* 2008;31(4):398-408.

204. Valentino DJ, Walter RJ, Dennis AJ, et al. Acute effects of MK63 stun device discharges in miniature swine. *Mil Med.* 2008;173(2):167-173.

205. Valentino DJ, Walter RJ, Nagy K, et al. Repeated thoracic discharges from a stun device. *J Trauma.* 2007;62(5):1134-1142.

206. Valentino DJ, Walter RJ, Dennis AJ, et al. Neuromuscular effects of stun device discharges. *J Surg Res.* 2007;143(1):78-87.

207. Ho J, Lapine A, Joing S, Reardon R, Dawes D. Confirmation of respiration during trapezial conducted electrical weapon application. *Acad Emerg Med.* 2008;15(4):398.

208. Vilke GM, Bozeman WP, Chan TC. Emergency Department Evaluation after Conducted Energy Weapon Use: Review of the Literature for the Clinician. *J Emerg Med.* 2011.

209. Panescu D, Kroll M, Iverson C, Brave M. The sternum as an electrical shield. *Conf Proc IEEE EMBC.* 2014;36:4464-4470.

210. Jolley M, Stinstra J, Tate J, et al. Finite element modeling of subcutaneous implantable defibrillator electrodes in an adult torso. *Heart Rhythm.* 2010;7(5):692-698.

211. Panescu D, Kroll MW, Stratbucker RA. Medical safety of TASER conducted energy weapon in a hybrid 3-point deployment mode. *Conf Proc IEEE EMBC.* 2009;31:3191-3194.

212. Rhee EK. Finite element modeling of novel ICD configurations in pediatric and congenital heart disease: validation of the MacGyver principle? *Heart Rhythm.* 2008;5(4):573-574.

213. Panescu D, Kroll MW, Stratbucker RA. Theoretical possibility of ventricular fibrillation during use of TASER neuromuscular incapacitation devices. *Conf Proc IEEE EMBC.* 2008;30:5671-5674.

214. Jolley M, Stinstra J, Pieper S, et al. A computer modeling tool for comparing novel ICD electrode orientations in children and adults. *Heart Rhythm.* 2008;5(4):565-572.

215. Sun H, Webster JG. Estimating neuromuscular stimulation within the human torso with Taser stimulus. *Phys Med Biol.* 2007;52(21):6401-6411.

216. Stratbucker RA, Kroll MW, McDaniel W, Panescu D. Cardiac current density distribution by electrical pulses from TASER devices. *Conf Proc IEEE EMBC.* 2006;28:6305-6307.

217. Hunt LC, de Jongh Curry AL. Transthoracic atrial defibrillation energy thresholds are correlated to uniformity of current density distributions. *Conf Proc IEEE EMBC.* 2006;26:4374-4377.

218. Singh S, Saha S. Electrical properties of bone. A review. *Clinical orthopaedics and related research.* 1984(186):249-271.

219. Panescu D, Kroll MW, Brave M. New Conducted Electrical Weapons: Thoracic Cage Shielding Effects. . *Conf Proc IEEE EMBC.* 2017;39:2191-2196.

220. Stanik-Hutt JA. Management options for angina refractory to maximal medical and surgical interventions. *AACN Clin Issues.* 2005;16(3):320-332.

221. Gowda RM, Khan IA, Punukollu G, Vasavada BC, Nair CK. Treatment of refractory angina pectoris. *Int J Cardiol.* 2005;101(1):1-7.

222. Jessurun GA, Hautvast RW, Tio RA, DeJongste MJ. Electrical neuromodulation improves myocardial perfusion and ameliorates refractory angina pectoris in patients with syndrome X: fad or future? *Eur J Pain.* 2003;7(6):507-512.

223. Dawes DM, Ho JD, Kroll MW, Miner JR. Electrical characteristics of an electronic control device under a physiologic load: a brief report. *Pacing Clin Electrophysiol.* 2010;33(3):330-336.

224. Pak HN, Kim YH, Lim HE, et al. Role of the posterior papillary muscle and purkinje potentials in the mechanism of ventricular fibrillation in open chest dogs and Swine: effects of catheter ablation. *J Cardiovasc Electrophysiol.* 2006;17(7):777-783.

225. Hamlin RL. Animal models of ventricular arrhythmias. *Pharmacol Ther.* 2007;113(2):276-295.

226. Allison JS, Qin H, Dosdall DJ, et al. The transmural activation sequence in porcine and canine left ventricle is markedly different during long-duration ventricular fibrillation. *J Cardiovasc Electrophysiol.* 2007;18(12):1306-1312.

227. Holland RP, Brooks H. The QRS complex during myocardial ischemia. An experimental analysis in the porcine heart. *J Clin Invest.* 1976;57(3):541-550.

228. Newton JC, Smith WM, Ideker RE. Estimated global transmural distribution of activation rate and conduction block during porcine and canine ventricular fibrillation. *Circ Res.* 2004;94(6):836-842.

229. Dawes DM, Ho JD, Johnson MA, Lundin E, Janchar TA, Miner JR. 15-Second conducted electrical weapon exposure does not cause core temperature elevation in non-environmentally stressed resting adults. *Forensic Sci Int.* 2008;146(2-3):253-257.

230. Ho J, Dawes D. The Effect of the eXtended Range Electronic Projectile (XREP) on Breathing. Australian College of Emergency Medicine Winter Symposium; July, 2008; Newcastle, NSW.

231. Ho JD, Dawes DM, Heegaard WG, Calkins HG, Moscati RM, Miner JR. Absence of electrocardiographic change after prolonged application of a conducted electrical weapon in physically exhausted adults. *J Emerg Med.* 2011;41(5):466-472.

232. Ho JD, Dawes DM, Bultman LL, et al. Respiratory Effect of Prolonged Electrical Weapon Application on Human Volunteers. *Acad Emerg Med.* 2007;14:197-201.

233. Pasquier M, Carron PN, Vallotton L, Yersin B. Electronic control device exposure: a review of morbidity and mortality. *Ann Emerg Med.* 2011;58(2):178-188.

234. Ho JD, Dawes DM, Bultman LL, Moscati RM, Janchar TA, Miner JR. Prolonged TASER use on exhausted humans does not worsen markers of acidosis. *Am J Emerg Med.* 2009;27(4):413-418.

235. Ho JD, Miner JR, Lakireddy DR, Bultman LL, Heegaard WG. Cardiovascular and physiologic effects of conducted electrical weapon discharge in resting adults. *Acad Emerg Med.* 2006;13(6):589-595.

236. Vilke GM, Sloane CM, Suffecool A, et al. Physiologic effects of the TASER after exercise. *Acad Emerg Med.* 2009;16(8):704-710.

237. Vilke GM, Sloane CM, Bouton KD, et al. Physiological effects of a conducted

electrical weapon on human subjects. *Ann Emerg Med.* 2007;50(5):569-575.

238. Chan T, Sloane C, Neuman T, et al. The Impact of the Taser Weapon on Respiratory And Ventilatory Function in Human Subjects. *Acad Emerg Med* 2007;14:191-192.

239. Taylor B, Woods D, Kubu B, et al. Comparing safety outcomes in police use-of-force cases for law enforcement agencies that have deployed conducted energy devices and a matched comparison group that have not: A quasi-experimental evaluation. *Police Executive Research Forum.* 2009.

240. Mesloh C, Henych M, Wolf R. Less Lethal Weapon Effectiveness, Use of Force, and Suspect & Officer Injuries: A Five-Year Analysis. *Report to the National Institute of Justice.* 2008;224081:1-103.

241. Smith M, Kaminski R, Rojek J, Alpert G, Mathis J. The impact of conducted energy devices and other types of force and resistance on officer and suspect injuries. *Policing: An International Journal of Police Strategies & Management.* 2007;30(3):423-446.

242. Butler C, Hall C. Police/Public Interaction: Arrests, Use of Force by Police, and Resulting Injuries to Subjects and Officers—A Description of Risk in One Major Canadian City. *Law Enforcement Executive Forum.* 2008;8(6):139-155.

243. White M, Ready J. The TASER as a Less Lethal Force Alternative. Findings on Use and Effectiveness in a Large Metropolitan Police Agency. *Police Quarterly.* 2006.

244. White M, Ready J. Examining fatal and nonfatal incidents involving the TASER: Identifying predictors of suspect death reported in the media. *Criminology & Public Policy.* 2009;8(4):863-889.

245. Haileyesus T, Annest JL, Mercy JA. Non-fatal conductive energy device-related injuries treated in US emergency departments, 2005-2008. *Inj Prev.* 2011;17(2):127-130.

246. Strote J, Walsh M, Angelidis M, Basta A, Hutson HR. Conducted electrical weapon use by law enforcement: an evaluation of safety and injury. *J Trauma.* 2010;68(5):1239-1246.

247. Mesloh C, Wolf R, Henych M, Thompson F. Less Lethal Weapons for Law Enforcement: A Performance-Based Analysis. *Law Enforcement Executive Forum.* 2008;8(1):133-149.

248. Ho JD, Clinton JE, Lappe MA, Heegaard WG, Williams MF, Miner JR. Introduction of the conducted electrical weapon into a hospital setting. *J Emerg Med.* 2011;41(3):317-323.

249. Jenkinson E, Neeson C, Bleetman A. The relative risk of police use-of-force options: evaluating the potential for deployment of electronic weaponry. *J Clin Forensic Med.* 2006;13(5):229-241.

250. Bozeman WP, Hauda WE, 2nd, Heck JJ, Graham DD, Jr., Martin BP, Winslow JE. Safety and injury profile of conducted electrical weapons used by law enforcement officers against criminal suspects. *Ann Emerg Med.* 2009;53(4):480-489.

251. Bozeman WP, Stopyra JP, Klinger DA, et al. Injuries associated with police use of force. *J Trauma Acute Care Surg.* 2018;84(3):466-472.

252. Brandl S. An Analysis Of 2010 Use Of Force Incidents In The Milwaukee Police Department. 2011:21, Milwaukee.

253. Grove N, Grove C, Peschel O, Kunz S. Welfare effects of substituting traditional police ballistic weapons with non-lethal alternativesWohlfahrtseffekte der Substitution traditioneller ballistischer Schusswaffen durch nichtletale Alternativen. *Rechtsmedizin.* 2016;26(5):418-424.

## Expert Consulting Fee Schedule

Date:      14 Jan 2021
From:      Mark W. Kroll, PhD, FACC, FHRS, FIEEE, FAIMBE
Email:     mark@kroll.name
Mobile:    +1-805-428-1838

1. *Retention, consulting, testimony, travel, on-site-visit, and other fees:*
   a. **Non-Refundable Retention:** The minimum *non-refundable* charge for the incident, lit-
      igation, or other consulting services or retention is $4800, which will be invoiced and
      immediately due upon initial retention. For consideration of the retainer, Mark Kroll &
      Associates agrees to reserve sufficient mutually-agreed upon time to perform consult-
      ing services and deliver any expert report within the mutually agreed upon specified
      deadline and to allow the client to use Kroll's name in settlement negotiations. The
      hourly rate to be charged against this minimum retention is $480 per hour.
   b. **Sworn Testimony:** The rate for sworn testimony is $700 per hour discounted to $600
      per hour for online testimony or testimony in Minnesota. The minimum charge for
      sworn testimony is $4200 and must be received 14 days before. Deposition prepara-
      tion charges are billed at 20% of the total charges incurred for the written report.
   c. **Travel Time Charge:** For travel to a testimony location, or any other travel time such
      as an onsite visit, client meeting, or overnight stay, the charge is $240 per hour plus
      ordinary travel expenses. Will fly upgradeable Economy class within the USA.
   d. **Minimum Traveling Day Charge:** For a full 24 hours away from Minneapolis, the
      minimum daily rate is $8520 and calculated as follows:
      • 6 hours preparation or testimony        @ $700 = 4200
      • 18 hours travel time                     @ $240 = 4320
      If a given day involves more than 6 hours of work, then the charges for that day will
      exceed $8520.
   e. **Deposition by Remote Means:** Video depositions are acceptable using high-quality
      equipment meeting the H.264 standard. High-bandwidth Zoom-type depositions are
      acceptable so long as all attorneys and reporter are visible. ***Pure audio (telephone)
      depositions are not acceptable.***
   f. **Late Payments:** Invoices not paid within 30 days will incur 1% per month interest.
2. *Pro bono work:*
   a. I will do expert consulting on a *pro bono* basis for cases where there is legitimate need
      and an officer is facing criminal charges.
   b. This is limited to a single (1) case per year.
3. *Retaining counsel agrees:*
   a. If any entity other than the client is responsible for payment of deposition or any other
      fees or expenses, then retaining counsel agrees to collect same at least 14 days before
      the scheduled deposition or provide the fee and expenses directly to me.
   b. To notify and electronically provide all related documents, within 24 hours of filing, of
      any *Daubert*, *Frye*, Rule 703, *motion in limine,* or other such limiting motion, action,
      procedure, court order or ruling. If retaining counsel fails to do so — or fails to ade-
      quately vigorously defend me — I reserve the right to withdraw from the case, includ-
      ing prior to any action, ruling, or other determination by the court.
   c. To not stipulate to a low-quality video or any telephonic deposition under FRCP
      30(b)(4).
4. *I agree to:*
   a. Provide (for Federal Court cases) a quality report satisfying FRCP 26.
   b. Provide a draft report 7 days in advance of the deadline — assuming the evidence is
      furnished to me 2 months before the FRCP 26 deadline.

Form **W-9**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer
# Identification Number and Certification

**Give Form to the requester. Do not send to the IRS.**

Name (as shown on your income tax return)

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:

☐ Individual/sole proprietor  ☐ C Corporation  ☐ S Corporation  ☐ Partnership  ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ ------------

☐ Other (see instructions) ▶

☐ Exempt payee

Address (number, street, and apt. or suite no.)

Requester's name and address (optional)

City, state, and ZIP code

List account number(s) here (optional)

*Print or type*
*See Specific Instructions on page 2.*

## Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

**Social security number**

**Employer identification number**

## Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 4.

**Sign Here**

Signature of U.S. person ▶

Date ▶ 14 January 2021

# General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

Cat. No. 10231X

Form **W-9** (Rev. 12-2011)

*CURRICULUM VITAE*

## TABLE OF CONTENTS:

BASIC INFORMATION: ........................................................ 1

ACADEMICS: ................................................................... 2

ACADEMIC AFFILIATIONS: .................................................. 3

PROFESSIONAL POSITIONS: ................................................ 3

HONORS AND AWARDS: ..................................................... 4

FOR-PROFIT BOARDS: ....................................................... 5

NON-PROFIT BOARDS & MAJOR COMMITTEES: ..................... 5

EDITORIAL ROLES: ........................................................... 5

ISSUED U.S. PATENTS: ...................................................... 6

INTERNATIONAL PATENTS: (Applications & Grants) ............... 33

BOOKS: ......................................................................... 42

BOOK CHAPTERS: ............................................................ 43

ABSTRACTS, PRESENTATIONS, AND NONINDEXED LETTERS: ........... 47

PAPERS AND MEDLINE INDEXED LETTERS: ........................... 86

## BASIC INFORMATION:

| | |
|---|---|
| **NAME:** | Mark W. Kroll, PhD, FACC, FHRS, FIEEE, FAIMBE |
| **OFFICE:** | Box 23 |
| | Crystal Bay, MN 55323 USA |
| **PHONE:** | +1-805-428-1838 |
| **E-MAIL:** | mark@kroll.name |
| **CITIZENSHIP:** | United States |
| **MARITAL STATUS:** | Married, 4 children |
| **LANGUAGES:** | Spanish (Good) |
| | German (Usable) |
| | French (Reading Only) |
| **H-INDEX:** | 79 (Google Scholar) |

## ACADEMICS:

### *ACADEMIC DEGREES:*

| | |
|---|---|
| 1975 | B. Mathematics |
| 1983 | M.S. Electrical Engineering |
| 1987 | Ph.D. Electrical Engineering |
| 1990 | M.B.A. |

### *MEDICAL AND BIOMEDICAL RECOGNITIONS:*

1996: American College of Cardiology: Fellow

2009: Heart Rhythm Society: Fellow

2009: Engineering in Medicine and Biology Society: Fellow

2013: American Institute for Medical and Biological Engineering: Fellow

### *EDUCATION:*

| | |
|---|---|
| 1967-1970 | Minnetonka High School<br>Minnetonka, Minnesota |
| 1969 | Michigan State University<br>(National Science Foundation High School Honors Summer Program) East Lansing, Michigan |
| 1970-1975 | University of Minnesota<br>Minneapolis, Minnesota |
| 1975-1979 | University of Minnesota Graduate School<br>Minneapolis, Minnesota |
| 1988-1990 | University of St. Thomas<br>Minneapolis, Minnesota |

## ACADEMIC AFFILIATIONS:

| | |
|---|---|
| 2006-Present | Adjunct Full Professor, Biomedical Engineering |
| | University of Minnesota, Minneapolis |
| 2003-Present | Adjunct Full Professor, Biomedical Engineering |
| | California Polytechnic State University, San Luis Obispo. (There was a 2-year hiatus from 2010 to Feb 2012) |
| 2002-2016 | Faculty for Creativity and Innovation Program |
| | UCLA |

## PROFESSIONAL POSITIONS:

Research Aide (1970-1972)

    Medtronic, Inc., Minneapolis, Minnesota

Teaching Assistant and Graduate Instructor (1973-1978)

    Economics, Mathematics & Electrical Engineering Departments

    University of Minnesota, Minneapolis, Minnesota

Vice President, Research & Development (1978-1985)

    Intercomp Company, Plymouth, Minnesota

Vice President, Research & Development (1985-1991)

    Cherne Medical, Inc., Edina, Minnesota

Vice President, Research (1991-1995)

    Angeion Corp., Plymouth, Minnesota

Vice President, Tachycardia Business Unit (1995-1997)

    St. Jude Medical, Inc., Los Angeles, California

Vice President, Research and Development for Daig subsidiary (1997-1999)
St. Jude Medical, Inc. Cardiac Rhythm Management Division

Senior Vice President, Technology and Design (1999-2000)
St. Jude Medical, Inc. Cardiac Rhythm Management Division

Senior Vice President, Chief Technology Officer (2001-August 2005) St. Jude Medical, Inc. Cardiac Rhythm Management Division

Principal, Mark Kroll & Associates, LLC (March 2006 to present)

## HONORS AND AWARDS:

| | |
|---|---|
| 1969 | National Science Foundation High School Honors Program |
| 1970 | Putnam Varsity Team (Intercollegiate Mathematics Competition) when Freshman |
| 1971 | Alfred P. Sloan Fellowship |
| 1971 | Ellerbe Scholastic Award for Institute of Technology |
| 1992 | Who's Who in Science and Engineering |
| 1993 | Who's Who in the Midwest |
| 1996 | Who's Who in the West |
| 1998 | Prolific Inventor, U.S. Patent and Trademark Office |
| 1997 | Who's Who in Medicine and Healthcare |
| 2010 | Career Achievement Award by Engineering in Medicine and Biology Society |
| 2012 | Outstanding Achievement Award: Distinguished Graduate, University of Minnesota. |
| 2016 | Mark Kroll Medical Innovation Day proclamation by Minnesota Governor. |

## FOR-PROFIT BOARDS:

Haemonetics (NYSE:HAE)

Axon Enterprises (NASD:AAXN)

Prostacare (private)

VivaQuant (private)

## NON-PROFIT BOARDS & MAJOR COMMITTEES:

IEC (International Electrotechnical Commission) TC64 MT4 committee (responsible for the basic international electrical safety standard 60479 series).

ANSI (American National Standards Institute) CPLSO committee for high-voltage security systems.

IEC TC85 committee (responsible for electrical measurement standards).

