```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF OKLAHOMA
CYNTHIA LAKEY AND DOUGLAS      )
LAKEY, as co-Special           )
Administrators for the Estate  )
of Jared Lakey,                )
                               )
        Plaintiff,             )
                               )
-vs-                           )      No. 20-cv-152-RAW
                               )
CITY OF WILSON; JOSHUA         )
TAYLOR, in his official and    )
individual capacitites; BRANDON)
DINGMAN, in his individual     )
capacity; CHRIS BRYANT, in his )
official and individual        )
capacity as Sheriff of Carter  )
County; DAVID DUGGAN, in his   )
individual capacity; LONE      )
GROVE; TERRY MILLER, in his    )
individual capacity; and KEVIN )
COOLEY, in his official and    )
individual capacity,           )
                               )
        Defendants.            )
```



```
                 * * * * *
     VIDEOTAPED DEPOSITION OF MARK TAYLOR COLE
        TAKEN ON BEHALF OF THE DEFENDANTS
              IN ARDMORE, OKLAHOMA
              ON JUNE 22, 2021
           COMMENCING AT 10:48 A.M.
                 * * * * *


              INSTASCRIPT, L.L.C.
           125 PARK AVENUE, SUITE LL
          OKLAHOMA CITY, OKLAHOMA 73102
                405.605.6880
             schedule@instascript.net

REPORTED BY:  BETH A. McGINLEY, CSR, RPR, RMR
```

EXHIBIT 2

1    interaction part right here, I was not able to see him.

2    Later, I could see him, but right here, no, he was

3    blinded to me.

4         Q    Then it says, "Lakey laid on the ground for a

5    minute and Taylor called in backup."  Is that what

6    happened?

7         A    Correct.

8         Q    And it says, "Lakey stayed on the ground for a

9    while.  Lakey was falling asleep, in and out of it for a

10   while, because he was all messed up on drugs or alcohol

11   or something."  Do you see that?

12        A    Yes.

13        Q    How was Jared behaving that caused you to

14   think that he was messed up on drugs or alcohol?

15             MR. TERRILL:  Object to form.

16        A    Well, when he first came up to the car, the

17   way he was stumbling around, he was either -- in my

18   opinion, he's on something or he -- a medical issue,

19   because he was not a normal guy, running around

20   butt-naked with just socks on, up and down the street.

21   It don't happen every day.  And the way he was throwing

22   his body weight around and stumbling, he couldn't stay

23   up on his feet, something was wrong, in my eyes.

24        Q    (By Mr. Randall Wood) Then it says, "Lakey was

25   laying content for a little bit and did not hardly say

EXHIBIT 2

1    face, but I don't know their names that good.

2        Q    Have you ever dealt with Officer Duggan before

3    this night?

4        A    Duggan, as in the sheriff of --

5        Q    Sheriff's deputy.

6        A    Okay.  I didn't -- I don't know his name, so I

7    didn't know --

8        Q    Okay.

9        A    -- it was Duggan.

10            I thought you were talking about Dingman, but,

11   yeah.  Duggan, no, I've never met the sheriff.

12       Q    Okay.  After this event, did you ever talk to

13   David Duggan?

14       A    No, sir.

15       Q    After this event, did you ever talk with any

16   law enforcement personnel, other than the OSBI agent,

17   about what happened?

18       A    Yeah -- no, I've never talked to anybody else.

19       Q    Did you talk to anyone with the sheriff's

20   office about what happened?

21       A    No, sir.

22       Q    Have you talked with anyone with the District

23   Attorney's Office about what happened that night?

24       A    No, sir.

25       Q    Is it still your impression today that Jared

EXHIBIT 2

 1   was on some type of a drug that night?

 2          MR. TERRILL:  Object to form.

 3      A    Yes, sir.  A drug or medical problem,

 4   something.

 5      Q    (By Mr. Randall Wood) I think we've covered

 6   this, but have you given any statements, other than this

 7   one to the OSBI, about what happened that night?

 8      A    Not that I'm aware of and not that I remember

 9   of, I have not.

10          MR. RANDALL WOOD:  Okay.  That's all the

11   questions I had.  Others may have questions for you.

12                       EXAMINATION

13   BY MR. BERKHOUSE:

14      Q    Mr. Cole, my name is Jordan Berkhouse.  I

15   represent...

16          Mr. Cole, my name is Jordan Berkhouse.  I

17   represent the City of Wilson.  I've just got a couple of

18   follow-up questions.  If you can't hear me, please let

19   me know.  I can sometimes speak quietly.  I'm also a

20   little hard of hearing, so if you can speak up, I would

21   really appreciate that.

22      A    Okay.

23      Q    Have you spoken or communicated -- and when I

24   say "communicate", I mean face-to-face, phone call, text

25   message, email, post mail, any other form of

EXHIBIT 2