```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF OKLAHOMA
CYNTHIA LAKEY AND DOUGLAS        )
LAKEY, as co-Special             )
Administrators for the Estate    )
of Jared Lakey,                  )
                                 )
        Plaintiff,               )
                                 )
-vs-                             )   No. 20-cv-152-RAW
                                 )
CITY OF WILSON; JOSHUA           )
TAYLOR, in his official and      )
individual capacities; BRANDON   )
DINGMAN, in his individual       )
capacity; CHRIS BRYANT, in his   )
official and individual          )
capacity as Sheriff of Carter    )
County; DAVID DUGGAN, in his     )
individual capacity; LONE        )
GROVE; TERRY MILLER, in his      )
individual capacity; and KEVIN   )
COOLEY, in his official and      )
individual capacity,             )
                                 )
        Defendants.              )
```



```
                     * * * * *
          VIDEOTAPED DEPOSITION OF KODY HELMS
          TAKEN ON BEHALF OF THE DEFENDANTS
                 IN ARDMORE, OKLAHOMA
                   ON JUNE 16, 2021
              COMMENCING AT 9:33 A.M.
                     * * * * *


                 INSTASCRIPT, L.L.C.
              125 PARK AVENUE, SUITE LL
           OKLAHOMA CITY, OKLAHOMA 73102
                    405.605.6880
                schedule@instascript.net

REPORTED BY:  BETH A. McGINLEY, CSR, RPR, RMR
```

EXHIBIT 3

```
1       A    I don't recall.
2       Q    Was Chance trying to get Jared to calm down?
3            MR. TERRILL:  Object to form.
4       A    I don't recall.
5       Q    (By Mr. Randall Wood) Were you trying to get
6  Jared to calm down?
7       A    Yes, sir.
8       Q    Tell me what you did.
9       A    Well, I sent my girlfriend and my -- to my
10 room, my son to his room.  I remember I kept trying to
11 ask him what was going on.  He acted like he didn't want
12 to talk to me at all.  Duff wouldn't talk to me.
13           Like, because the way my house is set up, I
14 never left, like, right in front of the front door,
15 because right as you walk in, straight to the left is my
16 son's room, so I was standing right there and they were
17 in the living room.
18      Q    Okay.  So you were asking Jared, "Why are you
19 upset?"
20      A    Yes, sir.
21      Q    And he wouldn't talk to you?
22      A    No, sir.
23      Q    You were asking him, "What -- what's going
24 on?"
25      A    Yes, sir.
```

```
 1     Q    Were you thinking, "Has he taken something?"
 2     A    Yes, sir.
 3     Q    Were you thinking that Chance might have taken
 4   something?
 5     A    Yes, sir.
 6     Q    Some kind of drug?
 7     A    Yes, sir.
 8     Q    Okay.  And did you ask Jared, "Jared, have you
 9   taken something?"
10     A    No, sir.
11     Q    Did you ask Chance that?
12     A    No, sir.
13     Q    Did Jared -- was he drinking anything at this
14   time?
15     A    I don't know.
16     Q    Then it says, in this next paragraph,
17   "Somewhere around midnight or a little after, Jared
18   started freaking out."  Do you see that?
19     A    Yes, sir.
20     Q    Is that any different from what we've already
21   talked about?
22     A    No, sir.
23     Q    Okay.  That's the same description of what
24   we're already talking about?
25     A    Yes, sir.
```

**EXHIBIT 3**