```
                                                                    1

 1              IN THE UNITED STATES DISTRICT COURT

 2             FOR THE EASTERN DISTRICT OF OKLAHOMA

 3

 4   CYNTHIA LAKEY and DOUGLAS            )
     LAKEY, as Special                    )
 5   Administrators for the Estate        )
     of Jared Lakey,                      )
 6                                        )
                Plaintiffs,                )
 7                                        )No.
     vs.                                  )CIV-20-152-RAW
 8                                        )
     CITY OF WILSON, et al.,              )
 9                                        )
                Defendants.                )
10

11

12

13         VIDEOTAPED DEPOSITION OF DAVID RYAN DUGGAN

14            TAKEN ON BEHALF OF THE PLAINTIFFS

15               IN OKLAHOMA CITY, OKLAHOMA

16                  ON SEPTEMBER 9, 2021

17

18

19       REPORTED BY:  KAREN B. JOHNSON, CSR

20

21

22

23

24

25
```

EXHIBIT 4

David Duggan                                              September 9, 2021

```
                                                     Page 144
 1    you applied a neck restraint; right?
 2            MR. WOOD:  Object to the form.
 3            THE WITNESS:  Yes.
 4       Q    (By Mr. Bryan) Instead of walking up to
 5    him and saying, hey, bud, why are these guys
 6    tasing you?
 7       A    Yes.
 8       Q    Can you appreciate that that could have
 9    been one of his last conscious thoughts?
10            MR. POE:  Object to the form.
11            MR. WOOD:  Object to the form.
12            THE WITNESS:  That, I do not know.
13       Q    (By Mr. Bryan) You said you suspected he
14    may be under the influence, what was that based
15    on?
16       A    Just the previous calls coming in of
17    running down the street screaming and yelling at
18    midnight and he was -- when I arrived on scene, he
19    didn't have any clothes on, he was naked.
20       Q    And did you suspect that he was under the
21    influence of anything in particular?
22       A    At the time, no, I did not.
23       Q    Could have been alcohol?
24       A    I don't know, I didn't evaluate him, I
25    didn't do an evaluation, I'm not a DRE, so I
```

**EXHIBIT 4**