# In The Matter Of:

*Cynthia Lakey, et al. vs.*
*City of Wilson, et al.*

*Kris L. Sperry, M.D.*
*August 16, 2022*

*LYON REPORTING, INC.*
*Certified Court Reporters*
*P.O. Box 81124*
*Atlanta, Georgia 30366*
*770/458-5500   800/767-2030*

Original File Dr. Kris Sperry - 8-16-22.txt
Min-U-Script® with Word Index

EXHIBIT 5

42

11:19:45  1  Q    And do you recall that then thereafter some
2  people living down the street observed Jared in the
3  middle of the night coming down the middle of the
4  street screaming?
11:19:59  5  A    Yes.
6  Q    Do you recall then that when the officers
7  encountered Jared he was naked except for a pair of
8  black socks?
9  A    Yes.  And it's odd there's different
11:20:14 10  descriptions where either a pair of socks or one sock
11  so, but anyway there was a sock involved at least.
12  Q    And do you recall that Officer Taylor
13  reported that in his initial encounter with Jared that
14  Jared said that he was looking for his fucking shorts.
11:20:37 15  Then he grabbed the push bumper mounted on the front of
16  the police vehicle and pushed it up and down saying,
17  okay, if we're going to do this, let's do it.  Do you
18  recall that?
19  A    Yes.
11:20:48 20  Q    And then Officer Taylor reported that Jared
21  laid down on the ground on his back and started making
22  snow angels in the grass.  Do you recall that?
23  A    Yes.
24  Q    So does this indicate to you as a forensic
11:21:11 25  pathologist that perhaps Jared was on some kind of

LYON REPORTING, INC.

EXHIBIT 5

```
                                                                    43
11:21:16   1  drugs?
           2             MR. TERRILL:  Object to form.
           3        A    As a forensic pathologist, I mean I think
           4  that is -- I would include that possibility in a
11:21:24   5  differential, yes.
           6        Q    Can you think of any other explanation for
           7  Jared's behavior?
           8        A    Well, outside of the actions of any drugs or
           9  medications, then it would be I guess what seems to be
11:21:41  10  referred as these days as a mental health crisis over
          11  basically an isolated mental health, well, a
          12  psychiatric emergency basically.  Someone in a -- often
          13  times they'll present in -- a bipolar patient will
          14  present like this in a manic or hypermanic state.
11:22:02  15        Q    Did Jared have any history of bipolar
          16  conditions?
          17        A    None that was known that I'm aware of, no.
          18        Q    Did Jared have any history of any kind of
          19  mental health disturbance?
11:22:17  20        A    Again not that I'm aware of.
          21        Q    Have you ever had a case where somebody had a
          22  episode like this and it was not caused by drugs but
          23  caused by some kind of a mental health background?
          24             MR. POE:  Form.
11:22:41  25             MR. TERRILL:  Object to form.
```

LYON REPORTING, INC.

EXHIBIT 5

45

| | |
|---|---|
| 11:24:24   1 | drug use; right? |
| 2 |        MR. TERRILL:  Object to form. |
| 3 | A   Yes.  I'm not -- well, I'm not sure exactly |
| 4 | what you, what you mean by the manner in which the |
| 11:24:36   5 | blood was drawn.  So I mean I know the specifics, but |
| 6 | the, the -- well, I'm not trying to be picky but that's |
| 7 | -- the manner in which it was drawn is not really I |
| 8 | think the sequence of events. |
| 9 | Q   Well, let me try to clarify the question. |
| 11:24:54  10 | The blood was drawn from Jared's body many hours after |
| 11 | he went unresponsive. |
| 12 | A   Oh, okay. |
| 13 | Q   Is that correct? |
| 14 | A   Oh, okay.  With respect to those samples of |
| 11:25:10  15 | blood that were drawn at the autopsy, that is, you |
| 16 | know, and obviously after Jared had survived in the |
| 17 | hospital for some 36 hours approximately and then, and |
| 18 | then died.  So with respect to that, those specific |
| 19 | samples, yes, the passage of time could have obscured, |
| 11:25:32  20 | well, allowed any drugs in his system to be metabolized |
| 21 | and possibly eliminated; and so that's, you know, with |
| 22 | any -- that is what occurred here and, yes, that would |
| 23 | possibility interfere with the ability to detect |
| 24 | certain drugs. |
| 11:25:54  25 | Q   Then turning to page 2 of your report. |

LYON REPORTING, INC.

EXHIBIT 5

83

12:42:08  1  subcutaneous hemorrhage was consistent with medical
2  intervention?
3     A    Yes, and the rest of that sentence actually
4  just gives my rationale that there were photographs
12:42:20  5  taken prior to the removal of the therapeutic devices
6  and specifically the central venous catheters that had
7  been inserted in the jugular veins on either side of
8  his neck or at least the central venous system, and so
9  those were in the right location to cause subcutaneous
12:42:40 10  hemorrhage when dissection of the neck was undertaken.
11     Q    And turning to page 5, you're talking about
12  the toxicology evaluation and you described that there
13  was an interval of approximately 30 hours between the
14  cardiac arrest at the incident scene and when he was
12:43:02 15  pronounced dead.  And then towards the bottom of that
16  paragraph, you say Mr. Lakey may have been under the
17  influence of illicit, excuse me, licit or illicit drugs
18  or alcohol from alcoholic beverages, but this must
19  remain speculative.  Do you see that?
12:43:21 20     A    Yes.
21     Q    Okay.  So it is possible that he was on
22  drugs; right?
23          MR. TERRILL:  Object to form.
24     A    Well, he was at least -- on drugs.  It's
12:43:32 25  possible -- it is possible he had a drug or even other,

EXHIBIT 5

84

| | |
|---|---|
| 12:43:36 1 | you know, more than one drug in his system at the time |
| 2 | that all of this, you know, was initiated and |
| 3 | progressed, yes. |
| 4 | Q    And because of the circumstances with Jared |
| 12:43:50 5 | Lakey, the fact that the toxicology testing did not |
| 6 | detect the presence of any drugs or alcohol does not |
| 7 | mean that he wasn't on drugs? |
| 8 | A    Correct.  It does not exclude it completely. |
| 9 | It does not exclude that possibility. |
| 12:44:09 10 | Q    Are there drugs that licit or illicit cause |
| 11 | respiratory arrest? |
| 12 | A    Yes. |
| 13 | Q    Are there drugs that cause heart stoppage? |
| 14 | A    Potentially, yes. |
| 12:44:38 15 | Q    Then going to the bottom of page 5 and going |
| 16 | on to page 6, you start talking about the taser and you |
| 17 | say that a TASER ECW induces very painful muscle |
| 18 | contractions and with each current discharge, more pain |
| 19 | is produced and the physiologic stresses then persist |
| 12:45:08 20 | such that a myocardial infarct can be eventually |
| 21 | caused.  Do you see that? |
| 22 | A    Yes. |
| 23 | Q    And you talk about repeated taser shocks |
| 24 | would produce epinephrine (adrenaline) secretion by the |
| 12:45:19 25 | adrenal glands, as well as lactic acid accumulation |

LYON REPORTING, INC.

EXHIBIT 5