# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CYNTHIA LAKEY and DOUGLAS LAKEY, as co-Special Administrators for the Estate of Jared Lakey,<br><br>*Plaintiffs*,<br><br>v.<br><br>CITY OF WILSON, et al.,<br><br>*Defendants*. | Case No. CIV-20-152-RAW |

## ORDER

Before the court is Plaintiffs' motion to compel [Docket No. 294], Defendant Chris Bryant's response and request to deny as moot [Docket No. 299], Plaintiffs' reply [Docket No. 303], Defendant Bryant's sur-reply [Docket No. 315], Plaintiffs' sur-response [Docket No. 316], Plaintiffs' statement of costs and fees pursuant to court order [Docket No. 325], and the United States Magistrate Judge's Report and Recommendation ("R&R) [Docket No. 413].

After a hearing held on January 4, 2023, Docket No. 323, and consideration of the briefing and Plaintiffs' statement of costs and fees pursuant to court order, the Magistrate Judge issued the R&R on April 25, 2023, recommending that Plaintiffs' motion to compel be GRANTED and that Plaintiffs be awarded a total of $13,748.66 for the reasonable fees and costs associated with the filing of the motion and as a result of the failure by Defendant Bryant's counsel to timely disclose the reinsurance policy and the failure to comply with the court's settlement conference order and the court's local rules. Any objections to the R&R were to be filed within fourteen days. No objections have been filed.

The court finds that the R&R is well-supported by the evidence and the prevailing legal authority. Accordingly, the R&R [Docket No. 413] is hereby AFFIRMED and ADOPTED as this court's Findings and Order. Plaintiffs' motion to compel [Docket No. 294] is hereby GRANTED. Plaintiffs are awarded $13,748.66 against Defendant Bryant's counsel.

**IT IS SO ORDERED** this 3rd day of August, 2023.

THE HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA