# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) CYNTHIA LAKEY AND DOUGLAS LAKEY, as co-Special Administrators for the Estate of Jared Lakey,<br><br>Plaintiffs,<br><br>v.<br><br>(2) CITY OF WILSON, ET AL.<br><br>Defendants. | Case No.: 20-cv-152-RAW |

## JOINT STIPULATON OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Estate of Jared Lakey, by and through its counsel of record, Steven J. Terrill, of Bryan and Terrill Law, PLLC, and Defendant David Duggan, by and through his counsel of record, Jessica Dark, hereby stipulate to the dismissal of all claims against David Duggan without prejudice. This dismissal does not apply to any claim against any other party. Said dismissal shall be without prejudice with each party bearing its own costs and attorney's fees.

Respectfully submitted,

s/ J. Spencer Bryan
J. Spencer Bryan
Steven J. Terrill
BRYAN & TERRILL LAW, PLLC
2500 S. Broadway, Suite 122
Edmond, OK 73103
sjterrill@bryanterrill.com
jsbryan@bryanterrill.com
**_Attorneys for Plaintiff_**


s/ *Eric D. Janzen*
Eric D. Janzen, OBA #13826
ejanzen@rfrlaw.com
525 S. Main, Suite 700
Tulsa, OK 74103
918/585-9211 (phone)
918/583-5617 (facsimile)
**_Counsel for Terry Miller and Lone Grove_**

*signed by permission of counsel


s/ Jessica Dark
Robert S. Lafferrandre, email at:
rlafferrandre@piercecouch.com
Jessica L. Dark, email at:
jdark@piercecouch.com
Randall J. Wood, email at:
rwood@piercecouch.com
PIERCE COUCH HENDRICKSON
BAYSINGER & GREEN, L.L.P.
1109 North Francis Avenue
Oklahoma City, OK 73106
**_Attorneys for Defendant David Duggan_**

*signed by permission of counsel

s/ Wellon Poe
Wellon B. Poe, OBA No. 12440
COLLINS ZORN & WAGNER, P.C.
429 N.E. 50th Street, Second Floor
Oklahoma City, OK 73105
Telephone: (405) 524-2070
Facsimile: (405) 524-2078
E-mail: wbp@czwlaw.com
***ATTORNEY FOR DEFENDANT CHRIS BRYANT, in his official and individual capacity as Sheriff of Carter County***

*signed by permission of counsel