# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

(1) CYNTHIA LAKEY AND DOUGLAS LAKEY, as co-Special Administrators for the Estate of Jared Lakey,

Plaintiffs,

v.

(2) CITY OF WILSON, ET AL.

Defendants.

Case No.: 20-cv-152-RAW

## ESTATE'S FIRST SUPPLEMENTAL WITNESS LIST

Estate supplements the anticipated testimony of Josh Lakey, previously disclosed in Estate's prior witness list. (ECF 451, p. 1).

| No. | Name of Witness | Expected Testimony |
|-----|-----------------|--------------------|
| 3 | Josh Lakey<br>c/o Bryan & Terrill Law<br>2500 S. Broadway, Suite 122<br>Edmond, OK 73013 | Deposed; Mr. Lakey may testify about his employment with the Ardmore Police Department, his training, including all aspects of taser certification, and all aspects of his participation in law enforcement courses involving use of force; damages |

Plaintiffs reserve the right to supplement this list up to and including the time for submitting the final pretrial order.

Respectfully submitted,

BRYAN & TERRILL


By: *s/J. Spencer Bryan*
Steven J. Terrill, OBA # 20869
J. Spencer Bryan, OBA # 19419
BRYAN & TERRILL LAW, PLLC
2500 S. Broadway, Suite 122
Edmond, OK 73013
Tele/Fax:      (918) 935-2777
Email: sjterrill@bryanterrill.com
Email: jsbryan@bryanterrill.com

## CERTIFICATE OF SERVICE

On the 11th day of October, 2024, the forgoing document was served using the CM/ECF system and by first class mail as follows:

Joshua Taylor,  #2002519
Lawton Correctional Facility
8607 SE Flower Mound Rd
Lawton, OK 73501

Brandon Dingman,  #2002543
Lawton Correctional Facility, Cell No. 7A102
8607 SE Flower Mound Rd
Lawton, OK 73501

*s/J. Spencer Bryan*
J. Spencer Bryan