UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

(1) CYNTHIA LAKEY AND DOUGLAS LAKEY,
as co-Special Administrators for the
Estate of Jared Lakey,

         Plaintiffs,

v.

(2) CITY OF WILSON, ET AL.

         Defendants.

Case No.: 20-cv-152-RAW

**JOINT STATUS REPORT**

The parties submit the following Status Report in anticipation of the conference scheduled for October 30, 2024.

**I. CURRENT STATUS OF THE CASE**

    **A. PRIOR ATTEMPTS AT RESOLUTION**

On May 18, 2022, all parties attended a court ordered settlement conference. (ECF 264). That conference resulted in resolution of all claims against the City of Wilson and its police chief. (ECF 300). The remaining parties have been unsuccessful at resolving the claims among them.

    **B. COMPLETED TASKS**

Discovery has closed. The Court has ruled on all dispositive and *Daubert* motions. There are no outstanding motions at this time.

**II.    OUTSTANDING TASKS PRIOR TO TRIAL**

The outstanding items remaining include the following:

(a)    Motions in limine;

(b)    Jury instructions;

(c)    Voir dire;

(d)    Trial briefs

(e)    Exchange of pre-marked exhibits;

(f)    Exchange of demonstrative exhibits/aids;

(g)    Deposition designations, counter-designations, and objections thereto;

(h)    Exchange pretrial order;

(i)    Pretrial conference.

**III.    REMAINING ISSUES**

Defendants Josh Taylor and Brandon Dingman remain incarcerated for the foreseeable trial of this matter. Coordination with the Oklahoma Department of Corrections will be necessary for them to appear at trial.

The state court criminal convictions of Josh Taylor and Brandon Dingman became final when mandate issued on the merits of their direct appeals on November 16, 2023. *See*, *e.g.*, *Taylor v. State*, Case No. F-2022-654; *see also Dingman v. State*, Case No. F-2022-653. The convictions and final under state law and should have preclusive effect in these proceedings.

**IV.    TRIAL**

Plaintiff respectfully submits trial of this matter will require two weeks.

Respectfully submitted,


By: *s/J. Spencer Bryan*
Steven J. Terrill, OBA # 20869
J. Spencer Bryan, OBA # 19419
BRYAN & TERRILL LAW, PLLC
2500 S. Broadway, Suite 122
Edmond, OK 73013
Tele/Fax: (918) 935-2777
Email: sjterrill@bryanterrill.com
Email: jsbryan@bryanterrill.com