# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CYNTHIA LAKEY, Co-Special Administrator for the Estate of Jared Lakey, et al., | ) ) ) | Case No.   CIV-20-152-RAW |
| Plaintiffs | ) ) | Date:        10/30/2024 |
| v. | ) ) | |
| CITY OF WILSON, et al., | ) ) | Time:       9:56 a.m. – 10:17 a.m.<br>                  10:22 a.m. – 10:31 a.m. |
| Defendants. | ) ) | |

### MINUTE SHEET – STATUS CONFERENCE

| Ronald A. White, Judge | T. Stephens, Deputy Clerk | Reporter - None<br>Conference Room 210 |
|---|---|---|

Counsel for Plaintiff:            Steven J. Terrill and J. Spencer Bryan

Defendant Joshua Taylor:          Not present

Defendant Brandon Dingman:        Not present

Counsel for Defendant Lone Grove: Eric D. Janzen

Counsel for Defendant Bryant:     Wellon Poe

**Minutes:**

Comes on for Status Conference. Discussion regarding case, Court's calendar, scheduling order deadlines, Motions in Limine, communication and transportation for pro se defendants, the possibility of a setting the trial before a visiting judge and the option of consenting to the reassignment of case to a Magistrate Judge.

RECESS

RECONVENE

Further discussion regarding case, setting another settlement conference and scheduling deadlines. Court advised it would not be able to give a date certain for Pretrial Conference or Jury Trial at this time, that Counsel may only get a thirty-day notice of the setting and Amended Scheduling Order to follow.

Nothing further. Adjourn.