Lake Minnetonka Conservation District board

## EDITORIAL ROLES:

Europace: Regular Reviewer
EMBS Conference: Regular Reviewer
Heart Rhythm Journal: Ad Hoc Reviewer
J of Cardiovascular Electrophysiology: Ad Hoc Reviewer
IEEE Trans on Biomedical Engineering: Ad Hoc Reviewer
Journal American College of Cardiology: Ad Hoc Reviewer
Pacing and Clinical Electrophysiology: Regular Reviewer
J Occupational & Environmental Medicine: Ad Hoc Reviewer
Journal of Medical Science: Ad Hoc Reviewer
IEEE Trans Biomedical Circuits & Systems: Ad Hoc Reviewer
J of Interventional Cardiac Electrophysiology: Regular Reviewer
J of Forensic & Legal Medicine: "Outstanding" Reviewer
Nature Scientific Reports: Ad Hoc Reviewer
J American Medical Association: Ad Hoc Reviewer
British Medical J: Ad Hoc Reviewer
Science & Justice: Ad Hoc Reviewer

## ISSUED U.S. PATENTS:

| | |
|---|---|
| 4,672,976 | Heart Sound Sensor |
| 4,672,977 | Lung Sound Cancellation Method and Apparatus |
| 4,714,121 | Wheel Scale Assembly |
| 4,744,369 | Medical Current Limiting Circuit |
| 4,763,660 | Flexible and Disposable Electrode Belt Device |
| 4,769,760 | Terrain Biased Dynamic Multiple Threshold Synchronization Method and Apparatus |
| 4,775,018 | Load Cell Assembly |
| 4,811,156 | Medical Current Limiter |
| 4,832,608 | Electrode Belt Adapter |
| 4,879,760 | Optical Fiber Transmissive Signal Modulation System |
| 4,890,630 | Bio-Electric Noise Cancellation System |
| 4,947,859 | Bio-Acoustic Sound Sensor |
| 4,956,877 | Optical Fiber Reflective Signal Modulation System |
| 5,117,834 | Method and Apparatus for Non-invasively Determining a Patient's Susceptibility to Ventricular Arrhythmias |
| 5,188,116 | Electrocardiographic Method and Device |
| 5,199,429 | Implantable Defibrillator System with Switched Capacitors |
| 5,241,960 | Small Implantable Cardioverter Defibrillator System |
| 5,257,634 | Low Impedance Defibrillation Catheter |

| | |
|---|---|
| 5,258,906 | Medical Metering and Invoicing Method |
| 5,265,623 | Optimized Field Defibrillation Catheter |
| 5,300,110 | Dirk Based Defibrillation Electrode |
| 5,306,291 | Optimal Energy Steering |
| 5,312,443 | Arrhythmia Detection Criteria Process |
| 5,314,448 | Pulse Pre-Treatment Method of Defibrillation |
| 5,325,870 | Multiplexed Defibrillation Electrode Apparatus System |
| 5,330,509 | Far-Field Anti-Tachycardia Termination |
| 5,334,219 | Separated Capacitor Cardioversion |
| 5,336,245 | Electrogram Interrogation Apparatus Storage |
| 5,342,399 | Process for Defibrillation with Small Capacitor |
| 5,351,687 | Method and Apparatus for Non-invasively Determining a Patient's Susceptibility to Ventricular Arrhythmias |
| 5,366,484 | Narrow Pulse Cardioversion |
| 5,366,485 | Pulse Pretreatment Device |
| 5,366,487 | Pulse Correlation Detection Method |
| 5,376,103 | Improved Electrode System |
| 5,383,907 | System and Method for Delivering Multiple Closely Spaced Defibrillation Pulses |
| 5,391,185 | Atrial Cardioverter with Ventricular Protection |

| | |
|---|---|
| 5,391,186 | Method and Apparatus for Utilizing Short TAU Capacitors in an Implantable Cardioverter Defibrillator |
| 5,405,363 | Implantable Cardioverter Defibrillator Having a Smaller Displacement Volume |
| 5,407,444 | Cardioversion Method |
| 5,411,526 | True Voltage Pulse Defibrillation |
| 5,413,591 | Current Truncated Waveform Defibrillator |
| 5,431,686 | Optimal Pulse Duration |
| 5,431,687 | Impedance Timed Defibrillation System |
| 5,439,482 | Prophylactic Implantable Cardioverter Defibrillator |
| 5,441,518 | Implantable Cardioverter Defibrillator System Having Independently Controllable Electrode Discharge Pathway |
| 5,447,521 | Safety System for an Implantable Defibrillator |
| 5,449,377 | Overcharged Final Countershock for an Implantable Cardioverter Defibrillator and Method |
| 5,454,839 | Low Profile Defibrillation Catheter |
| 5,458,620 | Interdependent Detection Parameter Method of Diagnosing Fibrillation |
| 5,507,781 | Implantable Defibrillator System with Capacitor Switching Circuitry |
| 5,514,160 | Implantable Defibrillator for Producing a Rectangular-Shaped Defibrillation Waveform |
| 5,522,853 | Method and Apparatus for Progressive Recruitment of Cardiac Fibrillation |

| 5,527,346 | Implantable Cardioverter Defibrillator Employing Polymer Thin Film Capacitors |
| 5,531,764 | Implantable Defibrillator System and Method Having Successive Changeable Defibrillation Waveforms |
| 5,531,766 | Implantable Cardioverter Defibrillator Pulse Generator Kite-Tail Electrode System |
| 5,531,770 | Implantable Defibrillator for Producing a Rectangular – Shaped Defibrillation Waveform |
| 5,531,782 | Implantable Medical Electrode with Reduced Number of Conductors |
| 5,534,015 | Method and Apparatus for Generating Biphasic Waveforms in an Implantable Defibrillator |
| 5,540,721 | Process and Apparatus for Defibrillation with a Small Capacitor |
| 5,549,643 | Optimal Pulse Defibrillator |
| 5,549,933 | Process for Painting Snow; Powder; Nontoxic |
| 5,584,866 | Method and Apparatus for Temporarily Electrically Forcing Tachyarrhythmia Patient |
| 5,591,209 | Implantable Defibrillator System for Generating an Active Biphasic Waveform |
| 5,591,210 | Implantable Defibrillation System and Method for Producing Only Short Pulses |
| 5,607,460 | Physician Interface Export System for Programming Implantable Treatment Devices |
| 5,620,464 | System and Method for Delivering Multiple Closely Spaced Defibrillation Pulses |
| 5,620,469 | Stepped Cardioversion System for an Implantable Cardioverter Defibrillator |

| | |
|---|---|
| 5,643,323 | System and Method Inducing Fibrillation Using an Implantable Defibrillator |
| 5,645,572 | Implantable Cardioverter Defibrillator with Slew Rate Limiting |
| 5,645,573 | Optimal Pulse Defibrillator |
| 5,649,974 | Low Profile Defibrillation Catheter |
| 5,658,319 | Implantable Cardioverter Defibrillator Having a High Voltage Capacitor |
| 5,662,534 | Golf Ball Finding System |
| 5,662,696 | One Piece Disposable Threshold Test Can Electrode for Use with an Implantable Cardioverter Defibrillator System |
| 5,674,248 | Staged Energy Concentration for an Implantable Biomedical Device |
| 5,690,685 | Automatic Battery-Maintaining Implantable Cardioverter Defibrillator and Method for Use |
| 5,697,953 | Implantable Cardioverter Defibrillator Having a Smaller Displacement Volume |
| 5,709,709 | ICD with Rate-Responsive Pacing |
| 5,713,944 | Cardioversion-Defibrillation Catheter Lead Having Selectively Exposable Outer Conductors |
| 5,718,718 | Method and Apparatus for Polarity Reversal of Consecutive Defibrillation Countershocks Having Back Biasing Precharge Pulses |
| 5,733,309 | Method and Apparatus for Capacitive Switching Output for Implantable Cardioverter Defibrillator |

| | |
|---|---|
| 5,735,876 | Electrical Cardiac Output Forcing Method and Apparatus for an Atrial Defibrillator |
| 5,735,878 | Implantable Defibrillator Having Multiple Pathways |
| 5,738,105 | Method and Apparatus for Sensing R-Waves Using Both Near Field and Far Field Sensing Simultaneously |
| 5,741,303 | Electrode Back-Charging Pre-Treatment System for an Implantable Cardioverter Defibrillator |
| 5,741,307 | Method for Determining an ICD Replacement Time |
| 5,749,910 | Shield for Implantable Cardioverter Defibrillator |
| 5,761,019 | Medical Current Limiter |
| 5,772,689 | Implantable Cardioverter-Defibrillator with Apical Shock Delivery |
| 5,772,690 | System Having a Surrogate Defibrillation Electrode for Testing  Implantable Cardioverter-Defibrillators During Implant |
| 5,782,883 | Suboptimal Output Device to Manage Cardiac Tachyarrhythmias |
| 5,814,075 | Method and Apparatus for Optimizing Source Allocation Within an Implantable Cardioverter-Defibrillator |
| 5,827,326 | Implantable Cardioverter Defibrillator Having a Smaller Energy Storage Capacity |
| 5,830,236 | System for Delivering Low Pain Therapeutic Electrical Waveforms to the Heart |
| 5,833,712 | Implantable Defibrillator System for Generating a Biphasic Waveform |

| | |
|---|---|
| 5,836,973 | Staged Energy Concentration for an Implantable Bi-omedical Device |
| 5,861,006 | System for Selectively Reforming an ICD |
| 5,871,505 | Apparatus for Generating Biphasic Waveforms in an Implantable Defibrillator |
| 5,871,510 | Method and Apparatus for Temporarily Electrically Forcing Cardiac Output as a Backup for Tachycardia Patients |
| 5,899,923 | Automatic Capacitor Maintenance System for an Implantable Cardioverter Defibrillator |
| 5,904,705 | Automatic Battery-Maintaining Implantable Cardioverter Defibrillator and Method for Use |
| 5,906,633 | System for Delivering Low Pain Therapeutic Electrical Waveforms to the Heart |
| 5,913,877 | Implantable Defibrillator System for Generating a Biphasic Waveform with Enhanced Phase Transition |
| 5,925,068 | Method for Determining an ICD Replacement Time |
| 5,925,066 | Atrial Arrhythmia Sensor with Drug and Electrical Therapy Control Apparatus |
| 5,944,746 | ICD with Continuous Regular Testing of Defibrillation Lead Status |
| 5,957,956 | Implantable Cardioverter Defibrillator Having a Smaller Mass |
| 5,978,703 | Method and Apparatus for Temporarily Electrically Forcing Cardiac Output in a Tachyarrhythmia Patient |
| 5,988,161 | Altitude Adjustment Method and Apparatus |
| 6,007,395 | Sun Tanning Life Vest |

| | |
|---|---|
| 6,041,255 | Disposable External Defibrillator |
| 6,062,474 | ATM Signature Security System |
| 6,093,982 | High Voltage Output Array Switching System |
| 6,101,414 | Method and Apparatus for Antitachycardia Pacing with an Optimal Coupling Interval |
| 6,112,118 | Implantable Cardioverter Defibrillator with Slew Rate Limiting |
| 6,115,597 | Disposal Emergency Cellular Phone |
| 6,132,426 | Temperature and Current Limited Ablation Catheter |
| 6,167,306 | Method and Apparatus for Electrically Forcing Cardiac Output in an Arrhythmia Patient |
| 6,169,923 | Implantable Cardioverter-Defibrillator with Automatic Arrhythmia Detection Criteria Adjustment |
| 6,185,457 | Method and Apparatus for Electrically Forcing Cardiac Output in an Arrhythmia Patient |
| 6,198,249 | Thermal Booster Battery System |
| 6,208,899 | Implantable Cardioversion Device with Automatic Filter Control |
| 6,219,582 | Temporary Atrial Cardioversion Catheter |
| 6,233,483 | System and Method for Generating a High Efficiency Biphasic Defibrillation Waveform for Use in an Implantable Cardioverter/ Defibrillator (ICD). |
| 6,282,444 | Implantable Device with Electrical Infection Control |
| 6,287,306 | Even Temperature Linear Lesion Ablation Catheter |
| 6,292,694 | Implantable Medical Device Having Atrial Tachyarrhythmia Prevention Therapy |

| | |
|---|---|
| 6,314,319 | Method and Apparatus for Temporarily Electrically Forcing Cardiac Output in a Tachyarrhythmia Patient |
| 6,327,498 | Implantable Stimulation Lead for Use with an ICD Device Having Automatic Capture Pacing Features |
| 6,345,200 | Implant Guiding Programmer for Implantable Cardioverter Defibrillator |
| 6,350,168 | Light Selective Sport Garments |
| 6,366,808 | Implantable Device and Method for the Electrical Treatment of Cancer |
| 6,370,234 | Public Service Answering Point with Automatic Triage Capability |
| 6,405,922 | Keyboard Signature Security System |
| 6,408,206 | Disposable External Defibrillator |
| 6,411,844 | Fast Recovery Sensor Amplifier Circuit for Implantable Medical Device |
| 6,438,426 | Temporary Atrial Cardioversion Catheter |
| 6,442,426 | Implantable Ventricular Cardioverter-Defibrillator Employing Atrial Pacing for Preventing Atrial Fibrillation from Ventricular Cardioversion and Defibrillation Shocks |
| 6,445,949 | Implantable Cardioversion Device with a Self-Adjusting Threshold for Therapy Selection |
| 6,445,950 | Implantable Cardioverter/Defibrillator Employing Shock Delivery Timing for Preventing Induced Fibrillation |
| 6,456,876 | Dual-Chamber Implantable Cardiac Stimulation System and Device with Selectable Arrhythmia Termination Electrode Configurations and Method |

| 6,484,056 | System and Method of Generating a High Efficiency Biphasic Defibrillation Waveform for Use in an Implantable Cardioverter/ Defibrillator (ICD) |
|---|---|
| 6,539,254 | Implantable Ventricular Cardioverter-Defibrillator Employing Atrial Pacing for Preventing Atrial Fibrillation from Ventricular Cardioversion and Defibrillation Shocks |
| 6,549,806 | Implantable Dual Site Cardiac Stimulation Device Having Independent Automatic Capture Capability |
| 6,549,807 | Implantable Cardioverter Defibrillator Having a Rechargeable, Fast-Charging Battery and Method Thereof |
| 6,560,484 | Method and Apparatus for Electrically Forcing Cardiac Output in an Arrhythmia Patient |
| 6,560,974 | Nitrogen-Based Refrigerator Crisper |
| 6,561,185 | Altitude Adjustment Method and Apparatus |
| 6,567,697 | External Defibrillator with Electrical CPR Assist |
| 6,578,499 | Wind and Insect Resistant Picnic System |
| 6,580,908 | Generic Number Cellular Telephone |
| 6,580,915 | Aircraft Internal EMI Detection and Location |
| 6,590,534 | Electronic Car Locator |
| 6,609,027 | His Bundle Sensing Device and Associated Method |
| 6,625,493 | Orientation of Patient's Position Sensor Using External Field |
| 6,628,986 | System for Predicting Defibrillation Threshold Based on Patient Data |

| | |
|---|---|
| 6,645,153 | System and Method for Evaluating Risk of Mortality Due to Congestive Heart Failure Using Physiologic Sensors |
| 6,658,292 | Detection of Patient's Position and Activity Using 3D Accelerometer-Based Position Sensor |
| 6,662,047 | Pacing Mode to Reduce Effects of Orthostatic Hypotension and Syncope |
| 6,687,542 | XY Selectable Lead Assembly |
| 6,694,188 | Dynamic Control of Overdrive Pacing Based on Degree of Randomness Within Heart Rate |
| 6,714,818 | System and Method of Generating an Optimal Three-Step Defibrillation Waveform for Use in an Implantable Cardioverter/Defibrillator (ICD) |
| 6,731,982 | Anti-Tachycardia Pacing Methods and Devices |
| 6,738,663 | Implantable Device and Method for the Electrical Treatment of Cancer |
| 6,744,152 | Implantable Cardioverter Defibrillator with Switchable Power Source and Patient Warning System Cardiac Device |
| 6,745,073 | System and Method of Generating a Low-Pain Multi-Step Defibrillation Waveform for Use in an Implantable Cardioverter/Defibrillator (ICD) |
| 6,748,261 | Implantable Cardiac Stimulation Device for and Method of Monitoring Progression or Regression of Heart Disease by Monitoring Interchamber Conduction Delays |
| 6,751,503 | Methods and Systems for Treating Patients with Congestive Heart Failure (CHF) |
| 6,754,531 | Anti-Tachycardia Pacing Methods and Devices |

| | |
|---|---|
| 6,760,625 | Battery Monitoring System for an Implantable Medical Device |
| 6,763,266 | System and Method of Generating a Low-Pain Multi-Step Defibrillation Waveform for Use in an Implantable Cardioverter/Defibrillator (ICD) |
| 6,766,194 | Dynamic Control of Overdrive Pacing Based on Degree of Randomness Within Heart Rate |
| 6,766,196 | Anti-Tachycardia Pacing Methods and Devices |
| 6,772,007 | System and Method of Generating a Low-Pain Multi-Step Defibrillation Waveform for Use in an Implantable Cardioverter/Defibrillator (ICD) |
| 6,775,571 | Dynamic Control of Overdrive Pacing Based on Degree of Randomness Within Heart Rate |
| 6,780,181 | Even Temperature Linear Lesion Ablation Catheter |
| 6,795,731 | Anti-Tachycardia Pacing Methods and Devices |
| 6,804,577 | Battery Monitoring System for an Implantable Medical Device |
| 6,817,520 | Magnetic Card Swipe Signature Security System |
| 6,826,427 | Methods and Devices for Inhibiting Battery Voltage Delays in an Implantable Cardiac Device |
| 6,853,859 | Electrical Cardiac Output Forcer |
| 6,854,844 | Tan-Thru Sunglasses |
| 6,862,475 | Pediatric Rate Varying Implantable Cardiac Device |
| 6,865,420 | Cardiac Stimulation Device for Optimizing Cardiac output with Myocardial Ischemia Protection |
| 6,904,314 | Automatic defibrillation threshold tracking |

| 6,907,286 | Anti-tachycardia pacing methods and devices |
|---|---|
| 6,928,321 | Hypnosis augmented ICD |
| 6,931,278 | Implantable cardioverter defibrillator having fast action operation |
| 6,937,896 | Sympathetic nerve stimulator and/or pacemaker |
| 6,954,669 | System and method of generating an optimal three-step defibrillation waveform for use in an implantable cardioverter/defibrillator (ICD) |
| 6,961,615 | System and method for evaluating risk of mortality due to congestive heart failure using physiologic sensors |
| 6,964,116 | Ambulatory hairdryer |
| 6,968,574 | Light selective sports garments |
| 6,980,850 | System and method for emulating a surface EKG using an implantable cardiac stimulation device |
| 6,987,999 | Implantable defibrillator with alternating counter electrode |
| 6,993,379 | System and method for emulating a surface EKG using an implantable cardiac stimulation device |
| 6,997,180 | Breathing gas therapeutic method and apparatus |
| 7,003,348 | Monitoring cardiac geometry for diagnostics and therapy |
| 7,010,358 | Single lead system for high voltage CHF device |
| 7,010,346 | Implantable medical device having atrial tachyarrhythmia prevention therapy |

| | |
|---|---|
| 7,006,867 | Methods and apparatus for overdrive pacing multiple atrial sites using an implantable cardiac stimulation device |
| 7,006,347 | Low deformation electrolytic capacitor |
| 7,006,867 | Methods and apparatus for overdrive pacing multiple atrial sites using an implantable cardiac stimulation device |
| 7,010,346 | Implantable medical device having atrial tachyarrhythmia prevention therapy |
| 7,010,358 | Single lead system for high voltage CHF device |
| 7,016,720 | System and method for monitoring blood glucose levels using an implantable medical device |
| 7,020,521 | Methods and apparatus for detecting and/or monitoring heart failure |
| 7,024,243 | System and methods for preventing, detecting, and terminating pacemaker mediated tachycardia in biventricular implantable cardiac stimulation device |
| 7,029,443 | System and method for monitoring blood glucose levels using an implantable medical device |
| 7,043,301 | Implantable cardiac stimulation system providing high output far-field pacing and method |
| 7,062,328 | System and method for providing improved specificity for automatic mode switching within an implantable medical device |
| 7,072,712 | Disposable external defibrillator with hinged housing halves |
| 7,076,295 | Automatic defibrillation shock energy adjuster |

| 7,076,300 | Implantable cardiac stimulation device and method that discriminates between and treats atrial tachycardia and atrial fibrillation |
| --- | --- |
| 7,076,301 | Implantable cardiac stimulation device that minimizes parasitic muscle stimulation and method |
| 7,079,891 | System and method for providing cardioversion therapy and overdrive pacing using an implantable cardiac stimulation device |
| 7,103,412 | Implantable cardiac stimulation device and method for detecting asymptomatic diabetes |
| 7,113,822 | System and method for providing cardioversion therapy and overdrive pacing using an implantable cardiac stimulation device |
| 7,120,491 | Implantable cardioversion device with a self-adjusting threshold for therapy selection |
| 7,123,961 | Stimulation of autonomic nerves |
| 7,139,611 | System and method for rejecting far-field signals using an implantable cardiac stimulation device |
| 7,149,579 | System and method for determining patient posture based on 3-D trajectory using an implantable medical device |
| 7,149,584 | System and method for determining patient posture based on 3-D trajectory using an implantable medical device |
| 7,155,277 | Pathway management for CHF patients |
| 7,155,286 | System and method for reducing pain associated with cardioversion shocks generated by implantable cardiac stimulation devices |
| 7,158,825 | Implantable cardioverter defibrillator with leakage detection and prevention system |

| 7,158,826 | System and method for generating pain inhibition pulses using an implantable cardiac stimulation device |
| 7,162,299 | ICD with VF prevention |
| 7,164,944 | Analgesic therapy for ICD patients |
| 7,164,950 | Implantable stimulation device with isolating system for minimizing magnetic induction |
| 7,171,268 | Implantable cardiac stimulation device providing accelerated defibrillation delivery and method |
| 7,181,281 | ICD using MEMS for optimal therapy |
| 7,181,277 | Methods and systems for reducing the likelihood of arrhythmia onset |
| 7,181,269 | Implantable device that diagnoses ischemia and myocardial infarction and method |
| 7,177,684 | Activity monitor and six-minute walk test for depression and CHF patients |
| 7,175,271 | Tan-thru glasses |
| 7,177,684 | Activity monitor and six-minute walk test for depression and CHF patients |
| 7,181,269 | Implantable device that diagnoses ischemia and myocardial infarction and method |
| 7,181,277 | Methods and systems for reducing the likelihood of arrhythmia onset |
| 7,181,281 | ICD using MEMS for optimal therapy |
| 7,191,002 | Anti-tachycardia pacing methods and devices |

| | |
|---|---|
| 7,194,304 | Implantable cardiac defibrillation assembly including a self-evaluation system and method |
| 7,200,437 | Tissue contact for satellite cardiac pacemaker |
| 7,203,546 | System and method of implementing a prophylactic pacer/defibrillator |
| 7,203,547 | System and method of implementing a prophylactic pacer/defibrillator |
| 7,203,550 | Implantable medical device with a current generated for infection control |
| 7,212,855 | System and method for providing preventive overdrive pacing and antitachycardia pacing using an implantable cardiac stimulation device |
| 7,212,859 | Dual-chamber implantable cardiac stimulation system and device with selectable arrhythmia termination electrode configurations and method |
| 7,225,030 | Management of implantable devices |
| 7,225,029 | Implantable cardiac therapy device with dual chamber can to isolate high-frequency circuitry |
| 7,225,020 | System and method for providing preventive overdrive pacing and antitachycardia pacing using an implantable cardiac stimulation device |
| 7,225,029 | Implantable cardiac therapy device with dual chamber can to isolate high-frequency circuitry |
| 7,225,030 | Management of implantable devices |
| 7,231,255 | System and method for reducing pain associated with cardioversion shocks generated by implantable cardiac stimulation devices |

| | |
|---|---|
| 7,254,440 | Implantable ischemia and myocardial infarction monitor and method |
| 7,260,433 | Subcutaneous cardiac stimulation device providing anti-tachycardia pacing therapy and method |
| 7,270,411 | Light selective sports garments |
| 7,272,438 | Mode switching heart stimulation apparatus and method |
| 7,274,961 | Implantable cardiac stimulation device and method that discriminates between and treats ventricular tachycardia and ventricular fibrillation |
| 7,277,755 | Subcutaneous cardiac stimulation device providing anti-tachycardia pacing therapy and method |
| 7,283,871 | Self adjusting optimal waveforms |
| 7,292,886 | Bifocal cardiac stimulation device and methods |
| 7,295,873 | Anti-tachycardia pacing method and apparatus for multi-chamber pacing |
| 7,305,266 | Cardiac stimulation devices and methods for measuring impedances associated with the heart |
| 7,305,270 | Cardiac pacing/sensing lead providing far-field signal rejection |
| 7,308,305 | Optimally timed early shock defibrillation |
| 7,308,307 | Implantable single-chamber atrial pacing device providing active ventricular far field sensing and rate limit |
| 7,321,792 | Pacing therapy and acupuncture |
| 7,324,849 | Methods and devices for inhibiting battery voltage delays in an implantable cardiac device |

| | |
|---|---|
| 7,333,854 | Orthostatic cardiac output response pacer for heart failure patients and diabetic patients |
| 7,340,302 | Treating sleep apnea in patients using phrenic nerve stimulation |
| 7,359,752 | Configurable test load for an implantable medical device |
| 7,363,081 | System and method for providing preventive over-drive pacing and antitachycardia pacing using an implantable cardiac stimulation device |
| 7,363,086 | Capture verification in respiratory diaphragm stimulation |
| 7,369,898 | System and method for responding to pulsed gradient magnetic fields using an implantable medical device |
| 7,373,202 | Unipolar and bipolar lead cardiac pacemaker and method for inhibiting anode stimulation |
| 7,386,342 | Subcutaneous cardiac stimulation device providing anti-tachycardia pacing therapy and method |
| 7,386,343 | Spectrum-driven arrhythmia treatment method |
| 7,389,140 | Adjustment of stimulation current path |
| 7,398,122 | Self adjusting optimal waveforms |
| 7,403,823 | Super plastic design for CHF pacemaker lead |
| 7,412,285 | Method and device for treating cancer with electrical therapy in conjunction with chemotherapeutic agents and radiation therapy |
| 7,413,302 | Tan thru glasses |
| 7,414,534 | Method and apparatus for monitoring ingestion of medications using an implantable medical device |

| 7,421,292 | System and method for controlling the recording of diagnostic medical data in an implantable medical device |
|---|---|
| 7,438,283 | Toddler stair safety system |
| 7,444,154 | Nuisance cell phone locator |
| 7,447,544 | System and method for controlling the recording of diagnostic medical data in an implantable medical device |
| 7,450,995 | Implantable cardiac stimulation device including an output circuit that provides arbitrarily shaped defibrillation waveforms |
| 7,454,249 | Early warning for lead insulation failure |
| 7,457,636 | Self defense cellular telephone |
| 7,467,012 | Respiration parameters controlled by heart rate |
| 7,480,531 | System and method for reducing pain associated with cardioversion shocks generated by implantable cardiac stimulation devices |
| 7,483,715 | Self defense cell phone with projectiles |
| 7,520,081 | Electric immobilization weapon |
| 7,526,336 | Left heart implantable cardiac stimulation system with clot prevention and method |
| 7,540,605 | Tan-through sunglasses |
| 7,565,195 | Failsafe satellite pacemaker system |
| 7,570,995 | Method for reforming a capacitor in an implantable medical device |
| 7,577,478 | Ischemia detection for anti-arrhythmia therapy |

| 7,585,071 | Tan thru glasses |
| 7,587,239 | Cardiac pacemaker system, lead and method for rejecting far-field signals |
| 7,590,445 | Indirect mechanical medical therapy system |
| 7,596,410 | Tiered antitachycardia pacing and pre-pulsing therapy |
| 7,596,412 | Opto-electrical coherence detection of hemodynamically compromising arrhythmia |
| 7,610,090 | Implantable medical device with automatic sensing adjustment |
| 7,613,513 | System and method for determining cardiac geometry |
| 7,634,313 | Failsafe satellite pacemaker system |
| 7,640,065 | Cardiac constraint/therapeutic stimulation device |
| 7,653,440 | Stimulation lead and methods of stimulating |
| 7,654,230 | Domestic animal telephone |
| 7,654,964 | System and method for detecting arterial blood pressure based on aortic electrical resistance using an implantable medical device |
| 7,676,266 | Monitoring ventricular synchrony |
| 7,680,529 | System and method for monitoring blood glucose levels using an implantable medical device |
| 7,684,870 | Direct current fibrillator |
| 7,689,280 | Automatic system for determining bi-ventricular pacing responders |

| | |
|---|---|
| 7,706,864 | Method and apparatus for electrically forcing cardiac output in an arrhythmia patient |
| 7,711,415 | Implantable devices, and methods for use therewith, for monitoring sympathetic and parasympathetic influences on the heart |
| 7,720,549 | Partially implantable system for the electrical treatment of abnormal tissue growth |
| 7,756,577 | Multi-modal medical therapy system |
| 7,751,887 | Tiered antitachycardia pacing and pre-pulsing therapy |
| 7,747,320 | Responding a partial lead failure in an implantable cardioverter defibrillator |
| 7,742,811 | Implantable device and method for the electrical treatment of cancer |
| 7,738,954 | His bundle control |
| 7,747,320 | Responding a partial lead failure in an implantable cardioverter defibrillator |
| 7,751,887 | Tiered antitachycardia pacing and pre-pulsing therapy |
| 7,756,577 | Multi-modal medical therapy system |
| 7,787,961 | Reduced-diameter body-implantable leads and methods of assembly |
| 7,805,158 | Self defense cell phone with acceleration sensor and emergency call button |
| 7,809,439 | Spectrum-driven arrhythmia treatment method |
| 7,813,798 | Systems and methods for preventing, detecting, and terminating pacemaker mediated tachycardia in |

|  | biventricular implantable cardiac stimulation systems |
|---|---|
| 7,848,804 | Apparatus and related methods for capacitor reforming |
| 7,848,806 | Virtual electrode polarization for shock therapy |
| 7,856,268 | Ischemia detection for anti-arrhythmia therapy |
| 7,859,818 | Electronic control device with wireless projectiles |
| 7,876,228 | Method and apparatus for monitoring ingestion of medications using an implantable medical device |
| 7,878,152 | Domestic animal telephone |
| 7,894,915 | Implantable medical device |
| 7,899,537 | Pericardial cardioverter defibrillator |
| 7,946,056 | Ambulatory hairdryer |
| 7,970,465 | Decision paradigms for implantable cardioverter-defibrillators |
| 7,986,965 | Self defense cell phone with shocking circuitry |
| 8,005,474 | Cell phone locator method |
| 8,014,854 | Method and device for treating abnormal tissue growth with electrical therapy |
| 8,060,200 | Self-adjusting optimal waveforms |
| 8,121,680 | Subcutaneous cardiac stimulation device providing anti-tachycardia pacing therapy and method |
| 8,099,174 | Left heart implantable cardiac stimulation system with clot prevention electrode body coating and method |
| 8,123,716 | Pericardial delivery of treatment |

| 8,160,655 | Automatic recharging wireless headset |
| 8,170,689 | Implantable cardiac defibrillation system with defibrillation electrode entrapment prevention and method |
| 8,200,330 | Responding to partial lead failure in an implantable cardioverter defibrillator |
| 8,201,522 | Domestic animal telephone |
| 8,269,635 | Method and apparatus for monitoring ingestion of medications using an implantable medical device |
| 8,269,636 | Method and apparatus for monitoring ingestion of medications using an implantable medical device |
| 8,340,731 | Automatic recharging wireless headset |
| 8,352,033 | Apparatus and methods for measuring defibrillation lead impedance via a high magnitude, short duration current pulse |
| 8,401,637 | Medium voltage therapy applications in treating cardiac arrest |
| 8,483,822 | Adaptive medium voltage therapy for cardiac arrhythmias |
| 8,551,019 | Variable stiffness guide wire |
| 8,577,425 | Automatic recharging wireless headset |
| 8,600,494 | Method and device for treating abnormal tissue growth with electrical therapy |
| 8,676,317 | System and method for estimating defibrillation impedance based on low-voltage resistance measurements using an implantable medical device |

| 8,700,156 | High accuracy painless method for measuring defibrillation lead impedance |
| 8,718,759 | Multi-modal electrotherapy method and apparatus |
| 8,750,990 | Coordinated medium voltage therapy for improving effectiveness of defibrillation therapy |
| 8,750,972 | Implantable medical device with automatic sensing adjustment |
| 8,805,495 | Adaptive medium voltage therapy for cardiac arrhythmias |
| 8,812,103 | Method for detecting and treating insulation lead-to-housing failures |
| 8,868,178 | Arrhythmia electrotherapy device and method with provisions for mitigating patient discomfort |
| 8,868,186 | Methods for measuring impedances associated with the heart |
| 9,061,164 | Method for coordinating medium voltage therapy for improving effectiveness of defibrillation therapy |
| 9,144,684 | Medium voltage therapy applied as a test of a physiologic state |
| 9,168,381 | Arrhythmia electrotherapy device and method with provisions for inferring patient discomfort from evoked response |
| 9,272,150 | Method for detecting and localizing insulation failures of implantable device leads |
| 9,333,009 | Spinal correction system actuators |
| 9,408,638 | Spinal correction system actuators |
| 9,421,391 | Coordinated medium voltage therapy for improving effectiveness of defibrillation therapy |

| | |
|---|---|
| 9,427,577 | Method for detecting and treating insulation lead-to-housing failures |
| 9,480,851 | Multi-modal electrotherapy method and apparatus |
| 9,636,500 | Active surveillance of implanted medical leads for lead integrity |
| 9,636,504 | Arrhythmia electrotheraphy device and method with provisions for mitigating patient discomfort |
| 9,675,799 | Method and apparatus for implantable cardiac lead integrity analysis |
| 9,713,727 | Cardiac-safe electrotherapy method and apparatus |
| 9,821,156 | Apparatus for detecting and localizing insulation failures of implantable device leads |
| 9,895,168 | Spinal correction system actuators |
| 9,987,485 | Method and apparatus for implantable cardiac lead integrity analysis |
| 10,039,919 | Methods and apparatus for detecting and localizing partial conductor failures of implantable device leads |
| 10,118,031 | Method and apparatus for implantable cardiac lead integrity analysis |
| 10,143,851 | Arrhythmia electrotherapy device and method with provisions for mitigating patient discomfort |
| 10,238,884 | Cardiac-safe electrotherapy method and apparatus |
| 10,252,069 | Micro-charge ICD lead testing method and apparatus |
| 10,675,062 | Spinal correction system actuators |

| | |
|---|---|
| 10,792,493 | Method and apparatus for implantable cardiac lead integrity analysis |
| 11,224,474 | System for managing high impedance changes in a non-thermal ablation system for BPH |

## INTERNATIONAL PATENTS: (APPLICATIONS & GRANTS)

| | |
|---|---|
| AU1305595A1 | Method and Apparatus Utilizing Short Tau Capacitors |
| AU1305795A1 | Implantable defibrillator employing polymer thin film capacitors |
| AU1696897A1 | Medical current limiter |
| AU2003299471 | Method and Device for Treating Cancer with Electrical Therapy in Conjunction with Chemotherapeutic Agents and Radiation Therapy |
| AU2012261983B2 | Spinal correction system actuators |
| AU3625295A1 | Low profile defibrillation catheter |
| AU697971B2 | Medical current limiter |
| AU9048267 | Bio-acoustic signal sensor |
| AU921460392A1 | Electrocardiographic signal processing device |
| AU9513055 | Implantable cardioverter defibrillator (extended shock duration) |
| AU9513057 | Implantable cardioverter defibrillator (polymer thin film capacitors) |
| AU952637295 | Implantable Defibrillator System for Generating Biphasic Waveforms |
| AU9539631 | Implantable cardioverter defibrillator (stepped cardioversion) |
| AU9716968 | Two terminal bi-directional medical current limiter |
| CA1291792 | Flexible and Disposable Electrode Belt Device |
| CA2838047A1 | Spinal correction system actuators |
| CN103781429B | Spinal correction system actuators |
| DE3637956 | Flexible egwerfbare elektrodenbandvorrichtung (electrode belt) |

| | |
|---|---|
| DE60016125T | Implantable Cardioversion Device with Automatic Filter Control |
| DE60026121T | Implantable ventricular cardioverter/defibrillator employing atrial pacing for preventing atrial fibrillation from ventricular cardioversion and defibrillation shocks |
| DE60114507T | Method and apparatus for biventricular stimulation and capture monitoring |
| DE60203863T | XY Selectable lead assembly |
| DE60212280T | Pacing mode to reduce effects of orthostatic hypotension and syncope |
| DE60303758T | System for monitoring blood glucose levels using an implantable medical device |
| DE69218658 | Implantable defibrillator system providing waveform optimization |
| DE69228735T2 | Defibrillationssystem mit einem kleinen kondensator |
| DE69230430C0 | Vorrichtung zur behandlung von herz vor einer defibrillation |
| DE69319641T2 | Detektion von tachykardie und herzflimmern |
| DE69320474T2 | Implantierbarer kardiovertierer/defibrillator mit einem kleineren verdraengungsvolumen |
| DE69321629T2 | Optimale energiesteuerung fuer einen implantierbaren defibrillator |
| DE69323868C0 | Herzrhythmuskorrektur mittels kurzer impulse |
| DE69936786T | Temporary atrial cardioversion electrode catheter |
| EP0406381 | Bio-acoustic signal sensor |
| EP0515059 | Implantable defibrillator system providing waveform optimization |
| EP0540266 | Cardiac Pacemaker with Pretreatment Circuit |

| EP0558353 | Implantable Defibrillation System with Optimum Energy Steering |
| EP0560569 | Defibrillation and Tachycardia Detection System |
| EP0578700 | Electrocardiographic signal processing device |
| EP0636041 | Cardioversion Waveform Production Circuit for Tachycardia Termination |
| EP0642368 | Treatment of Ventricular Tachycardia Using Far-Field Pulse Series |
| EP0642369B1 | Implantable Cardioverter Defibrillator for Subcutaneous Location |
| EP0720496A4 | Prophylactic implantable cardioverter defibrillator |
| EP0738171 | Implantable cardioverter defibrillator (stepped cardioversion) |
| EP0739223 | Implantable cardioverter defibrillator (extended shock duration) |
| EP0739224 | Implantable cardioverter defibrillator (polymer thin film capacitors) |
| EP0751805A4 | Staged Energy Storage System for Implantable Defibrillator |
| EP0820652 | Two terminal bi-directional medical current limiter |
| EP-0868206-A1 | Method and apparatus for temporarily electrically forcing cardiac output as a backup for tachycardia patients |
| EP-1035890-A1 | Implantable stimulation lead for use with an ICD device having autocapture pacing features |
| EP1046409 | An implantable cardioverter-defibrillator with automatic arrhythmia detection criteria adjustment |
| EP-1062987-A2 | Implantable medical device |
| EP1084730 | Implantable cardioversion device with automatic filter control |

| | |
|---|---|
| EP-1110581-A2 | Implantable ventricular cardioverter/ defibrillator employing atrial pacing for preventing atrial fibrillation from ventricular cardioversion and defibrillation shocks |
| EP1114653 | An Implantable Cardioversion Device with a Self-Adjusting Threshold for Therapy Selection |
| EP1127587 | Dual-Chamber Implantable Cardiac Stimulation System and Device with Selectable Arrhythmia Termination Electrode Configurations and Method |
| EP1140279 | Temporary atrial cardioversion electrode catheter |
| EP1155711 | Method and Apparatus for Biventricular Stimulation and Capture Monitoring |
| EP1155712 | Implantable dual site cardiac stimulation device having independent automatic capture capability |
| EP1205215 | Implantable Cardioverter Defibrillator Having a Rechargeable, Fast-Charging Battery and Method Thereof |
| EP1234597 | His Bundle Sensing Device and Associated Method |
| EP1291036 | Pacing Mode to Reduce Effects of Orthostatic Hypotension and Syncope |
| EP1300175 | XY selectable lead assembly |
| EP1304137 | Anti-tachycardia pacing devices |
| EP1304138 | Automatic defibrillation shock energy adjuster |
| EP1306105 | Implantable Cardiac Therapy Device with Dual Chamber Can |
| EP1308182 | Implantable cardiac stimulation device |
| EP1419731 | System and Method For Monitoring Blood Glucose Levels Using an Implantable Medical Device |
| EP1515775 (A2) | Method and device for treating cancer with electrical therapy in conjunction with chemotherapeutic agents and radiation therapy |

| | |
|---|---|
| EP1524008 (A1) | Implantable cardiac stimulation device providing arbitrarily shaped defibrillation waveforms |
| EP1570880 (A1) | Left heart implantable cardiac stimulation system with clot prevention |
| EP1598093 (A2) | System for automated fluid monitoring |
| EP1614446 (A2) | Electrically forcing cardiac output temporarily in tachycardia patients |
| EP1647301 (A1) | Mode switching heart stimulation apparatus and method |
| EP1666086 (A1) | Automatic capture pacing lead |
| EP1747039 | Partially implantable system for the electrical treatment of cancer |
| EP2092953 (A3) | Implantable stimulation lead for use with an ICD device having autocapture pacing features |
| EP2713916B1 | Spinal correction system actuators |
| EP2854702 (A1) | Method For Detecting And Localizing Insulation Failures Of Implantable Device Leads |
| EP2931362A1 | Arrhythmia electrotherapy device and method with provisions for mitigating patient discomfort |
| EP2931364A1 | Coordinated medium voltage therapy for improving effectiveness of defibrillation therapy |
| EP547878A3 | Defibrillation Pulse Generator with Small Value Capacitor |
| FR642369R4 | Implantable Cardioverter Defibrillator Having a Smaller Displacement Volume |
| FR720496R1 | Prophylactic implantable cardioverter defibrillator |
| FR751805R1 | Staged Energy Storage System for Implantable Defibrillator |
| GB2185403B | Flexible and Disposable Electrode Belt Device |

| | |
|---|---|
| GB642369R4 | Implantable Cardioverter Defibrillator Having a Smaller Displacement Volume |
| GB720496R1 | Prophylactic implantable cardioverter defibrillator |
| GB751805R1 | Staged Energy Storage System for Implantable Defibrillator |
| IT642369R4 | Implantable Cardioverter Defibrillator Having a Smaller Displacement Volume |
| JP6158176B2 | Spinal correction system actuators |
| JP8509385 T2 | Implantable Cardioverter Defibrillator for Subcutaneous Location |
| JP9622811W1 | Staged Energy Storage System for Implantable Defibrillator |
| NL642369R4 | Implantable Cardioverter Defibrillator for Subcutaneous Location |
| NL650383R4 | Implantable Cardioverter Defibrillator Having a Smaller Displacement Volume |
| NL720496R1 | Prophylactic implantable cardioverter defibrillator |
| NL751805R1 | Staged Energy Storage System for Implantable Defibrillator |
| SE0200626-0 | Management of implantable devices |
| WO199008506 | Bio-acoustic signal sensor |
| WO199215245 | Electrocardiographic signal processing device |
| WO199319809 | Treatment of Ventricular Tachycardia Using Far-Field Pulse Series |
| WO199320892 | Cardioversion Waveform Production Circuit for Tachycardia Termination |
| WO199400193A1 | Implantable Cardioverter Defibrillator for Subcutaneous Location |
| WO199509030A3 | Prophylactic ICD |

| | |
|---|---|
| WO199516492 | Implantable cardioverter defibrillator (extended shock duration) |
| WO1995016492A1 | Method and apparatus utilizing short tau capacitors |
| WO199516495 | Implantable cardioverter defibrillator (polymer thin film capacitors) |
| WO199532020 | Biphasic defibrillation waveform production method and apparatus |
| WO199606655 | Low profile defibrillation catheter |
| WO199611035 | Implantable cardioverter defibrillator (stepped cardioversion) |
| WO199622811A1 | Staged Energy Storage System for Implantable Defibrillator |
| WO199622812 | Implantable Cardioverter Defibrillator Pulse Generator Kite-Staged Energy Storage System for Implantable Cardioverter-Defibrillator |
| WO199715351 | Method and Apparatus for Temporarily Electrically Forcing Cardiac Output as a Backup for Tachycardia Patients |
| WO199725761 | Two terminal bi-directional medical current limiter |
| WO1992015245A1 | Electrocardiographic signal processing method and device |
| WO2000036987A1 | Dual sensor ablation catheter |
| WO2000038780A1 | Temporary atrial cardioversion electrode catheter |
| WO200187410 | Cardiac Stimulation Devices and Methods for Measuring Impedances Associated with the Left Side of the Heart |
| WO20020071 | Implantable Stimulation Lead for Use with an ICD Device Having Autocapture Pacing Features |
| WO20020071A1 | Implantable Stimulation Lead for Use with an ICD Device Having Autocapture Pacing Features |

| | |
|---|---|
| WO2002068049 | Implantable Medical Device with a Current Generated for Infection Control |
| WO2003072192 | Management of Implantable Devices |
| WO2003072192A1 | Management of implantable devices |
| WO2003073192 | Management of Not Yet Implanted IMD by Use of Telemetry Means |
| WO20036987 | Dual sensor ablation catheter |
| WO20036987A1 | Dual sensor ablation catheter |
| WO20038780 | Temporary atrial cardioversion electrode catheter |
| WO20038780A1 | Temporary atrial cardioversion electrode catheter |
| WO2004037341 | Method and Device for Treating Cancer with Electrical Therapy in Conjunction with Chemotherapeutic Agents and Radiation Therapy |
| WO2005099812 (A2) | Partially Implantable System For The Electrical Treatment Of Cancer |
| WO20057955 | Method and Apparatus for Electrically Forcing Cardiac Output in an Arrhythmia Patient |
| WO2006058133 (A3) | Medium Voltage Therapy Applications In Treating Cardiac Arrest |
| WO2006085990 (A2) | Immobilization weapon |
| WO2006085990 (A9) | Immobilization Weapon |
| WO2012167105A1 | Spinal correction system actuators |
| WO2014091301A1 | Arrhythmia electrotherapy device and method with provisions for mitigating patient discomfort |
| WO2014093674A1 | Coordinated medium voltage therapy for improving effectiveness of defibrillation therapy |
| WO2014US32163 | Cardiac-Safe Electrotherapy Method And Apparatus |
| WO2015148632 (A1) | Active Surveillance Of Implanted Medical Leads For Lead Integrity |

WO2019168949 (A1) System for managing high impedance changes in a non-thermal ablation system for BPH

WO532020A1 Implantable Defibrillator System for Generating Bi-phasic Waveforms

## BOOKS:

Kroll M W and M. H. Lehmann

Implantable Cardioverter Defibrillator Therapy: The Engineer-ing-Clinical Interface. xxii+585p. Kluwer Academic Publishers: Dordrecht, Netherlands; Norwell, Massachusetts, USA. 1996 ISBN: 0-7923-4300-X.

Efimov I, Kroll MW, Tchou PJ

Cardiac Bioelectric Therapy: Mechanisms and Practical Implica-tions. xxiii+634 pp. Springer Kluwer. New York, New York. 2008. ISBN: 978-0-387-79402-0

Kroll MW, Ho, JD

TASER Conducted Electrical Weapons: Physiology, Pathology, and Law. 460 pp. Springer Kluwer. New York, New York. 2009.

Fish RM, Geddes, LA: Andrews, Blumenthal, Cooper, Holle, Kroll, Shafer

Electrical Injuries: Medical and Bioengineering Aspects. 2nd Ed. xx+ 6—pp. Lawyers and Judges Publishing Co. Inc. Tucson, AZ. 2009

Ho JD, Dawes DM, Kroll MW

Forensic Atlas of Conducted Electrical Weapon Wounds and Fo-rensic Analysis. Ho, Dawes, and Kroll. Springer. *2012.*

## BOOK CHAPTERS:

Tchou P, Kroll MW

> "The Sentinel 2000" in Wang, Estes, and Manolis (Ed.). Automatic Cardioverter Defibrillators: A Comprehensive Text, Marcel Dekker, New York. 1993.

Bach S M; Lehmann M H; Kroll M W

> "Tachyarrhythmia Detection" in Kroll, M. W. and M. H. Lehmann (Ed.). Implantable cardioverter defibrillator therapy: The engineering-clinical interface. xxii+585p. Kluwer Academic Publishers: Dordrecht, Netherlands; Norwell, Massachusetts, USA.

Lehmann M H; Kroll M W

> "Future Clinical Challenges" in Kroll, M. W. and M. H. Lehmann (Ed.). Implantable cardioverter defibrillator therapy: The engineering-clinical interface. xxii+585p. Kluwer Academic Publishers: Dordrecht, Netherlands; Norwell, Massachusetts, USA.

Ennis J B; Kroll M W

> "The High Voltage Capacitor" in Kroll, M. W. and M. H. Lehmann (Ed.). Implantable cardioverter defibrillator therapy: The engineering-clinical interface. xxii+585p. Kluwer Academic Publishers: Dordrecht, Netherlands; Norwell, Massachusetts, USA.

Kroll M W; Lehmann M H; Tchou P J

> "Defining the Defibrillation Dosage" in Kroll, M. W. and M. H. Lehmann (Ed.). Implantable cardioverter defibrillator therapy: The engineering-clinical interface. xxii+585p. Kluwer Academic Publishers: Dordrecht, Netherlands; Norwell, Massachusetts, USA.

Kroll MW; Tchou PJ

> "Testing of Implantable Defibrillator Functions at Implantation" in Clinical Cardiac Pacing and Defibrillation 2nd Ed.  Ed. By Ellenbogen, Kay, and Wilkoff. W.B. Saunders Company, Philadelphia, USA 1999.

Paul A. Levine, Robert E. Smith Jr., Balakrishnan Shankar, Greg Hauck, Jeffrey Snell, Andre Walker and Mark Kroll

Pacemaker Memory: Basic Concepts and New Technology. In "The Fifth Decade of Cardiac Pacing" Edited by: Serge Barold and Jacques Mugica. Blackwell Publishing 2003.

Kroll MW; Tchou PJ

"Testing of Implantable Defibrillator Functions at Implantation" in Clinical Cardiac Pacing, Defibrillation, and Resynchonization Therapy, 3rd Ed.  Ed. By Ellenbogen, Kay, Lau, and Wilkoff. W.B. Saunders Company, Philadelphia, USA 2006.

Kroll MW; Levine PA

"Pacemaker and Implantable Cardioverter-Defibrillator Circuitry" in Clinical Cardiac Pacing, Defibrillation and Resynchonization Therapy. 3rd Ed.  Ed. By Ellenbogen, Kay, Lau, and Wilkoff. W.B. Saunders Company, Philadelphia, USA 2006.

Kroll MW.

"Industry Research and Management" in Career Development in Bioengineering and Biotechnology. Ed. By Guruprasad Madhavan, Barbara Oakley, Luis Kun. Springer 2007

Akselrod H, Kroll MW, Orlov MV.

"History of Defibrillation." In Cardiac Bioelectric Therapy: Mechanisms and Practical Implications. Eds. Efimov, Kroll, and Tchou. Springer Kluwer 2008.

Kroll MW, Swerdlow CD.

"Lessons for the clinical implant." In Cardiac Bioelectric Therapy: Mechanisms and Practical Implications. Eds. Efimov, Kroll, and Tchou. Springer Kluwer 2008.

Kroll MW, Efimov I, Swerdlow CD.

> "Future implantable devices." In Cardiac Bioelectric Therapy: Mechanisms and Practical Implications. Eds. Efimov, Kroll, and Tchou. Springer Kluwer 2008.

Dawes D and Kroll MW.

> "Neuroendocrine Effects of CEWs." In TASER Conducted Electrical Weapons. Eds. Kroll and Ho. Springer Kluwer 2009

Brewer JE and Kroll MW.

> "Field Statistics Overview" In TASER Conducted Electrical Weapons. Eds. Kroll and Ho. Springer Kluwer 2009

Kroll MW,  Wetli C, Mash D, Karch S, Graham M, Ho J.

> Excited Delirium Checklist. In TASER Conducted Electrical Weapons. Eds. Kroll and Ho. Springer Kluwer 2009

Kroll M, Luceri R, Calkins H, Lakkireddy DJ, Ho J.

> Electrocution Diagnosis Checklist. In TASER Conducted Electrical Weapons. Eds. Kroll and Ho. Springer Kluwer 2009

Kroll MW.

> "TASER Electronic Control Devices." In Electrical Injuries: Medical and Bioengineering Aspects. Fish RM, Geddes LA, Andrews C, Blumenthal R, Cooper MA, Holle R, Kroll MW, Shafer JD. Lawyers and Judges Publishing 2009.

Kroll MW.

> "TASER Electronic Control Devices." Clinical and Forensic Medicine. 3rd Ed. Margaret Stark. Springer 2011.

Kroll MW, Panescu D.

   Physics of Electrical Injuries: Forensic Atlas of Conducted Electrical Weapon Wounds and Forensic Analysis. Eds: Ho, Dawes, and Kroll. Springer. 2012


Ross DL, Brave MA, Kroll MW

   Arrest-related deaths, Emerging Questions, and Competing Expectations in Investigations. *Guidelines for Investigating Officer-Involved Shootings, Arrest-Related Deaths, and Deaths in Custody. Eds:* Ross and Vilke.  Routledge 2017


Kroll MW, Brave MA

   Conducted Electrical Weapons, CEW Temporal Deaths: In-Custody Deaths. Chapter 13.  *Guidelines for Investigating Officer-Involved Shootings, Arrest-   Related Deaths, and Deaths in Custody. Eds:* Ross and Vilke.  Routledge 2017


Kroll MW

   Arrest-Related Death Evidence Checklist: In-Custody Deaths. *Guidelines for Investigating Officer-Involved Shootings, Arrest-Related Deaths, and Deaths in Custody. Eds:* Ross and Vilke. Routledge 2017


Akselrod H, Kroll MW, Orlov MV.

   "History of Defibrillation." In Cardiac Bioelectric Therapy: Mechanisms and Practical Implications. 2nd Ed. Eds. Efimov, Ng, and Laughner. Springer Kluwer 2021.


Vilke GM, Kroll MW

   "Conducted Electrical Weapons." In Forensic & Legal Medicine: Clinical & Pathological Aspects. Eds. Jason Payne-James and Roger Byard. Taylor & Francis 2021

## ABSTRACTS, PRESENTATIONS, AND NONINDEXED LETTERS:

*Note: Lectures to an organization do not always occur on their physical premises but rather at an associated teaching hospital or nearby meeting venue.*

Kroll MW

"Electromagnetic Interference (in High Resolution Instrumentation)," *International Conference on Weights and Measurement,* June 1980, San Francisco, CA.

Kroll MW, Kroll WH

"Vibration Isolation Efficiency Limitations in Practice Due to Air Effects," *10th International Congress on Acoustics,* July 1980, Sydney, Australia.

Kroll MW

"Diagnosis and Management of Electromagnetic Interference," *ICWM,* May 1981, Dallas, TX.

Kroll MW

"Hardware Modification Boosts Z-80 Counting Rate to 2 MHz," *Electronic Design,* May 1982 V30, N11.

Kroll MW

"'Trap Door' Approach to Record Level Lockouts in OS-9," *68XX Journal*, April 1983.

Kroll MW

"Topological Methods in Circuit Layout," *MEIS Conference,* University of Minnesota, May 1983, Minneapolis, MN.

Kroll MW

"Macro Modeling of Time-Dependent Logic Equations," *IEEE Circuit Theory Conference,* July 1985, Norfolk, VA.

Kroll MW

"Chronic Ischemia and the Screening for Coronary Artery Disease," *Invited Presentation to in-Patient Cardiology Department of Cedars Sinai Hospital,* November 1987, Los Angeles, CA.

Kroll MW

"The Electrical Detection of Chronic and Acute Myocardial Ischemia," *IEEE Engineering in Medicine and Biology Society,* May 1988, St. Paul, MN.

Kroll MW

"Protection of Software in a Medical Product," *1988 WorldMed Conference*, Minneapolis, MN.

Kroll MW; Cook T; Brewer JE

"An Accurate Noninvasive ECG Procedure to Identify Clinically Important Coronary Disease," *2nd International Conference on Preventive Cardiology, 29th Annual Meeting of the American Heart Association Council on Epidemiology,* June 1989, Washington, DC.

Kroll MW; Cook T; Brewer J

"Stress EKG vs. A Resting Test for the Detection of Coronary Disease in 402 Police Officers," *2nd International Conference on Preventive Cardiology, 29th Annual Meeting of the American Heart Association Council on Epidemiology,* June 1989, Washington, DC.

Kroll MW

"Electrocardiographic Diagnosis of the Acute Infarction: Standard vs. Chaos Analysis," *Emergency Forum*,  May 1990, Minneapolis, MN.

Kroll MW; Anderson LM; Cook TC; Lund RS

> "Detection of Asymptomatic Coronary Artery Disease: Comparing the Exercise EKG and a New Computer Based Resting Electrocardiographic Procedure," *May 1990 Presentation at the American College of Sports Medicine Annual Meeting*, *Medicine and Science in Sports and Exercise* Vol. 22 #2, May 1990.

Gobel F; Tschida V; Anderson L; Kroll MW

> "Computer-Based Electrocardiographic Procedure to Detect Clinically Significant Coronary Artery Disease in Patients with Normal Electrocardiograms," *European Heart Journal*, August 1990, Vol 11A.

Gobel F; Tschida V; Kroll M; Anderson L

> "Detection of Single and Multiple Vessel Coronary Artery Disease Using Electrocardiogram Chaos Analysis," *European Heart Journal*, August 1990, Vol 11A.

Kroll MW; Anderson L

> "Screening for Coronary Artery Disease: Treadmill vs. Resting Electrocardiographic Chaos Test," *Chest*, August 1990 Vol 98 Supp. 2.

Tschida V; Gobel F; Kroll, MW; Anderson L

> "Screening Yield of Electrocardiogram Chaos Analysis in Asymptomatic Individuals," *European Heart Journal*, August 1990, Vol 11A.

Anderson L; Kroll M; Brewer J

> "Screening of Asymptomatic Individuals for Coronary Artery Disease: Treadmill Testing vs. Resting Electrocardiogram Chaos Analysis," *European Heart Journal*, August 1990, Vol 11A.

Kammerling J; Kroll MW

"Is Electrocardiogram Chaos an Independent Predictor of Electrophysiologic Inducibility?", *Journal of the American College of Cardiology*, February 1991, Vol 17 No. 2A.

Kroll MW

"Electrocardiographic Chaos Analysis", Invited Address, *16th Conference on Research and Applications in Computerized Electrocardiology*, Santa Barbara, CA, April 1991.

Kroll MW

"Precision Weighing in Congestive Heart Failure," Invited Address, *1991 International Conference on Weights and Measurement*, San Antonio, TX June 1991.

Kroll MW; Adams TP

"The Optimum Pulse Truncation Point for Internal Defibrillation," *European Journal of Cardiac Pacing and Electrophysiology*, June 1992, Vol 2 # 2.

Kroll MW; Adams TP

"Current or Energy for Defibrillation," *European Journal of Cardiac Pacing and Electrophysiology*, June 1992, Vol 2 # 2.

Kroll MW; Fulton KW

"Slope Filtered Correlation Dimension Calculation of Pre-Fibrillation RR Intervals," *European Journal of Cardiac Pacing and Electrophysiology*, June 1992, Vol 2 # 2.

Kroll MW; Adams TP

"Pulse Correlation for Arrhythmia Discrimination in the Implantable Defibrillator," *European Journal of Cardiac Pacing and Electrophysiology*, June 1992, Vol 2 # 2.

Adams TP; Kroll MW

"Progress in External Pacemakers," *European Journal of Cardiac Pacing and Electrophysiology*, June 1992, Vol 2 # 2.


Kroll MW

"Use of Pulse Correlation for Arrhythmia Discrimination in Implantable Devices," *17th Conference on Research and Applications in Computerized Electrocardiology*, Keystone, CO, April 1992.


Kroll MW

"The Optimum Pulse Width for the Implantable Defibrillator," Seventh Purdue Conference on Defibrillation, *American Heart Journal*, Sept. 1992, Vol. 124 # 3.


Leonelli FM; Kuo CS; Fujimura O; Kroll MW; Koch C

"Defibrillation Thresholds are Lower with Small Output Capacitor Values," *Pacing and Cardiovascular Electrophysiology*, April 1993, Vol 16 #4 Pt.II.


Leonelli FM;  Kuo CS; Kroll MW; Koch C; Anderson K

"Increased Right Ventricular Coil Length Lowers Defibrillation Thresholds Despite Reduction in Catheter Diameter and Total Surface Area," *Pacing and Cardiovascular Electrophysiology*, April 1993, Vol 16 #4 Pt.II.


Rist K; Kroll MW; Mowrey K; Keim S; Mehdirad A; Mazgalev T; Hardesty R; Tchou P

"Comparison of Epicardial Defibrillation  Energy Requirements Using 140 and 85 Microfarad Capacitor Values," *Pacing and Cardiovascular Electrophysiology*, April 1993, Vol 16 #4 Pt.II.


Kroll MW

Effect of Capacitor Size on Thresholds of Monophasic and Biphasic Waveforms, *Duke Defibrillation Workshop*, April 1993.

Kroll MW; Kroll KC; Brewer JE

> The Effect of Pulse Duration on Epicardial Patch Impedance, *European Journal of Cardiac Pacing and Electrophysiology*, 1993.

Kroll MW; Kroll KC; Brewer JE

> Low Energy Test Shocks Need not Overestimate Defibrillation Impedances, *European Journal of Cardiac Pacing and Electrophysiology*, 1993.

Kroll MW; Kroll KC; Adams TP

> Low Energy Cardioversion Shocks Have Significantly Longer Durations Than Defibrillation Shocks of the Same Tilt in the Swine Heart *Circulation,* October 1993, Vol. 88 # 4.

Ryan SJ; Kroll MW; McQuilken GL; Kroll KC; Adams TP

> Discrimination of Ventricular Tachycardia from Exercise Induced High Sinus Rates by use of Rate Model Change Index. *Circulation* October 1993, Vol. 88 # 4.

Adams T; Kroll MW; Kroll  KC; Lueders RS; Perttu JS

> Short Low Energy Shocks are More Accurate Than Long Shocks for Estimating Defibrillation Impedances. *Pacing and Cardiovascular Electrophysiology*, September 1993, Vol 16 #9 Pt.II.

Kroll MW; Brewer JE; Kroll KC

> Epicardial Patch Impedance is Influenced by Shock Duration Especially at Low Voltages. *Third International Conference on Rate Adaptive Pacing and Implantable Defibrillators,* October 1993, Munich, Germany.

Ryan SJ; Kroll MW; McQuilken GL; Kroll KC; Adams TP

Discrimination of Ventricular Tachycardia From Exercise Induced High Sinus Rates by Use of Rate Modal Change Index. *Third International Conference on Rate Adaptive Pacing and Implantable Defibrillators,* October 1993, Munich, Germany.

Kroll MW; Kroll KC; Adams TP

Low Energy Cardioversion Shocks Have Significantly Longer Durations Than Defibrillation Shocks with Fixed Tilt Waveforms. *Pacing and Cardiovascular Electrophysiology*, September 1993, Vol 16 #9 Pt.II.

Kroll MW; Supino CG; Adams TP

A Quantitative Model of the Biphasic Defibrillation Waveform. *Pacing and Cardiovascular Electrophysiology*, September 1993, Vol 16 #9 Pt.II.

Kroll MW

The Future of the ICD: Fourth Generation and Beyond. *Raymond James Healthcare Conference*, St. Petersburg, FL, March 1994.

Kroll MW

A Minimal Model of the Single Capacitor Biphasic Defibrillation Waveform, *Duke Defibrillation Workshop*, April 1994.

Brewer JE; Tvedt MA; Martin L; Kroll MW; Adams TP

Cardioversion Shocks Have a Significantly Higher Tilt of the Internal Electrical Field Than do Defibrillation Shocks, *Pacing and Cardiovascular Electrophysiology*, April 1994, Vol 17 #4 Pt.II.

Kroll MW

Defining the Dosage for Defibrillation: Energy vs. Effective Current. *Association for the Advancement of Medical Instrumentation*, Washington, DC, May 1994

Kroll MW; Brewer JE

> Optimal Biphasic Phase Durations. *European Journal of Cardiac Pacing and Electrophysiology*, June 1994, Vol 4, #2, Supp. 4.

Brewer JE; Kroll MW

> Myocardial Transfer Impedances Show that the Shock Current is a Better Indicator of the Tissue Electric Field than the Voltage. *European Journal of Cardiac Pacing and Electrophysiology*, June 1994, Vol 4, #2, Supp. 4.

Kroll MW; Brewer JE

> Preconditioning Theory does not Explain the Action of the Single Capacitor Biphasic Defibrillation Waveform. *European Journal of Cardiac Pacing and Electrophysiology*, June 1994, Vol 4, #2, Supp. 4.

Kroll MW

> Implantable Cardiac Defibrillator Dosage: The Use of Effective Current to Compare Device Outputs. FDA Staff College, 8 Sept 1994.

Swerdlow CD; Kroll MW

> How Important is Capacitor Size for Implantable Defibrillators? Eighth Purdue Conference on Cardiac Defibrillation, *American Heart Journal*, September 1994, Vol 128, #3.

Kroll MW

> Meta-Analytical Validation of the Burping Hypothesis for the Mechanism of the Single Capacitor Biphasic Defibrillation Waveform. Eighth Purdue Conference on Cardiac Defibrillation, *American Heart Journal*, September 1994, Vol 128, #3.

Leonelli FM; Kroll MW; Brewer JE

Effect on Defibrillation Threshold of Optimized Biphasic Phase Durations and Capacitor Size. *1995 Cardiostim Meeting*, St. Petersburg, Russia.

Leonelli FM; Kroll MW; Brewer JE

Dependence of Defibrillation Threshold on Right Ventricular Coil Length for Unipolar System. *1995 Cardiostim Meeting*, St. Petersburg, Russia.

Brewer JE; Perttu JS; Brumwell D; Supino J; Adams T; Kroll MW

Dual Level Sensing Significantly Improves Automatic Threshold Control for R-Wave Detection in Implantable Defibrillators. *Pacing and Cardiovascular Electrophysiology*, May 1995.

Swerdlow CD; Kass RM; Kroll MW; Brewer J

Average-Current Hypothesis for Ventricular Defibrillation in Humans: value of Strength-Inverse Duration Plot. *Pacing and Cardiovascular Electrophysiology*, April 1995, V18.

Kroll MW

Two Fundamental Challenges in the Modeling of Defibrillation Waveforms. Invited Address, *Duke Defibrillation Workshop*, 1995.

Leonelli FM; Brewer JE; Kroll MW

A Small Capacitor Optimized Duration Waveform Has Lower Thresholds Than the Presently Available Biphasic Waveform. *Pacing and Cardiovascular Electrophysiology*, May 1995.

Leonelli FM; Brewer JE; Kroll MW

Dependence of Defibrillation Threshold on Right Ventricular Coil Length for Active Can Electrode System. *European Heart Journal*, August 1995.

Leonelli F; Brewer J; Kroll MW; Adams T

"Defibrillation Thresholds with Optimized Durations and a Smaller Capacitor in Active Can System." *European Heart Journal 16* – 1995

Leonelli FM; Brewer J; Kroll MW

A Short Duration Small Capacitor Biphasic Waveform Has Lower Thresholds Than the Clinically Available Biphasic Waveform. *Pacing and Clinical Electrophysiology*, April 1995, V18.

Leonelli F; Brewer J; Kroll MW

Dependence of Defibrillation Threshold on Right Ventricular Coil Length for Active Can Electrode System. *European Journal of Cardiology,* August 1995.

Yamouchi Y; Mowrey K; Nadzam G; Kroll M; Brewer J; Donohoo A; Wilkoff B; Tchou P

Large Voltage Changes at Phase Reversal Improves Defibrillation Thresholds. *Circulation*, October 1995.

Yamanouchi Y; Mowrey K; Nadzam G; Hills D; Kroll M; Brewer J; Donohoo A; Wilkoff B; Tchou P

Multipeaked Phase I Biphasic Defibrillation Waveform: A Comparison with Standard Waveform Used in Clinical Devices. *Circulation*, October 1995.

Leonelli FM; Wang K; Garcia F; Patwardhan A; Brewer JE; Donohoo AM; Kroll MW

"Improved Defibrillation with Timed Energy Steering." *European Heart Journal* 17, 1996.

Brewer JE; Perttu JS; Brumwell D; Supino J; Adams T; Kroll MW

> "Dual Level Sensing Significantly Improves Automatic Threshold Control for R-Wave Sensing in Implantable Defibrillators." *Pacing and Clinical Electrophysiology*, April 1995, V18.

Yamanouchi Y; Mowrey KA; Nadzam GR; Hills DG; Kroll MW; Brewer JE; Donohoo AM; Wilkoff BL; Tchou PJ

> "Optimized First Phase Tilt Maximizes Voltage Kick in "Parallel-Series" Biphasic Waveform." *Journal of the American College of Cardiology,* February 1997.

Stanton MS; Love CJ; Mehdirad A; Duncan JL; Kroll MW

> "Initial Clinical Results of a New ICD Using a Novel Small Capacitor Biphasic Waveform." *Journal of the American College of Cardiology*, February 1997.

Swerdlow CD; Brewer JE; Kass RM; Kroll MW

> "Estimation of Optimal ICD Capacitance From Human Strength-Duration Data." *Journal of the American College of Cardiology*, February 1997.

John Swartz; James Hassett; Michael Bednarek; Karen Kelly; Mark Kroll

> Burn Pulmonary Vein Isolation With A Virtual Circumferential Electrode. *Pacing and Clinical Electrophysiology*, April 1998 Vol. 21 No. 4.

John Swartz; James Hassett; Michael Bednarek; Michael Pikus; Mark Kroll

> Saline Flow Rate Optimization With A Virtual Circumferential Electrode For Pulmonary Vein Isolation. *European Journal Of Cardiac Pacing And Electrophysiology*, June 1998

John Swartz; James Hassett; Michael Bednarek; Karen Kelly; Mark Kroll

> Single Burn Pulmonary Vein Isolation with a Virtual Circumferential Electrode. *European Journal of Cardiac Pacing and Electrophysiology*, June 1998

M Malik, SJ Ryan, MW Kroll, HH Hoium

> Computer Simulation of Optimum Electrode Configuration for the Induction of Noninvasive Wedensky Phenomenon in Man. *Proceedings of Computers in Cardiology, 1999;26:209:212*

K Hnatkova, MW. Kroll, SJ. Ryan, TM Munger, N Samniah, L Hegrenaes, DG Benditt, M Stanton, O Rossvoll, HH. Hoium, M Malik

> Wavelet Decomposition of Wedensky Modulated Electrocardiograms: Differences Between Patients with Ventricular Tachycardia and Healthy Volunteers. *Proceedings of Computers in Cardiology, 1999; 26:157-160*

Katerina Hnatkova, David G. Benditt, Marek Malik, MD, Ole Rossvoll, Stephen J. Ryan, Thomas M. Munger, Nemer Samniah, Jorn Bathen, Mark W. Kroll, Harold H. Hoium, Marshall S. Stanton

> Wedensky Transthoracic Stimulation: Dose Response in Healthy Volunteers and Ventricular Tachycardia Patients. *(North American Society of Pacing and Electrophysiology, May 1999, Toronto, Canada)*

Katerina Hnatkova, Marek Malik, Mark W. Kroll, Thomas M. Munger, Nemer Samniah, Lars Hegrenaes, , David G. Benditt, Marshall S. Stanton, Ole Rossvoll, Harold H. Hoium, Stephen J. Ryan

> QRS Complex Alternans Detected By Wavelet Decomposition of Signal Averaged Electrocardiograms: Differences Between Patients with Ventricular Tachycardia and Normal Healthy Volunteers. *(North American Society of Pacing and Electrophysiology, May 1999, Toronto, Canada)*

Katerina Hnatkova, Marshall S. Stanton, Stephen J. Ryan, Marek Malik, Thomas M. Munger, Nemer Samniah, Jorn Bathen, Mark W. Kroll, David G. Benditt, Ole Rossvoll, Harold H. Hoium

> Wedensky Phenomenon Within the Late Potential Region: Dose Related Separation of Patients with Ventricular Tachycardia From Healthy Controls. *(North American Society of Pacing and Electrophysiology, May 1999, Toronto, Canada)*

Katerina Hnatkova, Marshall S. Stanton, Stephen J. Ryan, Marek Malik, Thomas M. Munger, Nemer Samniah, Jorn Bathen, Mark W. Kroll, David G Benditt, Ole Rossvoll, Harold H. Hoium

> Wedensky Phenomenon and Cardiac Modulation: Dose Related Separation of Patients with Ventricular Tachycardia From Healthy Controls. *(XIth World Symposium on Cardiac Pacing and Electrophysiology, June 1999, Berlin, Germany)*

Marek Malik, David G. Benditt, Katerina Hnatkova, Lars Hegrenaes, Stephen J. Ryan, Thomas M. Munger, Nemer Samniah, Jorn Bathen, Mark W. Kroll, Harold H. Hoium, Marshall S. Stanton

> External Cardiac Modulation: Evidence of Wedensky Phenomenon in Healthy Subjects and Ventricular Tachycardia Patients. *XIth World Symposium on Cardiac Pacing and Electrophysiology,* June 1999, Berlin, Germany

Katerina Hnatkova, Mark W. Kroll, Stephen J. Ryan, Marek Malik, Thomas M. Munger, Nemer Samniah, Lars Hegrenaes, David G. Benditt, Marshall S. Stanton, Ole Rossvoll, Harold H. Hoium

> Wavelet Analysis of Subthreshold Cardiac Modulation in Healthy Subjects and Ventricular Tachycardia Patients. *XIth World Symposium on Cardiac Pacing and Electrophysiology,* June 1999, Berlin, Germany

Katerina Hnatkova, Marek Malik, Mark W. Kroll, Thomas M. Munger, Nemer Samniah, Lars Hegrenaes, David G. Benditt, Marshall S. Stanton, Ole Rossvoll, Harold H. Hoium, Stephen J. Ryan

> Wavelet Decomposition of QRS Complex Alternans: Differences Between Patients with Ventricular Tachycardia and Normal Healthy Volunteers. *XIth World Symposium on Cardiac Pacing and Electrophysiology,* June 1999, Berlin, Germany

Katerina Hnatkova, David G. Benditt, Marek Malik, Ole Rossvoll, Stephen J. Ryan, Thomas M. Munger, Nemer Samniah, Jorn Bathen, Mark W. Kroll, Harold H. Hoium, Marshall S. Stanton

> Wedensky Transthoracic Modulation: Dose Response in Healthy Volunteers and Ventricular Tachycardia Patients. *XIth World Symposium on Cardiac Pacing and Electrophysiology,* June 1999, Berlin, Germany

Marek Malik, David G. Benditt, Katerina Hnatkova, Lars Hegrenaes, Stephen J. Ryan, Thomas M. Munger, Nemer Samniah, Jorn Bathen, Mark W. Kroll, Harold H. Hoium, Marshall S. Stanton

> External Cardiac Modulation: Evidence of Wedensky Phenomenon in Healthy Subjects and Ventricular Tachycardia Patients. *European Society of Cardiology,* August 1999, Barcelona, Spain

Katerina Hnatkova, Mark W. Kroll, Stephen J. Ryan, Marek Malik, Thomas M. Munger, Nemer Samniah, Lars Hegrenaes, David G. Benditt, Marshall S. Stanton, Ole Rossvoll, Harold H. Hoium

> Wavelet Analysis of Subthreshold Cardiac Modulation in Healthy Subjects and Ventricular Tachycardia Patients. *European Society of Cardiology,* August 1999, Barcelona, Spain

Katerina Hnatkova, Marek Malik, Mark W. Kroll, Thomas M. Munger, Nemer Samniah, Lars Hegrenaes, David G. Benditt, Marshall S. Stanton, Ole Rossvoll, Harold H. Hoium, Stephen J. Ryan

> Wavelet Decomposition of QRS Complex Alternans: Differences Between Patients with Ventricular Tachycardia and Normal Healthy Volunteers. *European Society of Cardiology*, August 1999, Barcelona, Spain

Katerina Hnatkova, Marshall S. Stanton, Stephen J. Ryan, Marek Malik, Thomas M. Munger, Nemer Samniah, Jorn Bathen, Mark W. Kroll, David G. Benditt, Ole Rossvoll, Harold H. Hoium

> Wedensky Cardiac Modulation: Dose Related Separation of Patients with Ventricular Tachycardia From Healthy Controls.*(European Society of Cardiology,* August 1999, Barcelona, Spain

M. Malik, M. Kroll, S. Ryan, H. Hoium

Optimum Electrode Configuration to Induce Non-Invasive Wedensky Phenomenon in Man. *Computers in Cardiology,* November 1999, Hanover, Germany

K. Hnatkova, M.W. Kroll, S.J. Ryan, T.M. Munger, N. Samniah, L. Hegrenaes, D.G. Benditt, M. Stanton, O. Rossvoll, H.H. Hoium, M. Malik

Wavelet Decomposition of Wedensky Modulated Electrocardiograms: Differences Between Patients with Ventricular Tachycardia and Healthy Volunteers. *Computers in Cardiology,* November 1999, Hanover, Germany

Katerina Hnatkova, Mark W. Kroll, Stephen J. Ryan, Thomas M. Munger, Nemer Samniah, Lars Hegrenaes, David G. Benditt, Marshall S. Stanton, Ole Rossvoll, Harold H. Hoium, Marek Malik

Wedensky Modulated Signal Averaged Electrocardiograms Combination of Time Domain and Wavelet Decomposition Parameters for Identification of Ventricular Tachycardia Patients. *Circulation,* October 1999, Atlanta, Georgia

Hamzei A, Mouchawar G, Badelt S, Zhang J, Kroll M, Fain E, Swerdlow CD.

Three-capacitor multistep waveform lowers defibrillation threshold. Pacing and Clinical Electrophysiology 22:87, 1999

K Hnatkova, SJ Ryan, DG Benditt, O Rossvoll, TM Munger, N Samniah, J Bathen, MS Stanton, MW Kroll, HH Hoium, M Malik

Reproducibility of Non-invasive Wedensky Modulation in Man is Dependent on Number of Averaged Cardiac Cycles. *North American Society of Pacing and Electrophysiology,* May 2000, Washington DC

Marek Malik, Steven J Ryan, Mark W Kroll, Harold H Hoium

> Computer Simulation of Optimum Electrode Configuration for the Induction of Non-invasive Wedensky Modulation in Man. *North American Society of Pacing and Electrophysiology,* May 2000, Washington DC

K. Hnatkova, S.J. Ryan, D.G. Benditt, O. Rossvoll, T.M. Munger, N. Samniah, J. Bathen, M.S. Stanton, M.W. Kroll, H.H. Hoium, M. Malik

> Reproducibility of non-invasive Wedensky modulation in man is dependent on modulation energy but independent of modulation moment. *European Society of Cardiology,* August/September 2000, Amsterdam, Netherlands

K Hnatkova, SJ Ryan, DG Benditt, O Rossvoll, TM Munger, N Samniah, J Bathen, MS Stanton, MW Kroll, HH Hoium, M Malik

> Stability of Non-invasive Wedensky Modulation in Man Depends on Modulation Energy but not on Modulation Moment. *Cardiostim,* June 2000, Nice, France

Marek Malik, Steven J Ryan, Mark W Kroll, Harold H Hoium

> Optimum Electrode Configuration for the Induction of Non-invasive Wedensky Modulation in Man: Computer Modeling Study. *Cardiostim,* June 2000, Nice, France

Kroll MW

> History of Pacing and Defibrillation. Invited Address, *United States Patent and Trademark Office*, June 2001, Arlington, Virginia.

Kroll, Mark W; Brewer, James E, and Ellenbogen, Kenneth A

> Threshold Creep as a Possible Cause of Sudden Death in ICD Patients. *Twelfth World Congress on Cardiac Pacing and Electrophysiology*, Feb. 2003, Hong Kong.

Kroll MW

History of Pacing and Defibrillation. Invited Address, *California Polytechnical Institute*. February 2003, San Luis Obispo, California.

Kroll MW

Medical Startup: Do's and Don'ts. Invited Address: *Caltech/MIT Enterprise Forum*. March 2003

Kroll MW

History of Pacing and Defibrillation. Invited Address, *The Citadel*, March 2003 Charleston, South Carolina.

Kroll MW

Clinical Applications of Defibrillation Research. Invited Address, *University of Michigan Cardiac Electrophysiology Dept.* 2003, 2004.

Kroll M, Lebel R, Suh A, Muntz AH.

Medical Devices: The Power of Small. Panel for the MIT Club meeting at Caltech, Jan 2004.

Kroll MW.

Cardiac Concerns and the TASER Devices. TASER International Tactical Conference, Las Vegas. Feb 2004.

Kroll MW

Clinical Applications of Defibrillation Research. Invited Address. *Stanford University Cardiac Electrophysiology Dept.*, Palo Alto, California, 2004.

Karlheinz Seidel KH, MD, Chris Moulder, MS, Gabriel Mouchawar, PhD, Christoph Stoeppler, MD, T. Becker, MD, T. Kleemann, MD., U. Weise, MD, Mark Kroll, PhD

Stepped Defibrillation Waveform is More Efficient than the Biphasic Waveform, *Europace Supplements*, Vol. 6, June 2004.

Kroll MW, Stoeppler C, Larsson B, Schaeken A, Mouchawar G, Moulder C, Bailleul C

Beyond the Biphasic: The Next Step for DFT Reduction, *Europace Supplements*, Vol.6, June 2004.

Kroll MW, Olson W, Karam R, Lathrop D, Zipes DP.

Sudden Cardiac Death: Where are we and where are we going in the next 20 years? Gordon Research Conference: *Cardiac Arrhythmia Mechanisms*. February 2005

Mark Kroll, James Sweeney, Charles Swerdlow.

Theoretical Considerations Regarding the Cardiac Safety of Law Enforcement Electronic Control Devices. *American Academy of Forensic Sciences. Annual Meeting* Feb 2006. Proceedings Vol XII C18 pp 139-140.

Mark Kroll, James Sweeney, Dorin Panescu.

Analysis of Electrical Activation of Nerve and Muscle by TASER CEWs. *American Academy of Forensic Sciences. Annual Meeting* Feb 2006. Proceedings Vol XII C22 pp 142-143.

Kroll MW, Seidl KH, Moulder C, Mouchawar G, Stoeppler C, Becker T, Donges K, Kleeman T, Weise U, Anskey E, Burnett H, Denman RA.

Stepped Defibrillation Waveform Is Substantially More Efficient Than The 50% Tilt Biphasic. *JACC* February 2006

Kroll MW.

Clinical Applications of Defibrillation Research. Invited address, *Cornell University Cardiac Electrophysiology Dept*. May 2006.

Boriani G, Kroll MW, Biffi M, Silvestri P, Martignani C, Valzania C, Diemberger I, Moulder C, Mouchawar G, Branzi A.

Plateau Waveform Shape Allows a Higher Patient Shock Energy Tolerance. *Heart Rhythm* abstract issue 2006

Mark Kroll and Dorin Panescu.

Theoretical Considerations Regarding the Cardiac Safety of Law Enforcement Electronic Control Devices. *Bioelectromagnetic Society* 2006 Conf.

Kroll MW

The History and Future of Defibrillation Waveforms. Cardiostim 2006 and *Europace* Abstract Issue 2006.

Val-Mejias J. E., Gupta M. S., Kroll M. W.

Paradoxical Relationship between Defibrillation Threshold and Shock Pulse Time Constant. Cardiostim 2006 and *Europace* Abstract Issue 2006.

Seidl K., Kroll M.W., Mouchawar G, Becker T., Donges K., Kleemann T., Weise U., Moulder C., Stoeppler C., Umesan C.V., Martin P.T., Anskey E.J., Burnett H., Denman R.A.

Stepped Defibrillation Waveform Is More Efficient than the 50% Tilt Biphasic. Cardiostim 2006 and *Europace* Abstract Issue 2006.

Boriani G, Edvardsson N, Kroll MW., Biffi M, Silvestri P, Martignani C, Valzania C, Diemberger I, Poçi D, Moulder C, Mouchawar G, Branzi A - Bologna, ITA

Plateau Waveform Shape Allows a Higher Patient Shock Energy Tolerance. Cardiostim 2006 and *Europace* Abstract Issue 2006.

Val-Mejias J. E., Gupta M. S., Kroll M. W.

> Is There an Optimal Impedance for Internal Defibrillation? Cardiostim 2006 and *Europace* Abstract Issue 2006.

Natarajan S, Henthorn R, Burroughs J, Esberg D, Zweibel S, Ross T, Kroll MW, Gianola D

> Prospective Comparison of Fixed Duration "Tuned" Vs. 50/50% Fixed Tilt Defibrillation Waveforms. Cardiostim 2006 and *Europace* Abstract Issue 2006.

Panescu D, Mehra R, Kroll MW, Terry R.

> Medical device development: An industry-academia joint venture? *28th Annual Intl Conf. IEEE Engineering in Medicine and Biology Society* 2006.

Dorin Panescu, Ph.D., Mark W. Kroll, Ph.D., Igor R. Efimov, Ph.D. and James D. Sweeney, Ph.D

> Finite Element Modeling of Electric Field Effects of TASER Devices on Nerve and Muscle. *28th Annual Intl Conf. IEEE Engineering in Medicine and Biology Society* 2006.

Robert A. Stratbucker, M.D., Ph.D. , Mark W. Kroll, Ph.D. , Wayne McDaniel, Ph.D.  and Dorin Panescu, Ph.D.

> Cardiac Current Density Distribution by Electrical Pulses from TASER devices. *28th Annual Intl Conf. IEEE Engineering in Medicine and Biology Society* 2006.

Kroll MW.

> Reply to comment on: Benefit of millisecond waveform duration for patients with high defibrillation thresholds. *Heart Rhythm.* 2006 Sep;3(9):1114; author reply 1114. Epub 2006 Jul 8

Michael Gold, MD, PhD, Jesus Val-Mejias, MD, Robert B. Leman MD, Rangarao Tummala, MD, Sanjeev Goyal, MD, Jeffrey Kluger, MD, Mark Kroll, PhD, Ashish Oza, MS.

Effect of SVC Coil Usage and SVC Electrode Spacing on Defibrillation Thresholds. American Heart Association  2006 Scientific Sessions *Circulation* Oct 2006.

Kroll MW.

Scientific Basis for the Cardiac Safety of Conducted Electrical Weapons. 2006 Annual Seminar: Institute for the Prevention of In Custody Death, Las Vegas. 17 Nov. 2006.

Kroll MW.

TASER® Electrical Weapons and Cause of Death. Major invited lecture at the 2006 NAME (National Association of Medical Examiners) conference in San Antonio, Texas.

Keane D, Aweh N, Hynes B, Sheahan RG, Cripps T, Bashir Y, Zaidi A, Fahy G, Lowe M, Doherty P, Kroll MK.

Achieving Sufficient Defibrillation Safety Margins with Fixed Duration Waveforms and the Use of Multiple Time Constants. ACC March 2007 e-Poster.

Gilman B, Kroll MW.

Electrically Induced Chest Constrictions During Ventricular Fibrillation Produce Blood Flow. JACC March 2007

Mark W. Kroll, PhD, Jeffrey D. Ho, MD,. Dorin Panescu, PhD, Sunnyvale, CA. Igor R. Efimov, PhD, Richard M. Luceri, MD, Patrick J. Tchou, MD, Hugh Calkins, MD.

Potential Errors in Autopsy Reports of Custodial Deaths Temporally Associated with Electronic Control Devices: A Cardiovascular Perspective. American Academy of Forensic Science Annual Conference Feb 2007. Pp 284-285

Gilman, BL, Kroll, MW, Wang P, Berry, J, Kroll, K.

> Electrically Induced Chest Constrictions Produce Blood Flow During Ventricular Fibrillation Via Thoracic-Only Pump Mechanism. Heart Rhythm Society Annual Scientific Sessions. May 2007

Kroll MW.

> Reply to comment on: Stepped Defibrillation Waveform Is Substantially More Efficient Than The 50% Tilt Biphasic. *Heart Rhythm.* 2007

Kroll MW.

> Physiology and Pathology of Conducted Energy Weapons. Invited Plenary Address: Bioelectromagnetic Society Annual Meeting Kanazawa, Japan, June 2007.

Gold MR, Val-Mejias J, Leman RB, Kroll MW, Graumann R, Oza A.

> Effect of Superior Vena Cava Coil Location and Shock Impedance on Defibrillation Thresholds. Europace June 2007 Lisbon Portugal.

Kroll MW

> Physiology and Pathology of Electronic Control Devices. 12th Masters Conference on Advanced Death Investigation. July 24, 2007. St. Louis University, St. Louis, MO.

Kroll MW

> Clinical Applications of Defibrillation Research. South Pacific Cardiology Meeting. Hong Kong, August 13, 2007

Kroll MW.

> Scientific Basis for the Safety of Conducted Electrical Weapons. 2007 Annual Seminar: Institute for the Prevention of In Custody Death, Las Vegas. 28 Nov. 2007.

Kroll MW.

Clinical Applications of Defibrillation Research. Invited address, *New York University Cardiac Electrophysiology Dept*. Jan 2008.

Kroll MW.

Clinical Applications of Defibrillation Research. Invited address, *Brown University Cardiac Electrophysiology Dept*. Feb 2008.

Kroll MW.

Scientific Basis for the TASER Weapon Cardiac Safety. Invited address, Europäische Polizeitrainer-Fachkonferenz in Nurenberg, Germany. March 2008.

Lakkireddy, DJ, Kroll MW, Tchou PJ, et al.

Can Electrical-Conductive Weapons (TASER®) alter the functional integrity of pacemakers and defibrillators and cause rapid myocardial capture? Heart Rhythm abstract issue May 2008.

Swerdlow CS, Kroll MW, Williams H, Biria M, Lakkireddy, DJ, Tchou PJ.

Presenting Rhythm in Sudden Custodial Deaths After Use of TASER® Electronic Control Device. Heart Rhythm abstract issue May 2008.

Lakkireddy, DJ, Kroll MW, Swerdlow, CS, Tchou PJ.

Cardiovascular Effects of Conductive Electrical Weapons (TASER®): Is Drive Stun worse than the Barbed Application? Cardiostim June 2008.

Swerdlow CS, Kroll MW, Williams H, Biria M, Lakkireddy, DJ, Tchou PJ.

Presenting Rhythm in Sudden Custodial Deaths After Use of TASER® Electronic Control Device. Cardiostim June 2008

Mejias JE, Doshi, S, Pittaro, M, Kroll M, Oza, A

> Effect Of High Voltage Shock Impedance On The Defibrillation Efficacy Of Different Membrane Time Constant Based Defibrillation Waveforms. Cardiostim June 2008

Doshi, S, Mejias JE, Pittaro M, Reeves R, Boyce,K, Burroughs J, Cakulev I, Kroll M, Oza, A

> Efficacy Of Tuned Waveforms Based On Different Membrane Time Constants On Defibrillation Thresholds: Main Results From The Power Trial. Cardiostim June 2008

Mejias JE, Gupta MS, Kroll M,

> An Inverse Relationship Between Shock Impedance And DFT In Terms Of Delivered Charge Supports The Membrane Charging Model Of Defibrillation. Cardiostim June 2008

Panescu D, Kroll M, Stratbucker, R.

> Theoretical Possibility of Ventricular Fibrillation During Use of TASER Neuromuscular Incapacitation Devices. IEEE EMBC Annual Meeting, Vancouver August 2008.

Kroll M.

> Medical Device Development Challenges. IEEE EMBC Annual Meeting, Vancouver August 2008.

Gilman, BL, Brewer, JE, Kroll MW, Ristango G, Wang H, Shijiie S, Weil MH.

> Applying the Principles of Functional Stimulation to Electrical CPR. American Heart Association Scientific Sessions 2008.

Kroll MW, Panescu D, Brewer JE, Lakkireddy DJ, Graham MA

> Weight Adjusted Meta-Analysis of Fibrillation Risk From TASER Conducted Electrical Weapons. American Academy of Forensic Science Proceedings 2009

Kroll MW

> Idea Validation: The Big Company Perspective. Invited address: Johns Hopkins Medical Device Conference. Nov 2008

Kroll MW, Kroll RM, Wood EA, Koepp G, Stein G, Seaburg M, Levine JA.

> Diastolic Blood Pressure Is A Strong Predictor Of Activity Energy Expenditure. J American College Cardiology 2009. Abstract issue

Kroll MW, Panescu D, Brewer JE, Lakkireddy DJ, Graham M.

> Meta-Analysis Of Fibrillation Risk From TASER® Conducted Electrical Weapons as a Function of Body Mass. Heart Rhythm 2009 Abstract AB20-1.

Cooper J, Kroll MW, Latacha MP, Chen J, Gleva MJ, Faddis MN, Smith TW.

> Shock Impedance After Replacing the Superior Vena Cava Coil With an Azygos Defibrillation Lead: Implications for Mechanism of Improved Defibrillation Efficacy. Heart Rhythm 2009 Abstract AB16-3.

Val-Mejias JE, Gupta MS, Kroll MW.

> A higher shock impedance (SVC Coil OFF) provides a more efficient defibrillation. Heart Rhythm 2009 Abstract PO04-124.

Val-Mejias JE, Gupta MS, Kroll MW.

> How should Defibrillation Threshold be measured and compared? Voltage, Energy, Current or Charge? Heart Rhythm 2009 Abstract PO04-125.

Doshi SK, Val-Mejias JE, Pittaro M, Reeves R, Payne J, Henthorn R, Hong M, Zweibel S, Kroll, MW, Graumann R, Oza, AL.

> Do similar T-Shock and Rescue Shock Waveforms, When Altered, Affect ULV based DFT Estimations? Heart Rhythm 2009 Abstract PO06-130.

Val-Mejias JE, Doshi SK, Kroll, MW, Oza, AL, Shah S.

> Is the Time Constant of the Cardiac Cell Membrane Affected by Progression of Heart Disease? Heart Rhythm 2009 Abstract PO06-142.

Kroll, MW

> Implantable devices - Achieve maximum safety at implant. Meeting of European Society of Cardiology (ESC) Working Group on Cardiovascular Pharmacology and Drug Therapy. 19 June 2009.

Kroll, MW

> How do TASER Electronic Control Devices Actually Work? Illinois Science Council Session on: The Body Electric, 29 June 2009.

Kroll, MW

> The Future of Defibrillation Therapy. At "25 Years of ICD-Therapy in Germany." Mannheim, Germany. 25 Sept 2009

Kroll MW

> Clinical Applications of Defibrillation Research. Harvard University. Mar 2010

Kroll MW

> Clinical Applications of Defibrillation Research. University of Indiana. Mar 2010

Moulder C, Kroll MW.

> Plateau waveform reduces pain with and without pre-pulses. Heart Rhythm Soc., 2010, Heart Rhythm abstract issue, May 2010

Kroll MW

    Clinical Applications of Defibrillation Research. Creighton University. May 2010

Kroll MW

    Clinical Applications of Defibrillation Research. University of Illinois, Champaign-Urbana. July 2010

Kroll MW

    Clinical Applications of Defibrillation Research. Columbia & New York University and Albert Einstein College of Medicine. Jun 2010

Kroll MW

    Clinical Applications of Defibrillation Research. Christian Medical College, Vellore India. Aug 2010.

Kroll MW

    Clinical Applications of Defibrillation Research. Electrophysiology Meeting, New Delhi, India. Aug 2010.

Kroll MW

    Clinical Applications of Defibrillation Research. China Heart Congress, Beijing. Aug 2010

Kroll MW

    Clinical Applications of Defibrillation Research. Michigan State University. Aug 2010

Kroll MW Clinical Applications of Defibrillation Research. Tufts University. Sep 2010

Kroll MW

    Clinical Applications of Defibrillation Research. Stanford University. Sep 2010

Kroll MW

Clinical Applications of Defibrillation Research. University of Texas Southwestern. Sep 2010

Kroll MW

Clinical Applications of Defibrillation Research. Wake-Forest University. Nov 2010

Kroll MW

Clinical Applications of Defibrillation Research. University of California at Los Angeles. Nov 2010

Kroll MW

Clinical Applications of Defibrillation Research. University of Illinois, Peoria. Nov 2010

Kroll MW

Clinical Applications of Defibrillation Research. Mayo Clinic, Scottsdale. Jan 2011

Kroll MW

Clinical Applications of Defibrillation Research. University of Miami Miller School of Medicine. Mar 2011

Kroll MW

Clinical Applications of Defibrillation Research. University of Washington. Apr 2011

Kroll MW

Implantable Defibrillator Transformers and High Voltage Circuits. Invited Faculty Presentation, Heart Rhythm Society Conference. May 2011

Kroll MW

Clinical Applications of Defibrillation Research. Baylor College of Medicine, Houston. Jun 2011

Kroll MW

Clinical Applications of Defibrillation Research. Cornell University . Aug 2011

Kroll MW

Clinical Applications of Defibrillation Research. Baylor College of Medicine, Dallas. Aug 2011

Kroll MW

Clinical Applications of Defibrillation Research. Columbia & New York University. Aug 2011

Kroll MW

Clinical Applications of Defibrillation Research. College of Medicine, Cincinnati. Sep 2011

Kroll MW

Clinical Applications of Defibrillation Research. University of Michigan. Dec 2011

Kroll MW

Clinical Applications of Defibrillation Research. University of Utah College of Medicine. Mar 2012

Kroll MW

Medium Voltage Therapy. Stanford Biodesign Conference. May 2012

Kroll MW

The Electrophysiologist In Industry. Invited Faculty Presentation, Heart Rhythm Soc., May 2012

Kroll MW

Clinical Applications of Defibrillation Research. University of Michigan. Oct 2012

Kroll MW

Clinical Applications of Defibrillation Research. College of Medicine and Life Sciences - University of Toledo. Oct 2012

Kroll MW

Clinical Applications of Defibrillation Research. Northwestern University Feinberg School of Medicine. Dec 2012

Kroll MW

Clinical Applications of Defibrillation Research. University of Texas Southwestern. Mar 2013

Kroll MW

Medium Voltage Therapy. Stanford Biodesign Conference. May 2013

Kroll MW

Clinical Applications of Defibrillation Research. University of Texas McGovern Medical School. Jun 2013

Kroll MW

Clinical Applications of Defibrillation Research. Baylor College of Medicine, Dallas. Sep 2013

Kroll MW

Clinical Applications of Defibrillation Research. University of Michigan. Oct 2013

Kroll MW

Clinical Applications of Defibrillation Research. Ohio State University. Oct 2013

Kroll MW

Clinical Applications of Defibrillation Research. Loyola University Stritch School of Medicine. Nov 2013

Kroll MW

History and Future of Defibrillation. Mayo Clinic. Mar 2014

Kroll MW

History and Future of Defibrillation. Cleveland Clinic. May 2014

Swerdlow CD, Kroll MW, Kollman D, Seifert, G

Transmission Line Testing of ICD Leads, Heart Rhythm Society Conference. May 2014

Graham MA, Karch SB, Wetli CV, Kroll, MW, Brave MA

Medical Examiner Collection of Comprehensive, Objective Medical Evidence for Conducted Electrical Weapons and Their Temporal Relationship to Sudden Arrest. National Association of Medical Examiners 2014

Kroll MW

Ventricular Fibrillation Thresholds of Swine vs. Humans. International Electrotechnical Commission, Vienna Austria, Sept 2014.

Kroll MW

Applied Bioelectricity. Arizona State University. Sep 2014

Kroll MW

Clinical Applications of Defibrillation Research. University of California at San Diego. Oct 2014

Kroll MW

Clinical Applications of Defibrillation Research. Tokyo Women's Medical University, Cardiovascular Institute of Japan, Osaka Medical College. Dec 2014

Kroll MW

Clinical Applications of Defibrillation Research. University of Oklahoma. Apr 2015

Kroll MW

Clinical Applications of Defibrillation Research. Harvard University, Tufts University. May  2015

Kroll MW

The Science of Arrest-Related-Death. International Law Enforcement Educators and Trainers Association. Chicago, USA. April 2015

Swerdlow CD, Kroll MW, Kollman D, Seifert G

High-Frequency Impedance Identifies Chronic Riata Leads with Outer Insulation Breach but Intact Inner Insulation, Heart Rhythm Society May 2015

Kroll MW

The Medical Startup: Do's and Don'ts. Kellogg School of Business Northwestern University. Jun 2015

Brave MA,  Karch S, Kroll MW, Graham MA, Wetli C

> Medical Examiner Collection of Comprehensive, Objective Medical Evidence for CEWs and Their Temporal Relationship to Sudden Arrest. National Institute of Science And Technology. International Forensic Symposium On Error Management. July 2015

Kroll MW

> Pathophysiological Aspects of Electroshock Weapons. Symposium at University of Salzburg, Austria. July 2015.

Kroll MW

> Defibrillation Threshold Testing: Is it Still Relevant? Kansas City Heart Rhythm Symposium. Kansas City, USA. August 2015

Kroll MW

> The Basic Science of Defibrillation. Invited Address, United Kingdom Heart Rhythm Conference, Birmingham UK, Oct 2015

Kroll MW

> Clinical Applications of Defibrillation Research. Ohio State University. Oct 2015

Kroll MW

> Clinical Applications of Defibrillation Research. Baylor College of Medicine, Houston. Oct 2015

Kroll MW

> Clinical Applications of Defibrillation Research. University of Miami Miller School of Medicine. Dec 2015

Kroll MW

> Clinical Applications of Defibrillation Research. Cleveland Clinic. Jan 2016

Kroll MW

Clinical Applications of Defibrillation Research. College of Medicine and Life Sciences - University of Toledo. Jan 2016

Kroll MW

Clinical Applications of Defibrillation Research. University of Colorado School of Medicine. Feb 2016

Kroll MW

Clinical Applications of Defibrillation Research. University of Texas Southwestern. Mar 2016

Ross D, Kroll MW, Brave M

Arrest-Related-Death. International Law Enforcement Educators and Trainers Association. Chicago, USA. April 2016

Kroll MW

Clinical Applications of Defibrillation Research. Oxford University. April 2016.

Kroll MW

Arrest-Related Death. United States Department of Justice, San Diego. Jun 2016

Kroll MW

Clinical Applications of Defibrillation Research. University of California at San Diego. Jun 2016

Kroll MW

Clinical Applications of Defibrillation Research. University of Illinois, Springfield. Aug 2016

Kroll MW

Clinical Applications of Defibrillation Research. University of Washington Spokane School of Medicine. Sep 2016

Kroll MW

Clinical Applications of Defibrillation Research. Oregon Health & Science University School Medicine. Nov 2016

Kroll MW

Clinical Applications of Defibrillation Research. University of Washington. Nov 2016

Kroll MW

Real and Imagined Risk of Electrical Weapons. University of Salzburg Electroshock Weapon Symposium. Salzburg Austria. Dec 2016.

Brave MA, Kroll, MW, Karch SB, Wetli CV, Graham MA, Kunz SN, Panescu D

Medical Examiner Collection of Comprehensive, Objective Medical Evidence for Conducted Electrical Weapons and Their Temporal Relationship to Sudden Arrest. ICFSC 2017: International Conference on Forensic Science and Crime. London, UK Jan 2017. World Academy of Science, Engineering and Technology, International Journal of Law and Political Sciences, 11(1) 2017

Kroll MW

Clinical Applications of Defibrillation Research. Ohio State University. Jan 2017

Kroll MW

Clinical Applications of Defibrillation Research. Case-Western University. Feb 2017

Kroll MW

Clinical Applications of Defibrillation Research. Tokyo Women's Medical University, Cardiovascular Institute of Japan, Osaka Medical College. Feb 2017

Kroll MW

Optimizing ICD implants for Heart Failure Patients. Japan Heart Failure Annual conference. Feb 2017

Kroll MW

Clinical Applications of Defibrillation Research. Stanford University. Feb 2017

Kroll MW

Clinical Applications of Defibrillation Research. Cornell University. Mar 2017

Kroll MW

Electrical weapons and the investigation of arrest-related death. Miami-Dade Police Use of Force in Today's World Conference. June 2017.

Kroll MW

Clinical Applications of Defibrillation Research. Washington University School of Medicine. Aug 2017

Kroll MW

Ventricular Fibrillation Threshold as a Function of Shock Duration. Underwriter's Laboratory IEC Meeting, Northbrook, Illinois. Sep 2017

Kroll MW

> Clinical Applications of Defibrillation Research. Thomas Jefferson University Kimmel Medical College. Nov 2017

Kroll MW

> Clinical Applications of Defibrillation Research. College of Medicine, University of Cincinnati. Dec 2017

Kroll MW

> Ventricular fibrillation risk of short pulses. Did Green and Biegelmeier miss something? IEC TC64MT4 Meeting, Dresden Germany, March 2018.

Kroll MW

> Clinical Applications of Defibrillation Research. University of Indiana, Krannert Institute. Mar 2018

Kroll MW

> Clinical Applications of Defibrillation Research. Harvard University, Tufts University. May 2018

Porterfield JE, Kottam AG, Kroll MW, Swerdlow CD.

> Why Are Painless Impedance Measurements Insensitive For Detection Of High-Voltage Insulation Breaches? Heart Rhythm Society Conference. May 2018.

Kroll MW, Panescu D, Andrews CJ.

> Fibrillation thresholds for rapid DC pulses. IEC TC64MT4 Meeting, Fehraltdorf (Zurich), Switzerland, August 2018.

Kroll MW, Panescu D, Andrews CJ, Koch M, Hirtler, R.

Short pulse ventricular fibrillation thresholds. A modest proposal for new standards based on charge. IEC TC64MT4 Meeting, Fehraltdorf (Zurich), Switzerland, August 2018.

Kroll MW

History and Future of Defibrillation. University of California at San Diego. Sep 2018

Kroll MW

Charge not energy: the risk of short pulses from electric cars to electric fences. 3rd International Symposium "Electricity and Safety in the 21st Century" – New Technologies, Applications and Standards. Dresden, Germany (DGUV Congress) on Nov. 5-6, 2018.

Kroll MW

History and Future of Defibrillation. Cleveland Clinic. Dec 2018

Kroll MW, Brave MA, Pratt HMO, Witte KK, Kunz SN, Luceri RM.

Benefits vs. Real and Perceived Risks of Handheld Electrical Weapons. European Non-Lethal Weapons Conference, Brussels, May 2019.

Kroll MW, Wallentine K.

Arrest-Related Deaths: Managing Your Medical Examiner. Lexipol WebCast 20 June 2019.

https://info.lexipol.com/webinar-arrest-related-deaths

Kroll MW

Clinical Applications of Defibrillation Research. University of Illinois, Champaign-Urbana. Dec 2019

Kroll MW, Morita T

> Defending Non-firearm Arrest-Related Death Cases. International Municipal Lawyers Association Conference. Washington, DC. 24 April 2020.

Chiles BC, Nerheim MH, Brave MA, Panescu D, Kroll MW.

> Conducted Electrical Weapon Controlled-Charge Delivery. IEEE EMBC July 2020

Kroll MW, Panescu D, Andrews CJ.

> Bioelectrical Effects of Direct Current. 4th International Symposium "Electricity and Safety in the 21st Century" June 2020 Dresden, Germany

Kroll MW.

> Science of Restraint-related Death. Office of Special Investigations Training Program. New York State Attorney General Division. March 25, 2021

Kroll MW.

> Pneumatic Pseudo-Impedance of Spit Masks. Special Seminar on Spit Masks. Americans for Effective Law Enforcement. April 28, 2021.

Kroll MW.

> Fibrillation Risk of Rapid Short Pulse Trains. 4th International Symposium – Electricity and Safety in the 21st Century: Not AC – Not DC: Special Aspects of Current Impulses and Discharges. Köln, Germany. June 2021.

Pillarisetti J, Gruslova AB, Porterfield JE, Feldman MD, Kottam AG, Swerdlow CD, Kroll MW.

> A Novel High Frequency Lead Integrity Testing Device Detects ICD Lead Insulation Breaches. Heart Rhythm Society. July 2021

## PAPERS AND MEDLINE INDEXED LETTERS:

Kroll MW; Fulton KW

> "Slope Filtered Pointwise Correlation Dimension Algorithm and its Evaluation with Pre-Fibrillation Heart Rate Data," J*ournal of Electro cardiology*, March 1992, Vol 24S

Kroll MW; Anderson KM; Supino CG; Adams TP

> "Decline in Defibrillation Thresholds," *Pacing and Cardiovascular Electrophysiology*, Jan. 1993, Vol 16 #1 Pt. II.

Kroll MW

> "A Minimal Model for the Monophasic Defibrillation Pulse," *Pacing and Cardiovascular Electrophysiology*, April 1993, Vol 16 #4.

Kroll MW

> A Minimal Model of the Single Capacitor Biphasic Defibrillation Waveform. *Pacing and Cardiovascular Electrophysiology*, November 1994 Vol 17 Pt. I.

Hoium H; Brewer JE; Kroll KC; Kroll MW; Kroll KJ

> Use of Subthreshold Transcutaneous Stimulation as a Possible Prognostic Test for Ventricular Tachycardia. *European Journal of Biomedical Engineering*, June 1994, Vol 16, # 3/4.

Rist K; Tchou PJ; Mowrey K; Kroll MW; Brewer JE

> Small Capacitors Improve the Biphasic Waveform. *Journal of Cardiovascular Electrophysiology*, September 1994.

Brewer JE; Tvedt MA; Adams TP; Kroll MW

> Low Voltage Shocks Have a Significantly Higher Tilt of the Internal Electric Field Than Do High Voltage Shocks. *Pacing and Cardiovascular Electrophysiology*, January 1995, Vol 18, Pt. II

Leonelli FM; Wright H; Latterell ST; Nelson RS; Adams TP; Kroll MW

> "A Long Thin Electrode Is Equivalent to a Short Thick Electrode for Defibrillation in The Right Ventricle." *Pacing Clinical Electrophysiology*, January 1995.

Leonelli FM, Wright H, Brewer JE, Adams TP, Kroll MW

> Woven wire patches are superior to solid disks for subcutaneous electrodes: implications for active can defibrillation. *Pacing Clinical Electrophysiology* January 1995.

Leonelli FM; Kroll MW, Brewer JE

> "Defibrillation Thresholds Are Lower with Smaller Storage Capacitors." *Pacing and Clinical Electrophysiology*, Sept 1995. Vol. 18.

Brewer JE; Perttu JS; Brumwell D; Supino J; Adams T; Kroll MW

> Dual level sensing significantly improves automatic threshold control for R wave sensing in implantable defibrillators. *Pacing Clinical Electrophysiology* 1996 Dec;19(12 Pt 1)

Yamanouchi Y, Mowrey KA, Nadzam GR, Hills DG, Kroll MW, Brewer JE, Donohoo AM, Wilkoff BL, Tchou PJ

> Large change in voltage at phase reversal improves biphasic defibrillation thresholds. Parallel-series mode switching. *Circulation* 1996 Oct 1;94(7)

Yamanouchi Y, Brewer JE, Mowrey KA, Kroll MW, Donohoo AM, Wilkoff BL, Tchou PJ

> Sawtooth first phase biphasic defibrillation waveform: A comparison with standard waveform in clinical devices *Journal Cardiovascular Electrophysiology* 8 (5) (May 1997)

Swerdlow CD, Brewer JE, Kass RM, Kroll MW

> Application of models of defibrillation to human defibrillation data: implications for optimizing implantable defibrillator capacitance. *Circulation* 1997 Nov 4;96(9):2813-2822

Yamanouchi Y, Mowrey KA, Kroll MW, Brewer JE, Donohoo AM, Wilkoff BL, Tchou PJ

> Optimized first phase tilt in "parallel-series" biphasic waveform. *Journal Cardiovascular Electrophysiology* 1997 Jun;8(6)

Kroll MW, Brewer JE

> Automated external defibrillators: design considerations. *New Horizons in Emergency Medicine* 1997 May;5(2)

Mouchawar GA, Wolsleger WK, Doan PD, Causey JD 3rd, Kroll MW

> Does an SVC electrode further reduce DFT in a hot-can ICD system? *Pacing Clinical Electrophysiology* 1997 Jan;20(1 Pt 2)

Yamanouchi Y, Mowrey KA, Nadzam GR, Hills DG, Kroll MW, Brewer JE, Donohoo AM, Wilkoff BL, Tchou PJ

> Effects of polarity on defibrillation thresholds using a biphasic waveform in a hot can electrode system. *Pacing Clinical Electrophysiology* 1997 Dec;20(12 Pt 1)

Yamanouchi YY, Mowrey KA, Kroll MW, Brewer JE, Donohoo AM, Niebauer MJ, Wilkoff BL, Tchou PJ

> Effects of respiration phase on ventricular defibrillation threshold in a hot can electrode system. *Pacing Clinical Electrophysiology* 1998 Jun;21(6)

Leonelli FM, Wang KE, King C, Brewer J, Donohoo AM, Kroll MW

> Energy steering of biphasic waveforms using a transvenous three electrode system. *Pacing Clinical Electrophysiology*. 1999 Jun;22(6 Pt 1):849-54.

Mehdirad AA, Love CJ, Stanton MS, Strickberger SA, Duncan JL, Kroll MW

> Preliminary clinical results of a biphasic waveform and an RV lead system. *Pacing Clinical Electrophysiology*. 1999 Apr;22(4 Pt 1):594-9.

Malik, M., Ryan, S.J., Kroll, M.W. and Hoium, H.H.

> Computer simulation of optimum electrode configuration for the induction of noninvasive Wedensky phenomenon in man. In Computers in Cardiology, 1999: 209-212

Hnatkova, K; Kroll, M. W.; Ryan, S. J.; Munger, T. M.; Samniah, N.; Hegrenaes, L.; Benditt, D. G.; Stanton, M.; Bathen, J.; Rossvoll, O.; Hoium, H. H.; Malik, M.

> Wavelet decomposition of Wedensky modulated electrocardiograms : Differences between patients with ventricular tachycardia and healthy volunteers. *Computers in Cardiology*. 1999:157-160.

Mouchawar G, Kroll M, Val-Mejias JE, Schwartzman D, McKenzie J, Fitzgerald D, Prater S, Catcher M, Fain E, Syed Z.

> ICD waveform optimization: A randomized, prospective, pair-sampled multimember study. *Pacing Clinical Electrophysiology*. 2000 Nov;23(11 Pt 2):1992-5.

Val-Mejias JE, Brewer, JE, Kroll MW

> Efficient defibrillation with new asymmetric waveform, Cardiostim 2001 Proceedings, *Europace* 2001; 589—594.

Val-Mejias JE, Brewer, JE, Kroll MW

> Capture threshold correlates with defibrillation threshold, Cardiostim 2001 Proceedings, *Europace* 2001; 595—600

Kroll MW

> Waveform Flexibility: The Present and Future Solution for Clinically Effective Defibrillation, Cardiac Arrhythmias 2003. 2004, pp 519-526.

Boriani G, Biffi M, Silvestri P, Martignani C, Valzania C, Diemberger I, Moulder C, Mouchawar G, Kroll M, Branzi A.

> Mechanisms of Pain Associated with Internal Defibrillation Shocks: Results of a Randomized Study of Shock Waveform, *Heart Rhythm*, July 2005

Denman RA, Umesan C, Martin PT, Forbes RN, Kroll MW, Anskey EJ, Burnett HE.

> Benefit of millisecond waveform durations for patients with high defibrillation thresholds. *Heart Rhythm*. 2006 May;3(5):536-41.

Kroll MW, Efimov IR, Tchou PJ

> Present Understanding of Shock Polarity For Internal Defibrillation: The Obvious and Non-obvious Clinical Implications. *Pacing Clinical Electrophysiology Aug 2006;29 :1-7*

Karlheinz Seidl, Russell A. Denman, J. Christopher Moulder, Gabriel Mouchawar, Christoph Stoeppler, Torsten Becker, Udo Weise, Emma J. Anskey, Helen E. Burnett, Kroll MW

> Stepped Defibrillation Waveform Is Substantially More Efficient Than The 50% Tilt Biphasic. *Heart Rhythm* December 2006

Keane D, Aweh N, Hynes B, Sheahan RG, Cripps T, Bashir Y, Zaidi A, Fahy G, Lowe M, Doherty P, Kroll MK.

Achieving Sufficient Defibrillation Safety Margins with Fixed Duration Waveforms and the Use of Multiple Time Constants. *Pacing Clinical Electrophysiology* 2007 May;30(5):596-602.

Kroll MW, Calkins H, Luceri RM.

Electronic control devices and the clinical milieu. J Am Coll Cardiol. 2007 Feb 13;49(6):732; author reply 732-3

Natarajan S, Henthorn R, Burroughs J, Esberg D, Zweibel S, Ross T, Kroll MW, Gianola D, Oza A

"Tuned" Defibrillation Waveforms Outperform 50/50% Tilt Defibrillation Waveforms. *Pacing Clinical Electrophysiology* 2007; 30:S139–S142

Boriani, G, Edvardsson N, Biffi, M Silvestri P, Martignani C, Valzania C, Diemberger I, Moulder C, Mouchawar G, Poci D, Branzi A, and Kroll MW,

Plateau Waveform Shape Allows a Much Higher Shock Energy Tolerance in AF Patients. *J Cardiovascular Electrophysiology* May 14, 2007

Kroll MW, Swerdlow CD

Optimal Waveforms for ICDs. *Journal of Interventional Cardiac Electrophysiology* 2007 Apr;18(3):247-63.

Stratbucker RA, Kroll MW, McDaniel W, Panescu D.

Cardiac Current Density Distribution by Electrical Pulses from TASER devices. Conf Proc IEEE Eng Med Biol Soc. 2006;1:6305-7.

Panescu D, Kroll MW, Efimov IR, Sweeney JD.

Finite Element Modeling of Electric Field Effects of TASER Devices on Nerve and Muscle. Conf Proc IEEE Eng Med Biol Soc. 2006;1:1277-9.

Kroll MW, Luceri RM, Calkins H.

> A very interesting case study involving a TASER Conducted Electrical Weapon (CEW) used on a patient with a pacemaker. J Cardiovasc Electrophysiol. 2007 Dec;18(12):E29-30

Kroll MW.

> Crafting the Perfect Shock. Spectrum 2007;44(12):27-30.

Kroll MW.

> Der Perfekte Schock. (German translation of Spectrum article) Polizeitrainer Magazin 2008;11:9-15.

Gold MR, Val-Mejias  J, Leman  RB, Tummala R, Royal S, Kluger J, Kroll MW, Oza A.

> Optimization of superior vena cava coil position and usage for transvenous defibrillation. Heart Rhythm. 2008 Mar;5(3):394-9.

Kroll MW, Calkins H, Luceri RM, Graham MA, Heegaard WG.

> Sensitive Swine and TASER Electronic Control Devices. Academic and Emergency Medicine 2008; 15(7):695-696.

Kroll MW, Calkins H, Luceri RM, Graham MA, Heegaard WG.

> TASER Electronic Control Devices: Review of a Review. CMAJ epub 2 July 2008. http://www.cmaj.ca/cgi/eletters/178/11/1451

Kroll MW, Calkins H, Luceri RM, Graham MA, Heegaard WG.

> Electronic Control Devices.  CMAJ epub  July 2008.
>
> http://www.cmaj.ca/cgi/content/full/179/4/342-b

Kroll MW.

> Physiology and Pathology of TASER® Electronic Control Devices. J Forensic and Legal Medicine. 2009;16:173-177.

Panescu D, Kroll MW, Stratbucker RA.

> Theoretical possibility of ventricular fibrillation during use of TASER neuromuscular incapacitation devices. Proceedings EMBC 2008;1:5671-5674

Kroll MW.

> Idiot-Proofing the AED. (Automatic External Defibrillators) Spectrum Nov 2008.

Wang H, Tang W, Tsai M-S, Sun S, Gilman B, Li Y, Castillo C, Kroll, MW, Guan J, Brewer JE, Weil MH

> Transthoracic Application of Electrical CPR for Treatment of Cardiac Arrest. Critical Care Medicine Nov 2008;36(11):S458-S466.

Wang H, Tang W, Tsai M-S, Sun S, Li Y, Gilman B, Kroll, MW, Guan J, Brewer JE, Weil MH

> Coronary Blood Flow Produced By Muscle Contractions Induced By Intracardiac Electrical CPR During Ventricular Fibrillation. *Pacing Clinical Electrophysiology* 2009;32S1:223-227.

Gold MR, Kroll, MW, Ellenbogen K

> ICD Implant Strategy: Are we Asking the Wrong Question? *Pacing Clinical Electrophysiology* 2009;32:567-569.

Dawes DM, Ho JD, Kroll MW, Miner JR

> Electrical Characteristics of an Electronic Control Device Under a Physiologic Load: A Brief Report. *Pacing Clinical Electrophysiology* 2010;33(3):330-336.

Gilman B, Brewer JE, Kroll, MW

> Medical Device Design Process. Conf Proc IEEE Eng Med Biol Soc. 2009;1:5609-12

Vanga SR, Kroll MW, Swerdlow CD, Lakkireddy DJ.

> TASER Conducted Electrical Weapons and Implanted Pacemakers and Defibrillators. Conf Proc IEEE Eng Med Biol Soc. 2009;1:3199-204.

Kroll MW, Carver M, Kroll RM, Hinz AF.

> Cardiac Effects of Varying Pulse Charge and Polarity of TASER® Conducted Electrical Weapons. Conf Proc IEEE Eng Med Biol Soc. 2009;1:3195-8.

Panescu D, Kroll MW, Stratbucker R.

> Medical safety of TASER conducted energy weapon in a hybrid 3-point deployment mode. Conf Proc IEEE Eng Med Biol Soc. 2009;1:3191-4.

Gilman B, Kroll MW, Brewer JE.

> Medium Voltage Therapy for Preventing and Treating Asystole and PEA in ICDs. Conf Proc IEEE Eng Med Biol Soc. 2009;1:4623-5.

Kroll MW

> Four-Terminal Impedance Monitoring of Cardiac Output: An Elegant Clinical Application of A Classical Engineering Trick. Europace 2010;12(5):616-617.

Kroll MW, Schwab, J

> Achieving Low Defibrillation Thresholds at Implant: Pharmacological influences, RV coil polarity and position, SVC coil usage and positioning, pulse width settings, and the azygous vein. J Cardiovascular Pharmacology Epub: Jun 30 2010

Vanga SR, Bommana S, Kroll, MW, Becker S, Lakkireddy D

Impedance Changes on Defibrillation Coils After Superior Vena Cava Isolation in a Patient with Atrial Fibrillation: Lead Damage or Electromechanical Interference? Pacing and Clinical Electrophysiology. 2010 epub doi: 10.1111/j.1540-8159.2010.02927.x


Biria M, Bommana SR, Kroll MW, Lakkireddy DJ

Multi-System Interactions of Conducted Electrical Weapons (CEW) – A Review. Conf Proc IEEE Eng Med Biol Soc. 2010:1266-1270.


Kroll MW, Panescu D, Hinz AF, Lakkireddy D.

A Novel Mechanism for Electrical Currents Inducing Ventricular Fibrillation: The Three-Fold Way to Fibrillation. Conf Proc IEEE Eng Med Biol Soc. 2010:1990-1996.


Kroll MW.

To the Editor-End of the apex era? Heart Rhythm. 2011 Mar;8(3):e9-10


Kong X, Chbat N, Haemmerich D, Kroll M, Panescu D.

Innovative Engineering Solutions. IEEE Pulse. 2011 Jan-Feb;2(1):34-38.


Walcott G, Kroll M, Ideker R.

Ventricular Fibrillation Threshold of Rapid Short Pulses. Conf Proc IEEE Eng Med Biol Soc. 2011: Aug;2011:271-7.


Kroll M, Lakkireddy D, Rahko P, Panescu D.

Ventricular Fibrillation Risk Estimation for Conducted Electrical Weapons: Critical Convolutions. 2011: Aug;2011:255-8.

Kroll MW, Dawes DM, Heegaard WG.

> TASER electronic control devices and eye injuries. Doc Ophthalmol. 2012 Apr;124(2):157-9

Conelius J, DeForge W, Pittaro M, Kroll M.

> Programming of the Individual Phases of the Defibrillation Waveform to Achieve an Adequate Defibrillation Safety Margin: Utilization of a Surrogate Cardiac Membrane Time Constant. EP Lab Digest. 2012 March:26-27.

Kroll M.

> Realities of Biomedical Product Liability Suits and the Role of Junk Science: From Breast Implants to TASER Weapons. IEEE Pulse. 2012 Sep;3(5):27-32.

Kroll M, Walcott GP, Ideker RE, Graham MA, Calkins H, Lakkireddy D, Luceri RM, Panescu D

> The Stability of Electrically Induced Ventricular Fibrillation EMBS Proceedings. 2012; 34:6377-6383.

Kroll M, Fish R, Calkins H, Halperin H, Lakkireddy D, Panescu D.

> Defibrillation Success Rates for Electrically-Induced Fibrillation: Hair of the Dog. EMBS Proceedings. 2012; 34:689-693.

Kroll M, Fish R, Lakkireddy D, Luceri R, Panescu D.

> Essentials of Low-Power Electrocution: Established and Speculated Mechanisms. Conf Proc IEEE Eng Med Biol Soc. 2012; 34:5734-5740.

Doshi SK, Pittaro MD, Reeves R, Boyce K, Payne JP, Kroll MW, et al.

> Efficacy of Tuned Waveforms Based on Different Membrane Time Constants on Defibrillation Thresholds: Primary Results from the POWER Trial. Pacing Clin Electrophysiol 2012. Oct;35(10):1253-61.

Kroll MW

Response to Irnich letter re Efficacy of Tuned Waveforms. Pacing Clin Electrophysiol 2013 Apr;36(4):535.


Panescu D, Nerheim M, Kroll MW

Electrical Safety of Conducted Electrical Weapons Relative to Requirements of Relevant Electrical Standards. Conf Proc IEEE Eng Med Biol Soc. 2013. 35: 5342-5347.


Kroll MW.

Arrest-Related Death: Evidence Collection. ResearchGate [Technical Report]. 2013; 18 May 2013:1-9. Available at: https://www.researchgate.net/publication/262639672_Arrest-Related_Death_Evidence_Collection.


Kroll M, Lakkireddy D, Stone J, Luceri R.

TASER® electronic control devices and cardiac arrests: Coincidental or causal? Circulation. 2014;129:93-100.


Criscione JC, Kroll MW.

Incapacitation recovery times from a conductive electrical weapon exposure. Forensic Sci Med Pathol. 2014. 10(2):203-207


Kroll MW, Lakkireddy DR, Stone JR, Luceri RM.

Response to letter regarding article, "TASER electronic control devices and cardiac arrests: coincidental or causal?" Circulation. 2014 Nov 4;130(19):e168.


Kollmann DT, Swerdlow CD, Kroll MW, Seifert GJ, Lichter PA.

ICD Lead Failure Detection through High Frequency Impedance. Conf Proc IEEE Eng Med Biol Soc. 2014. 36: 6487-6492.

Panescu D, Kroll MW, Iverson C, Brave MA.

> The Sternum as an Electrical Shield. *Conf Proc IEEE Eng Med Biol Soc.* 2014;36:4464-4470.

Panescu D, Kroll MW, Brave MA.

> Transthoracic Cardiac Stimulation Thresholds for Short Pulses. *Conf Proc IEEE Eng Med Biol Soc.* 2014;36:4471-4474.

Panescu D, Kroll MW, Brave MA.

> Limitations of Animal Electrical Cardiac Safety Models. *Conf Proc IEEE Eng Med Biol Soc.* 2014;36:6483-6486.

Walcott GP, Kroll MW, Ideker RE.

> Ventricular Fibrillation: Are Swine a Sensitive Species? *J Interventional Cardiac Electrophysiology.* 2015. 42(2):83-89.

Irnich W, Kroll MW

> A Novel Model of Electrostimulation Based on the Membrane Capacitance as Electro-Mechanical Transducer for Pore Gating. *Pacing and Clinical Electrophysiology. 2015* doi: 10.1111/pace.12573.

MW Kroll

> Conducted Electrical Weapon Drive-Stun Mode: Skin Rub vs. Injection. *Technical Note*, 2015. DOI:10.13140/RG.2.1.2488.2724

MW Kroll

> Baseball, Poison, and Soup Recipes: The TASER Trio of Popular Myths. *Technical Note,* pp. 1-3, 1 March 2015 DOI: 10.13140/RG.2.1.3348.4320.

MW Kroll

> Significance of Sound During CEW Application, *Technical Report,* pp. 1-3, 2013. DOI:10.13140/RG.2.1.2262.9925

Dorin Panescu, Mark Kroll, Chris Andrews, Hugh Pratt

> Transthoracic Ventricular Fibrillation Charge Thresholds. *Conf Proc IEEE Eng Med Biol Soc.* 2015;37:7208-7213.


Dorin Panescu, Mark Kroll, Michael Brave

> Cardiac Fibrillation Risks with TASER Conducted Electrical Weapons. *Conf Proc IEEE Eng Med Biol Soc.* 2015;37:323-329


Daniel Kollmann, Charles Swerdlow, Mark Kroll, Gregory John Seifert, Patrick Lichter, Daniel Hedin, Dorin Panescu

> ICD Lead Failure Detection in Chronic Soaked Leads. *Conf Proc IEEE Eng Med Biol Soc.* 2015;37 5667-5671.


Mark W Kroll, Peter E. Perkins, Dorin Panescu

> Electric Fence Standards Comport with Human Data and AC Limits. *Conf Proc IEEE Eng Med Biol Soc.* 2015;37:1343-1348


Kroll M. A Brief Primer on Cardiac Arrest Rhythms ResearchGate [Technical Report]. 2015; 30 May 2015:1-9. DOI10.13140/RG.2.2.29179.31527

> https://www.researchgate.net/publication/316524318_A_Brief_Primer_on_Cardiac_Arrest_Rhythms.


Kroll MW

> Please do not confuse ICD testing with ICD optimization. *Cardiac Rhythm News.* Dec 2015. Invited Paper. http://www.cxvascular.com/crn-features/cardiac-rhythm-news---features/in-the-absence-of-testing-icd-optimisation-should-always-be-done


Pittaro M, DeForge W, Kroll MW

> Defibrillation safety margin testing with a modified upper limit of vulnerability utilizing a single, electrogram derived coupling interval. *Pacing Clinical Electrophysiology. 2016; 39(7):652-7*

Mark W. Kroll, Mollie B. Ritter, Richard A. Guilbault, Dorin Panescu

> Infection Risk From Conducted Electrical Weapon Probes. *Journal of Forensic Sciences* 2016: Jul 18. doi: 10.1111/1556-4029

Kroll MW, Luceri RM, Lakireddy D, Calkins H

> Do TASER Electrical Weapons Electrocute? *Canadian Journal of Cardiology.* 2016 doi: 10.1016/j.cjca.2015.12.030

Karch SB, Brave MA, Kroll MW

> On positional asphyxia and death in custody. *Med Sci Law.* 2016 Jan;56(1):74-5.

Kroll MW, Adamec J, Wetli CV, Williams HE

> Fatal traumatic brain injury with electrical weapon falls. *Journal of Forensic and Legal Medicine.* 2016;43:12-19.

Kroll MW, Luceri RM

> Estimation of Pacemaker and ICD Interaction with Electrical Weapons: Italy Demographics of Electronic Control Recipients. *Technical Note:* DOI: 10.13140/RG.2.2.18765.69608

Panescu D, Kroll MW, Brave MA

> Current Distribution in Tissues with Conducted Electrical Weapons Operated in Drive-Stun Mode. *Conf Proc IEEE Eng Med Biol Soc.* 2016;38:5241-5245.

Brave MA, Lakkireddy DJ, Kroll MW, Panescu D

> Validity of the Small Swine Model for Human Electrical Safety Risks. *Conf Proc IEEE Eng Med Biol Soc.* 2016;38:2343-2348.

Kroll MW

Misunderstanding the Trigger-pull Download. Aug 2016. https://www.researchgate.net/publication/321339912_Misunderstanding_the_Trigger-pull_Download

Kroll MW, Still GK, Neuman TS, Graham MA, Griffin L.

Acute forces required for fatal compression asphyxia: A biomechanical model and historical comparisons. *Medicine, Science, and the Law.* 2017 57(2):61-68.

Griffin LV, Kroll MW.

Rib-cage strength calculator. 2016; https://www.researchgate.net/publication/311518699_Rib-cage_strength_calculator.

Kroll MW, Ritter MB, Williams HE

Fatal and Non-Fatal Burn Injuries with Electrical Weapons and Explosive Fumes. *J Forensic & Legal Medicine.* 2017;50:6-11.

Varma N, Schaerf R, Kalbfleisch S, Pimentel R, Kroll MW, Oza A.

Defibrillation thresholds with right pectoral implantable cardioverter defibrillators and impact of waveform tuning (the Tilt and Tune trial). *Europace.* 2017;19(11):1810-1817.

Kroll MW

Positional, Compression, and Restraint Asphyxia: A Brief Review. *Technical Note*: DOI: 10.13140/RG.2.2.29179.31527

Panescu D, Kroll MW, Brave MA

New Conducted Electrical Weapons: Finite Element Modeling of Safety Margins. *Conf Proc IEEE Eng Med Biol Soc.* 2017;39: *2170 – 2176.*

Panescu D, Kroll MW, Brave MA

New Conducted Electrical Weapons: Thoracic Cage Shielding Effects. *Conf Proc IEEE Eng Med Biol Soc.* 2017;39: *2191-2196.*

Panescu D, Nerheim M, Kroll MW, Brave MA

New Conducted Electrical Weapons: Electrical Safety Relative to Relevant Standards. *Conf Proc IEEE Eng Med Biol Soc.* 2017;39: *2185 – 2190.*

Luceri RM, Kroll MW, Calkins H, Halperin H.

Commentary on: Gibbons J, Mojica A, Peele M. Human electrical muscular incapacitation and effects on QTc interval. *J Forensic Sciences*. doi: 10.1111/1556-4029.13490. Epub 2017 April 17.

Kroll MW

A new study looks at the cognitive effects of electronic control vs. physical exertion and alcohol. *PoliceOne* Jan 2018. Invited Review.

Kroll MW, Ritter MB, Kennedy EA, Silverman N, Shinder R, Brave MA, Williams HE.

Eye Injuries from Electrical Weapon Probes: Incidents, Prevalence, and Legal Implications. *J Forensic & Legal Medicine.* 2018 Feb 14;55:52-57. doi: 10.1016/j.jflm.2018.02.013.

Kunz S, Adamec J, Calkins H, Kroll MW.

Adrenergic and Metabolic Effects of Electrical Weapons: Review and Meta-analysis of Human Data. *International J Legal Medicine.* Int J Legal Med. 2018 Sep;132(5):1469-1475. doi: 10.1007/s00414-018-1771-2. Epub 2018 Jan 19.

Kunz S, Adamec J, Calkins H, Kroll MW.

Cardiac and Skeletal Muscle Effects of Electrical Weapons: A Review of Human and Animal Studies. *Forensic Science Med Pathol* 2018 Sep;14(3):358-366. doi: 10.1007/s12024-018-9997-3. Epub 2018 Jun 28.

Kroll MW, Ritter MB, Kennedy EA, Silverman N, Shinder R, Brave MA, Williams HE.

> Eye Injuries from Electrical Weapon Probes: Mechanisms & Treatment. *American J Emergency Medicine.* 2018 2018 Apr;55:52-57. doi: 10.1016/j.jflm.2018.02.013. Epub 2018 Feb 14.

Kroll MW.

> Cause-Of-Death Challenges in Arrest-Related Deaths. *PoliceOne* June 2018

Chiles BC, Nerheim MH, Brave MA, Panescu D, Kroll MW.

> Electrical Weapon Charge Delivery with Arcing. *Conf Proc IEEE EMBC.* 2018;40:

Kroll MW, Hail SL, Kroll RM, Wetli CV, Criscione JC.

> Electrical Weapons and Excited Delirium: Shocks, Stress, and Serum Serotonin. *Forensic Science Medicine & Pathology.* August 2018*; 14(4):478-83. doi:10.1007/s12024-018-0005-8.*

Kroll MW, Ritter MB, Perkins PE, Shams L, Andrews CJ.

> Perceived Electrical Shock and Bayesian Inference with Multisensory Stimuli. *American J Emergency Medicine* 2019 Mar;37(3):547-548. doi: 10.1016/j.ajem.2018.07.042. Epub 2018 Jul 21.

Kroll MW, Brave MA, Kleist SR, Ritter MB, Ross DL, Karch SB.

> Applied Force During Prone Restraint: Is Officer Weight a Factor? *American J Forensic Medicine Pathology* 2019; 40 (1):1-7. doi:10.1097/PAF.0000000000000457

Kroll MW, Panescu D, Hirtler R, Koch M, Andrews CJ.

> Dosimetry for Ventricular Fibrillation Risk with Short Electrical Pulses: History and Future. *Conf Proc IEEE Eng Med Biol Soc.* 2019;41:1788-1794.

Kroll MW, Kroll LC, Panescu D, Perkins PE, Andrews CJ.

> High Impedance Electrical Accidents: Importance of Subject and Source Impedance. *Conf Proc IEEE Eng Med Biol Soc.* 2019;41: 1769-1775.

Kroll MW, Brave MA, Pratt HMO, Witte KK, Kunz SN, Luceri RM.

> Benefits, Risks, and Myths of Handheld Electrical Weapons. *Human Factors and Mechanical Engineering for Defense and Safety. 2019: 3: 7. https://doi.org/10.1007/s41314-019-0021-9*

Kroll MW.

> 8 facts about excited delirium syndrome (ExDS) we learned in 2018. *PoliceOne.* 11 March 2019. https://www.policeone.com/police-training/articles/483189006-8-facts-about-excited-delirium-syndrome-ExDS-we-learned-in-2018/?

Kroll MW, Ritter MB, Perkins PE, Shams L, Andrews CJ.

> Perceived Electrical Injury: Misleading Symptomology due to Multisensory Stimuli. *J of Emergency Medicine* 2019 May;56(5):e71-e79. doi: 10.1016/j.jemermed.2019.01.013. Epub 2019 Feb 28.

Huang J, Ruse RB, Walcott GP, Litovsky S, Bohanan SJ, Gong D, Kroll MW.

> Ascending Waveform Significantly Reduces Myocardial Defibrillation Damage. *J American College of Cardiology: Electrophysiology 2019 Jul;5(7):854-862. doi: 10.1016/j.jacep.2019.04.006. Epub 2019 May 29.*

Swerdlow CD, Porterfield JE, Kottam AG, Kroll MK.

> Why Low-Voltage Shock Impedance Measurements Fail to Detect Insulation Breaches in Transvenous Defibrillation Leads. *Heart Rhythm Journal:* 2019;16(11):1729-1737

Swerdlow CD, Koneru JN, Gunderson B, Kroll MK.

>   Impedance in the Diagnosis of Lead Malfunction. *Circulation Arrhythmia Electrophysiol:* 2020 Jan 27. doi: 10.1161/CIRCEP.-119.008092.

Kroll MW, Brave MA, Kleist SR, Ritter MB, Ross DL, Karch SB.

>   Prolonging the Prone Postulate. *Am J Forensic Med Pathol* 2020; 41(1):81-82.

Kroll MW, Brave MA.

>   Defending Non-Firearm Arrest-Related Death Incidents. International Municipal Lawyers Association (IMLA). Conference Paper. IMLA 2020 Mid-Year Seminar, April 24-27, 2020, Washington, D.C. https://www.researchgate.net/publication/342064787_Kroll_MW_Brave_MA_Defending_Non-Firearm_Arrest-Related_Death_Incidents_International_Municipal_Lawyers_Association_IMLA_Conference_Paper_IMLA_2020_Mid-Year_Seminar_April_24-27_2020_Washington_DC

Kroll MW, Witte KK, Kunz SN, Luceri RM, Criscione JC.

>   Electrical Weapons and Hematocytes. 2020: *J Forensic & Legal Medicine: Epublished 2020;73:101990.*

Kroll MW, Perkins PE, Pratt H, Stuart E, Bury J, Panescu D.

>   Safety of a High-Efficiency Electrical Fence Energizer. *Conf Proc IEEE Eng Med Biol Soc.* 2020;42:5016-5020

Kroll MW, Witte KK, Calkins H, Luceri RM.

>   Electrical Weapons and Electrophysiology. *J Amer Coll Cardiology: Case Reports.* Oct 2020;2(12):2048-2049

P Schneeweiss, D Panescu, D Stunder, MW Kroll, CJ Andrews, T Theiler.

>   Computational Models For Contact Current Dosimetry At Frequencies Below 1 MHz. *Medical & Biological Engineering & Computing.* 2021;59(1):107-119.

Kroll MW, Witte KK, Ritter MB, Kunz SN, Luceri RM, Criscione JC.

Electrical Weapons  and Rhabdomyolysis. *Forensic Science Medicine & Pathology. 2021;17(1):58-63.*


Kroll MW

Naked but Dangerous. Police1 July 2021 [https://www.police1.com/use-of-force/articles/research-review-naked-but-dangerous-tMsIjT1MB2uuJKCm/](https://www.police1.com/use-of-force/articles/research-review-naked-but-dangerous-tMsIjT1MB2uuJKCm/)


Kroll MW, Ross DL, Brave MA, Williams HE.

Police shootings after electrical weapon seizure: homicide or suicide-by-cop. International J Legal Medicine*. 2021;135(6):2547-2554.*


Kroll  MW, Hail S, Brave MA, Kroll RM, Williams HW.

Pneumatic Impedance of Spit Socks and N95 Masks: The Applicability to Death Investigation. *Am J Forensic Med Pathol*. 2022;43(1):7-10.


Kroll MW, Hall CA, Bozeman WF, Luceri RM

The Prone Position Paradox. *Medicine, Science and the Law.* 2021: 258024211051436. *DOI: 10.13140/RG.2.2.17175.29608*


Kroll MW

The Dying Gasps of the Prone Asphyxia Hypothesis. Nov 2021. [https://www.researchgate.net/publication/356267668_The_Dying_Gasps_of_the_Prone_Asphyxia_Hypothesis](https://www.researchgate.net/publication/356267668_The_Dying_Gasps_of_the_Prone_Asphyxia_Hypothesis) DOI:[10.13140/RG.2.2.23224.26889](10.13140/RG.2.2.23224.26889)


Kroll MW

Electrocution Primer. Nov 2021. https://www.researchgate.net/publication/356194079_Electrocution_Primer

Kroll MW, Perkins PE, Chiles BD, Pratt H, Witte KK, Luceri RM, Panescu D.

> Output of Electronic Muscle Stimulators: Physical Therapy and Police Models Compared. *Conf Proc IEEE Eng Med Biol Soc.* 2021;43:1264-1268.

Chiles BC, Nerheim MH, Markle RC, Brave MA, Panescu D, Kroll MW.

> Detection of Arcing and High Impedance with Electrical Weapons. *Conf Proc IEEE Eng Med Biol Soc.* 2021;43:1252-1256

Chiles BC, Nerheim MH, Markle RC, Brave MA, Panescu D, Kroll MW.

> Estimation of Physiological Impedance from Neuromuscular Pulse Data. *Conf Proc IEEE Eng Med Biol Soc.* 2021;43:1246-1251.

Kroll MW, Andrews CJ, Panescu D.

> Electrocution: Direct-current Dogma Dies Hard. *Am J Forensic Med Pathol* 2021;42(4):405-406.

Kroll MW, Hisey, DAS, Andrews CJ, Perkins PE, Panescu D.

> Humidity and Ventricular Fibrillation: When Wet Welding can be Fatal. *Conf Proc IEEE Eng Med Biol Soc.* 2021;43: 1462-1467.

Kroll MW, Panescu D, Perkins PE, Hirtler R, Koch M, Andrews CJ.

> Ventricular Fibrillation Threshold vs Alternating Current Shock Duration. *Conf Proc IEEE Eng Med Biol Soc.* 2021;43:1257-1263.

Kroll MW, Melinek J, Martin JA, Brave MA, Williams HE.

> Electrical-Weapon Confusion Officer-Involved Shootings. J Forensic Science Medicine & Pathology *2022*

Kroll MW, Panescu D, Perkins PE, Koch M, Andrews CJ.

> Electrocution Risk of Capacitive Discharge Shocks: Application to Electric Vehicle Charging. *Conf Proc IEEE Eng Med Biol Soc.* 2022;44*: in press*